CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHIRSTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB,#315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES in  his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, #181, in his official capacity as Sheriff of Placer County; Placer County Deputy MASON, #101<br><br>Defendants. | Case No.: 2:16-cv-00523 TLN KJN<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO EXTEND DEF.S' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT
Case No.  2:16-cv-00523 TLN KJN

1

WHEREAS, plaintiffs JAMES EDWARD CUPP and LAWRENCE "WOLF" HAVEN filed a First Amended Complaint ("FAC") in this action on June 3, 2016;

WHEREAS a response to the FAC is due on July 27, 2016, from some or all of defendants KAMALA HARRIS in her official capacity; CITY OF CITRUS HEIGHTS; POLICE CHIEF CHRISTOPHER W. BOYD, in his individual and official capacities; several CITRUS HEIGHTS POLICE OFFICERS; COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES in his official capacity; DEPUTY JESSE BRUCKER; COUNTY OF PLACER; SHERIFF EDWARD N. BONNER, in his official capacity; DEPUTY MASON; and DEPUTY HINTZ;

WHEREAS counsel representing the served parties have met and conferred and agreed that all served defendants should have an extension of time, to **July 25, 2016**, in which to respond to the FAC, so that the parties might further discuss ways in which to streamline the pleadings without unnecessary motions practice;

THEREFORE, the served parties hereby stipulate, by and through their counsel of record, as follows:

1. Pursuant to Local Rule 144(a), all served defendants shall have an extension until **July 25, 2016**, in which to respond to the FAC in any manner authorized by the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATE: June 27, 2016                    CREGGER & CHALFANT LLP


  /s/ Wendy Motooka_____
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER

//

//

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO EXTEND DEF.S' TIME TO
RESPOND TO THE FIRST AMENDED COMPLAINT
Case No.  2:16-cv-00523 TLN KJN

2

| | | |
|---|---|---|
| 1 | DATE: June 27, 2016 | KAMALA D. HARRIS |
| | | Attorney General of California |
| 2 | | MARC A. LEFORESTIER |
| 3 | | Supervising Deputy Attorney General |
| 4 | | /s/ Kevin A. Calia |
| | | KEVIN A. CALIA |
| 5 | | State Bar No. 227406 |
| 6 | | Deputy Attorney General |
| | | Attorneys for Defendant KAMALA D. HARRIS, in |
| 7 | | her official capacity |
| 8 | | |
| 9 | DATE: June 27, 2016 | LONGYEAR, O'DEA, & LAVRA LLP |
| 10 | | |
| 11 | | /s/ John A. Lavra |
| | | JOHN A. LAVRA |
| 12 | | State Bar No. 114533 |
| | | Attorneys for CITY OF CITRUS HEIGHTS, |
| 13 | | CHRISTOPHER BOYD |
| 14 | | |
| 15 | DATE: June 27, 2016 | PLACER COUNTY COUNSEL'S OFFICE |
| 16 | | |
| 17 | | /s/ David K. Huskey |
| | | DAVID K. HUSKEY |
| 18 | | State Bar No. 109329 |
| 19 | | Attorneys for COUNTY OF PLACER, SHERIFF |
| | | EDWARD N. BONNER, DEPUTY MASON, |
| 20 | | DEPUTY HINTZ |
| 21 | | |
| 22 | DATE: June 27, 2016 | LAW OFFICES OF GARY W. GORSKI |
| 23 | | |
| 24 | | /s/ Gary W. Gorski |
| | | GARY W. GORSKI |
| 25 | | State Bar No. 166526 |
| 26 | | Attorneys for Plaintiffs JAMES EDWARD CUPP |
| | | and LAWRENCE "WOLF" HAVEN |
| 27 | | |
| 28 | | |

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO EXTEND DEF.S' TIME TO
RESPOND TO THE FIRST AMENDED COMPLAINT     3
Case No. 2:16-cv-00523 TLN KJN