Gary W. Gorski (SBN 166526)
LAW OFFICES OF GARY W. GORSKI
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
916-758-1100
CivilRightsAttorney@outlook.com
www.lonewolflaw.com

Daniel M. Karalash (SBN 176422)
Strategic Law Command
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
dan@stratlaw.org
www.stratlaw.com

Attorneys for Plaintiffs
JAMES EDWARD CUPP and
LAWRENCE "WOLF" HAVEN

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, # 512; COUNTY OF PLACER; | Case No.  16-CV-00523-TLN-KJN<br><br><br>**STIPULATION REQUESTING ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS; [PROPOSED] ORDER THEREON** |

- 1 -

STIPULATION REQUESTING ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS; [PROPOSED] ORDER

EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, # 181; Placer County Deputy HINTZE, # 101.

Defendants.

## STIPULATION

1. **PARTIES AND ATTORNEYS:**

   a. Plaintiffs JAMES EDWARD CUPP and LAWRENCE "WOLF" HAVEN are represented by attorneys Daniel M. Karalash and Gary William Gorski.

   b. Defendant KAMALA D. HARRIS is represented by KEVIN A. CALIA.

   c. Defendants CITY OF CITRUS HEIGHTS and Citrus Heights Police Department Chief CHRISTOPHER W. BOYD are represented by attorney John A. Lavra.

   d. Defendants COUNTY OF SACRAMENTO, Sheriff SCOTT JONES in his official capacity, and Deputy Sheriff JESSE BRUCKER, # 512 are represented by attorneys Robert L. Chalfant and Wendy Motooka.

   e. Defendants COUNTY OF PLACER, Placer County Sheriff EDWARD N. BONNER, Deputy MASON, # 181, and Deputy HINTZE, # 101 are represented by attorney David K. Huskey.

2. **MEET AND CONFER:** On July 14, 2016, the parties identified in this stipulation, through their attorneys of record, met and conferred regarding a myriad of issues as to responsive pleadings and motions practice regarding the First Amended Complaint. It was the consensus of the parties that to conserve judicial resources, plaintiffs would prepare a proposed Second Amended Complaint to address the issues raised in the meet and confer.

3. **PER THE MEET AND CONFER, THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE TO THE FOLLOWING :**

   a. The current date of July 25, 2016, for filing a response to the First Amended Complaint is hereby vacated;

   b. Plaintiffs shall email a proposed Second Amended Complaint to defendants on or

before August, 1, 2016;

c.  If consensus is reached, the parties will stipulate for leave to file a Second Amended Complaint, with the Second Amended Complaint to be filed no later than August, 15, 2016;

d.  Defendants' responses (to either the FAC or SAC) shall be due on September, 15, 2016;

e.  The current date for filing the Joint Status Report is hereby vacated; and

f.  The parties shall file a Joint Status Report on or before October 1, 2016.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: July 25, 2016   THE LAW OFFICES OF GARY W. GORSKI
Respectfully Submitted,

　/s/ *Gary W. Gorski*
Gary W. Gorski
Attorney for Plaintiffs

Dated: July 25, 2016   CREGGER & CHALFANT LLP

*/s/ Wendy Motooka*
WENDY MOTOOKA, SBN: 233589
Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES, in his official capacity, and DEPUTY JESSE BRUCKER

Dated: July 25, 2016   CALIFORNIA DEPARTMENT OF JUSTICE

*/s/ Kevin A. Calia*
KEVIN A. CALIA
Deputy Attorney General
California Department of Justice
1300 I Street
Sacramento, California 95814
Attorneys for Defendant KAMALA D. HARRIS

Dated: July 25, 2016   LONGYEAR, O'DEA & LAVRA, LLP

*/s/ John A. Lavra*
JOHN A. LAVRA
Longyear, O'Dea & Lavra, LLP
3620 American River Dr., Suite 230
Sacramento, CA  958649
Attorneys for Defendants CITY OF CITRUS

STIPULATION REQUESTING ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS; [PROPOSED] ORDER

HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD

Dated: July 25, 2016     PLACER COUNTY COUNSEL

*/s/ David K. Huskey*
DAVID K. HUSKEY
Deputy County Counsel
175 Fulweiler Avenue
Auburn, California 95603
Attorney for Defendants COUNTY OF PLACER, Placer County Sheriff EDWARD N. BONNER, Deputy MASON, # 181, and Deputy HINTZE, # 101

## [PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, the Court hereby orders:

a. The current date of July 25, 2016, for filing a response to the First Amended Complaint is hereby vacated;

b. Plaintiffs shall email a proposed Second Amended Complaint to defendants on or before August, 1, 2016;

c. If consensus is reached, the parties will stipulate for leave to file a Second Amended Complaint, with the Second Amended Complaint to be filed no later than August, 15, 2016;

d. Defendants' responses (to either the FAC or SAC) shall be due on September, 15, 2016;

e. The current date for filing the Joint Status Report is hereby vacated; and

f. The parties shall file a Joint Status Report on or before October 1, 2016.

**IT IS SO ORDERED,**

_____

District Judge Troy L. Nunley