Gary W. Gorski (SBN 166526)
LAW OFFICES OF GARY W. GORSKI
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
916-758-1100
CivilRightsAttorney@outlook.com
www.lonewolflaw.com

Daniel M. Karalash (SBN 176422)
Strategic Law Command
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
dan@stratlaw.org
www.stratlaw.com

Attorneys for Plaintiffs
JAMES EDWARD CUPP and
LAWRENCE "WOLF" HAVEN

**THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EDWARD CUPP, an individual;  )<br>LAWRENCE "WOLF" HAVEN, an individual  )<br>                                                                    )<br>            Plaintiff,                                         )<br>                                                                    )<br>     vs.                                                        )<br>                                                                    )<br>KAMALA D. HARRIS Attorney General of the  )<br>State of California, in her official capacity only;  )<br>CITY OF CITRUS HEIGHTS; Citrus Heights  )<br>Police Department Chief CHRISTOPHER W.  )<br>BOYD, in both his individual and official  )<br>capacity; Citrus Heights Police Officer  )<br>CHRISTIAN BAERRESEN, # 371; Citrus  )<br>Heights Police Officer THOMAS LAMB, #  )<br>315; UNKNOWN CITRUS HEIGHTS POLICE  )<br>OFFICER Badge Number 323;                       ) | 2:16-cv-00523 TLN KJN<br><br>STIPULATION AND ORDER |

- 1 -
_____
STIPULATION REQUESTING ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS; ORDER

| | |
|---|---|
| UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, # 512; COUNTY OF PLACER; EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, # 181; Placer County Deputy HINTZE, # 101. | ) ) |

   Defendants.

_____

## STIPULATION

1. **PARTIES AND ATTORNEYS:**

    a. Plaintiffs JAMES EDWARD CUPP and LAWRENCE "WOLF" HAVEN are represented by attorneys Daniel M. Karalash and Gary William Gorski.

    b. Defendant KAMALA D. HARRIS is represented by KEVIN A. CALIA.

    c. Defendants CITY OF CITRUS HEIGHTS and Citrus Heights Police Department Chief CHRISTOPHER W. BOYD are represented by attorney John A. Lavra.

    d. Defendants COUNTY OF SACRAMENTO, Sheriff SCOTT JONES in his official

- 2 -

_____

STIPULATION REQUESTING ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS; ORDER

    capacity, and Deputy Sheriff JESSE BRUCKER, # 512 are represented by attorneys Robert L. Chalfant and Wendy Motooka.

  e. Defendants COUNTY OF PLACER, Placer County Sheriff EDWARD N. BONNER, Deputy MASON, # 181, and Deputy HINTZE, # 101 are represented by attorney David K. Huskey.

2. **MEET AND CONFER:** On July 14, 2016, the parties and attorneys identified in this stipulation, through their attorneys of record, have met and conferred regarding a myriad of issues as to responsive pleadings and motions practice regarding to the First Amended Complaint. It was the consensus of the parties that to conserve judicial resources, that plaintiffs would prepare a proposed Second Amended Complaint to address the issues raisedaddressed in the meet and confer.

3. **PER THE PARTIES MEET AND CONFER, THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE TO THE FOLLOWING WAS AGREED TO:**

  a. The current date of July 25, 2016, for filing a response to the First Amended Complaint is hereby vacated;

  b. Plaintiffs shall email a proposed Second Amended Complaint to defendants on or before August, 1, 2016;.

  c. If consensus is reached, the parties will stipulate for leave to file a Second Amended Complaint, with the Second Amended Complaint to be filed no later than by August, 15, 2016;.

  d. Defendants' responses (to either the FAC or SAC) shall be due on September, 15,

- 3 -

2016;.The responsive file date of July 25, 2016 is hereby extended

e.      The current date for filing the Joint Status Report is hereby vacated; and

f.      The parties shall file a Joint Status Report on or before October 1, 21016.

**IT IS SO STIPULATED.,**

                                      Respectfully Submitted,

Dated: July 25, 2016          THE LAW OFFICES OF GARY W. GORSKI
                                      Respectfully Submitted,

                                      */s/ Gary W. Gorski*
                                      Gary W. Gorski
                                      Attorney for Plaintiffs

Dated: July 25, 2016          CREGGER & CHALFANT LLP

                                      */s/ Wendy Motooka*
                                      WENDY MOTOOKA, SBN: 233589
                                      Attorneys for Defendants COUNTY OF
                                      SACRAMENTO, SHERIFF SCOTT JONES, in his
                                      official capacity, and DEPUTY JESSE BRUCKER

Dated: July 25, 2016          CALIFORNIA DEPARTMENT OF JUSTICE

                                      */s/ Kevin A. Calia*
                                      KEVIN A. CALIA
                                      Deputy Attorney General
                                      California Department of Justice
                                      1300 I Street
                                      Sacramento, California 95814
                                      Attorneys for Defendant KAMALA D. HARRIS

Dated: July 25, 2016          LONGYEAR, O'DEA & LAVRA, LLP

                                      */s/ John A. Lavra*
                                      JOHN A. LAVRA
                                      Longyear, O'Dea & Lavra, LLP
                                      3620 American River Dr., Suite 230

_____

STIPULATION REQUESTING ORDER TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS; ORDER

                              Sacramento, CA  958649
                              Attorneys for Defendants CITY OF CITRUS
                              HEIGHTS; Citrus Heights Police Department Chief
                              CHRISTOPHER W. BOYD

Dated: July 25, 2016               PLACER COUNTY COUNSEL

                              */s/ David K. Huskey*
                              DAVID K. HUSKEY
                              Deputy County Counsel
                              175 Fulweiler Avenue
                              Auburn, California  95603

## ORDER

GOOD CAUSE BEING SHOWN, the Court hereby orders:

a.    The current date of July 25, 2016, for filing a response to the First Amended Complaint is hereby vacated;

b.    Plaintiffs shall email a proposed Second Amended Complaint to defendants on or before August, 1, 2016;

c.    If consensus is reached, the parties will stipulate for leave to file a Second Amended Complaint, with the Second Amended Complaint to be filed no later than August, 15, 2016;

d.    Defendants' responses (to either the FAC or SAC) shall be due on September, 15, 2016;

e.    The current date for filing the Joint Status Report is hereby vacated; and

f.    The parties shall file a Joint Status Report on or before October 1, 2016.

**IT IS SO ORDERED,**

Dated: July 28, 2016

                                            Troy L. Nunley
                                            United States District Judge