CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHIRSTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB,#315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, #181, in his official capacity as Sheriff of Placer County; Placer County Deputy MASON, #101 <br><br> Defendants. | Case No.: 2:16-cv-00523 TLN KJN <br><br> **STIPULATION TO ALLOW PLAINTIFFS TO FILE THE PROPOSED SECOND AMENDED COMPLAINT; [PROPOSED] ORDER THEREON** |

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION RE: SAC; [PROPOSED] ORDER THEREON
Case No.  2:16-cv-00523 TLN KJN

1

1  WHEREAS pursuant to the stipulation of the parties, approved by the Court on July 29, 2016 (Doc. No. 9), plaintiffs have circulated a proposed Second Amended Complaint ("SAC");

WHEREAS defendants have reached consensus that plaintiff should be permitted to the file the proposed SAC;

THEREFORE, plaintiffs and the served defendants hereby stipulate, by and through their counsel of record, that:

1. Plaintiffs shall be allowed leave to file the proposed SAC on or before August 15, 2016; and

2. The served defendants shall have until September 15, 2016, to respond to the SAC in any manner authorized by the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATE: August 9, 2016          CREGGER & CHALFANT LLP

 /s/ Wendy Motooka
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER

DATE: August 9, 2016          KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General

 /s/ Kevin A. Calia
KEVIN A. CALIA
State Bar No. 227406
Deputy Attorney General
Attorneys for Defendant KAMALA D. HARRIS, in her official capacity

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION RE: SAC; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00523 TLN KJN

2

DATE: August 9, 2016                LONGYEAR, O'DEA, & LAVRA LLP


   /s/ Amanda L. McDermott
JOHN A. LAVRA
State Bar No. 114533
AMANDA L. McDERMOTT
State Bar No. 253651
Attorneys for CITY OF CITRUS HEIGHTS, CHRISTOPHER BOYD


DATE: August 9, 2016                PLACER COUNTY COUNSEL'S OFFICE


   /s/ David K. Huskey
DAVID K. HUSKEY
State Bar No. 109329
Attorneys for COUNTY OF PLACER, SHERIFF EDWARD N. BONNER, DEPUTY MASON, DEPUTY HINTZ


DATE: August 9, 2016                LAW OFFICES OF GARY W. GORSKI


   /s/ Gary W. Gorski
GARY W. GORSKI
State Bar No. 166526
Attorneys for Plaintiffs JAMES EDWARD CUPP and LAWRENCE "WOLF" HAVEN


## [PROPOSED] ORDER

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Plaintiffs have leave to file the proposed Second Amended Complaint on or before August 15, 2016; and

2. Defendants shall have until September 15, 2016, to respond to the Second

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION RE: SAC; [PROPOSED] ORDER THEREON
Case No. 2:16-cv-00523 TLN KJN

3

Amended Complaint in any manner authorized by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATE: _____        _____
                                     TROY L. NUNLEY
                                     UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION RE: SAC; [PROPOSED] ORDER THEREON
Case No.  2:16-cv-00523 TLN KJN

4