1  CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  rlc@creggerlaw.com
   WENDY MOTOOKA, SBN 233589
3  wm@creggerlaw.com
   701 University Avenue, Suite 110
4  Sacramento, CA 95825
   Phone: 916.443-4443
5  Fax:  916.443-2124

6  Attorneys for Defendants COUNTY OF
   SACRAMENTO, SCOTT JONES, JESSE
7  BRUCKER

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10  JAMES EDWARD CUPP, an individual;          Case No.: 2:16-cv-00523 TLN KJN
    LAWRENCE "WOLF" HAVEN, an
11  individual,

12              Plaintiffs,                    **STIPULATION TO ALLOW PLAINTIFFS
                                               TO   FILE   THE   PROPOSED   SECOND**
13      vs.                                    **AMENDED         COMPLAINT;      ORDER
                                               THEREON**

14  KAMALA D. HARRIS, Attorney General
    of the State of California, in her official
15  capacity only; CITY OF CITRUS
    HEIGHTS; Citrus Heights Police
16  Department Chief CHRISTOPHER W.
    BOYD, in both his individual and official
17  capacity; Citrus Heights Police Officer
    CHIRSTIAN BAERRESEN, #371; Citrus
18  Heights Police Officer THOMAS
    LAMB,#315; UNKNOWN CITRUS
19  HEIGHTS POLICE OFFICER Badge
    Number 323; UNKNOWN CITRUS
20  HEIGHTS POLICE OFFICER who
    prepared Report Number CH14-02589 on
21  03/26/2014; TWO UNKNOWN NAMED
    PEACE OFFICERS OF THE CITRUS
22  HEIGHTS POLICE DEPARTMENT;
    COUNTY OF SACRAMENTO; SCOTT
23  JONES as  his official capacity as Sheriff
    of County of Sacramento; Sacramento
24  Deputy Sheriff JESSE BRUCKER, #512;
    COUNTY OF PLACER; EDWARD N.
25  BONNER, #181, in his official capacity as
    Sheriff of Placer County; Placer County
26  Deputy MASON, #101

27              Defendants.

28

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION RE: SAC;  ORDER THEREON
Case No.  2:16-cv-00523 TLN KJN                                          1

1    WHEREAS pursuant to the stipulation of the parties, approved by the Court on July 29,

2    2016 (Doc. No. 9), plaintiffs have circulated a proposed Second Amended Complaint ("SAC");

3    WHEREAS defendants have reached consensus that plaintiff should be permitted to the

4    file the proposed SAC;

5    THEREFORE, plaintiffs and the served defendants hereby stipulate, by and through their

6    counsel of record, that:

7    1.    Plaintiffs shall be allowed leave to file the proposed SAC on or before August 15,

8    2016; and

9    2.    The served defendants shall have until September 15, 2016, to respond to the SAC

10   in any manner authorized by the Federal Rules of Civil Procedure.

11   IT IS SO STIPULATED.

12

13

14   DATE:  August 9, 2016                    CREGGER & CHALFANT LLP

15

16                                            /s/ Wendy Motooka_____
                                             ROBERT L. CHALFANT

17                                           WENDY MOTOOKA
                                             Attorneys    for    Defendants    COUNTY    OF

18                                           SACRAMENTO,      SCOTT     JONES,    JESSE
                                             BRUCKER

19

20   DATE:  August 9, 2016                    KAMALA D. HARRIS

21                                           Attorney General of California
                                             MARC A. LEFORESTIER

22                                           Supervising Deputy Attorney General

23                                            /s/ Kevin A. Calia_____

24                                           KEVIN A. CALIA
                                             State Bar No. 227406

25                                           Deputy Attorney General
                                             Attorneys for Defendant KAMALA D. HARRIS, in

26                                           her official capacity

27

28

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION RE: SAC;  ORDER THEREON
Case No.  2:16-cv-00523 TLN KJN                          2

DATE:  August 9, 2016                    LONGYEAR, O'DEA, & LAVRA LLP


 /s/ Amanda L. McDermott
JOHN A. LAVRA
State Bar No. 114533
AMANDA L. McDERMOTT
State Bar No. 253651
Attorneys for CITY OF CITRUS HEIGHTS,
CHRISTOPHER BOYD


DATE: August 9, 2016                    PLACER COUNTY COUNSEL'S OFFICE


 /s/ David K. Huskey
DAVID K. HUSKEY
State Bar No. 109329
Attorneys for COUNTY OF PLACER, SHERIFF
EDWARD N. BONNER, DEPUTY MASON,
DEPUTY HINTZ


DATE:  August 9, 2016                    LAW OFFICES OF GARY W. GORSKI


 /s/ Gary W. Gorski
GARY W. GORSKI
State Bar No. 166526
Attorneys for Plaintiffs JAMES EDWARD CUPP
and LAWRENCE "WOLF" HAVEN


**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1.      Plaintiffs have leave to file the proposed Second Amended Complaint on or before August 15, 2016; and

2.      Defendants shall have until September 15, 2016, to respond to the Second

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION RE: SAC;  ORDER THEREON
Case No.  2:16-cv-00523 TLN KJN

3

1   Amended Complaint in any manner authorized by the Federal Rules of Civil Procedure.

2        **IT IS SO ORDERED.**

3

4

5

6   Dated: August 11, 2016

7

8                                                    _____

9                                                    Troy L. Nunley
                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION RE: SAC;  ORDER THEREON
Case No.  2:16-cv-00523 TLN KJN

4