Public Case Access
Sacramento Superior Court

Your Account | Log Off | Find Order | Document Cart (0)
Welcome gary gorski

Home | Civil | Criminal | Family | Probate | Small Claims | Traffic | Unlawful Detainer

**Criminal Cases**

Search by Name
Search by Case
Search by Xref

**General Info**

How This Site Works
Criminal Home Page on Saccourt
Trial Readiness Notification

## Case Information

| | | | |
|---|---|---|---|
| **Defendant Name** | JAMES EDWARD CUPP | | |
| **Case Number** | 14M02083 | **Charge Document** | Complaint |
| **Xref** | 545808 | **Case Status** | Disposed |
| **Filing Date** | 03/27/2014 | **Court ID** | 34470 |

## Aliases

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| JAMES | E | CUPP | |
| JAMES | EDWARD | CUPP | |

## Related Cases

| | Case Number | Filing Date | Court ID |
|---|---|---|---|
| No related cases found. | | | |

## Charges

| Count | Charge | Severity | Degree | Allegation | Blood Alcohol % |
|---|---|---|---|---|---|
| C001 | PC 21310 | Misdemeanor | N/A | N/A | N/A |

## Future Hearings

| Date | Time | Dept. | Reason | Outcome |
|---|---|---|---|---|
| No future hearings found. | | | | |

## Hearing History

| Date | Time | Dept. | Reason | Outcome |
|---|---|---|---|---|
| 05/30/2014 | 8:30 AM | 04 | BAIL BOND INFORMATION | BOND EXONERATED |
| 05/30/2014 | 8:30 AM | 04 | COUNSEL INFORMATION | PD RELIEVED BY COURT |
| 05/30/2014 | 8:30 AM | 04 | TRIAL READINESS CONFERENCE | DISMISSED |
| 05/16/2014 | 8:30 AM | 04 | TRIAL READINESS CONFERENCE | CONTINUED |
| 04/08/2014 | 8:30 AM | 60 | FURTHER PROCEEDINGS | CONTINUED |
| 04/01/2014 | 1:30 PM | 60 | ARRAIGNMENT | ARRAIGNED |
| 04/01/2014 | 1:30 PM | 60 | COUNSEL INFORMATION | PD APPOINTED |

## Charge Dispositions

| Count | Plea | Charge | Disposition Code | Disposition Date | Severity | Degree |
|---|---|---|---|---|---|---|
| C001 | No Plea | PC 21310 | Dismissed | 05/30/2014 | Misdemeanor | |

## Sentence Summary

| Count | Sentence Type | Sentence Date | Prob. Type | Prob. Status | Prob. Term | Prob. Sup. | Custody Program | Custody Length | Non LT Code | Non LT Time | Non LT Susp. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No sentencing information found. | | | | | | | | | | | |

Contact Us | Use and Privacy Policy | Download Adobe Reader

Exhibit "A"

