1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MARC A. LEFORESTIER, State Bar No. 178188
   Supervising Deputy Attorney General
3  KEVIN A. CALIA, State Bar No. 227406
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-6114
6    Fax: (916) 324-8835
     E-mail: Kevin.Calia@doj.ca.gov
7  *Attorneys for Defendant*
   *Kamala D. Harris, in her official capacity*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHIRSTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB, #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, #181, in his official capacity as Sheriff of Placer County; Placer County Deputy MASON, #101<br><br>Defendants. | Case No.: 2:16-cv-00523 TLN KJN<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

1   WHEREAS, plaintiffs filed the Second Amended Complaint ("SAC") on August 15, 2016 (Doc. No. 12);

3   WHEREAS, pursuant to the stipulation of the parties, approved by the Court on August 12, 2016 (Doc. No. 11), the served defendants' responses to the SAC are currently due on or before September 15, 2016;

6   WHEREAS, counsel for the Attorney General is now scheduled to be in trial in federal court in Los Angeles the week of September 12, 2016;

8   WHEREAS, counsel for the Attorney General requested, and all parties agreed, to extend all of the served defendants' time to respond to the SAC until September 30, 2016, subject to the Court's approval of this stipulation;

11  THEREFORE, plaintiffs and the served defendants hereby stipulate, by and through their counsel of record, that:

13  1.   The served defendants shall have until September 30, 2016, to respond to the SAC in any manner authorized by the Federal Rules of Civil Procedure.

15  IT IS SO STIPULATED.

DATE:  September 9, 2016           KAMALA D. HARRIS
                                   Attorney General of California
                                   MARC A. LEFORESTIER
                                   Supervising Deputy Attorney General

                                     /s/ Kevin A. Calia
                                   KEVIN A. CALIA
                                   Deputy Attorney General
                                   Attorneys for Defendant KAMALA D. HARRIS, in her official capacity

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO SECOND
AMENDED COMPLAINT
Case No.  2:16-cv-00523 TLN KJN

2

| | | |
|---|---|---|
| 1 | DATE:  September 9, 2016 | CREGGER & CHALFANT LLP |
| 2 | | |
| 3 | | ___/s/ Wendy Motooka_____<br>ROBERT L. CHALFANT |
| 4 | | State Bar No. 203051<br>WENDY MOTOOKA |
| 5 | | State Bar No. 233589<br>Attorneys for Defendants COUNTY OF |
| 6 | | SACRAMENTO, SCOTT JONES, JESSE<br>BRUCKER |
| 7 | | |
| 8 | DATE:  September 9, 2016 | LONGYEAR, O'DEA, & LAVRA LLP |
| 9 | | |
| 10 | | ___/s/ John A. Lavra_____<br>JOHN A. LAVRA |
| 11 | | State Bar No. 114533<br>AMANDA L. McDERMOTT |
| 12 | | State Bar No. 253651 |
| 13 | | Attorneys for CITY OF CITRUS HEIGHTS,<br>CHRISTOPHER BOYD |
| 14 | | |
| 15 | DATE: September 9, 2016 | PLACER COUNTY COUNSEL'S OFFICE |
| 16 | | |
| 17 | | ___/s/ David K. Huskey_____<br>DAVID K. HUSKEY |
| 18 | | State Bar No. 109329 |
| 19 | | Attorneys for COUNTY OF PLACER, SHERIFF<br>EDWARD N. BONNER, DEPUTY MASON, |
| 20 | | DEPUTY HINTZ |
| 21 | | |
| 22 | DATE:  September 9, 2016 | LAW OFFICES OF GARY W. GORSKI |
| 23 | | |
| 24 | | ___/s/ Gary W. Gorski_____<br>GARY W. GORSKI |
| 25 | | State Bar No. 166526<br>Attorneys for Plaintiffs JAMES EDWARD CUPP |
| 26 | | and LAWRENCE "WOLF" HAVEN |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO SECOND
AMENDED COMPLAINT
Case No.  2:16-cv-00523 TLN KJN

3

# [PROPOSED] ORDER

After considering the Stipulation by and between the parties through their counsel of records, IT IS HEREBY ORDERED THAT:

1. Defendants shall have until September 30, 2016, to respond to the Second Amended Complaint in any manner authorized by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATE: _____    _____
                                TROY L. NUNLEY
                                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Case Name: **Cupp, James Edward v. Kamala D. Harris, et al.**       No. **2:16-cv-00523-TLN-KJN**

I hereby certify that on September 9, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 9, 2016, at Sacramento, California.

| Eileen A. Ennis | /s/ Eileen A. Ennis |
|---|---|
| Declarant | Signature |

SA2016102600
12419249.doc