1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MARC A. LEFORESTIER, State Bar No. 178188
   Supervising Deputy Attorney General
3  KEVIN A. CALIA, State Bar No. 227406
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-6114
6    Fax: (916) 324-8835
     E-mail: Kevin.Calia@doj.ca.gov
7  *Attorneys for Defendant*
   *Kamala D. Harris, in her official capacity*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHIRSTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB,#315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, #181, in his official capacity as Sheriff of Placer County; Placer County Deputy MASON, #101<br><br>Defendants. | Case No.: 2:16-cv-00523 TLN KJN<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

WHEREAS, plaintiffs filed the Second Amended Complaint ("SAC") on August 15, 2016 (Doc. No. 12);

WHEREAS, pursuant to the stipulation of the parties, approved by the Court on August 12, 2016 (Doc. No. 11), the served defendants' responses to the SAC are currently due on or before September 15, 2016;

WHEREAS, counsel for the Attorney General is now scheduled to be in trial in federal court in Los Angeles the week of September 12, 2016;

WHEREAS, counsel for the Attorney General requested, and all parties agreed, to extend all of the served defendants' time to respond to the SAC until September 30, 2016, subject to the Court's approval of this stipulation;

THEREFORE, plaintiffs and the served defendants hereby stipulate, by and through their counsel of record, that:

1. The served defendants shall have until September 30, 2016, to respond to the SAC in any manner authorized by the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATE: September 9, 2016

KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General

__/s/ Kevin A. Calia__
KEVIN A. CALIA
Deputy Attorney General
Attorneys for Defendant KAMALA D. HARRIS, in her official capacity

| | |
|---|---|
| DATE: September 9, 2016 | CREGGER & CHALFANT LLP |
| | |
| | ___/s/ Wendy Motooka_____ |
| | ROBERT L. CHALFANT |
| | State Bar No. 203051 |
| | WENDY MOTOOKA |
| | State Bar No. 233589 |
| | Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER |
| | |
| DATE: September 9, 2016 | LONGYEAR, O'DEA, & LAVRA LLP |
| | |
| | ___/s/ John A. Lavra_____ |
| | JOHN A. LAVRA |
| | State Bar No. 114533 |
| | AMANDA L. McDERMOTT |
| | State Bar No. 253651 |
| | Attorneys for CITY OF CITRUS HEIGHTS, CHRISTOPHER BOYD |
| | |
| DATE: September 9, 2016 | PLACER COUNTY COUNSEL'S OFFICE |
| | |
| | ___/s/ David K. Huskey_____ |
| | DAVID K. HUSKEY |
| | State Bar No. 109329 |
| | Attorneys for COUNTY OF PLACER, SHERIFF EDWARD N. BONNER, DEPUTY MASON, DEPUTY HINTZ |
| | |
| DATE: September 9, 2016 | LAW OFFICES OF GARY W. GORSKI |
| | |
| | ___/s/ Gary W. Gorski_____ |
| | GARY W. GORSKI |
| | State Bar No. 166526 |
| | Attorneys for Plaintiffs JAMES EDWARD CUPP and LAWRENCE "WOLF" HAVEN |

STIPULATION AND ORDER EXTENDING TIME TO
RESPOND TO SECOND AMENDED COMPLAINT       3
Case No. 2:16-cv-00523 TLN KJN

**ORDER**

After considering the Stipulation by and between the parties through their counsel of records, IT IS HEREBY ORDERED THAT:

1.  Defendants shall have until September 30, 2016, to respond to the Second Amended Complaint in any manner authorized by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: September 15, 2016

Troy L. Nunley
United States District Judge