CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHIRSTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB,#315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES in  his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, #181, in his official capacity as Sheriff of Placer County; Placer County Deputy MASON, #101 <br><br> Defendants. | Case No.: 2:16-cv-00523 TLN KJN <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT AND MOTION TO SEVER** <br><br> Date:  November 3, 2016 <br> Time: 2:00 P.M. <br> Courtroom:  2, 15th Floor <br> Judge:  Hon. Troy L. Nunley |

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF MOTION AND MTD SAC
Case No.  2:16-cv-00523 TLN KJN

1

1    NOTICE IS HEREBY GIVEN that on November 3, 2016, at 2:00 P.M. or as soon thereafter as counsel may be heard in Courtroom 2, by the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, defendants COUNTY OF SACRAMENTO, SCOTT JONES and JESSE BRUCKER ("Sacramento County defendants") will and hereby do move the Court for dismissal of the Second Amended Complaint for failure to state a claim upon which relief can be granted, and will and hereby do move the Court to sever the claims against the Sacramento County defendants from this action.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Declaration of Wendy Motooka, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATE:  September 29, 2016              CREGGER & CHALFANT LLP

                                       /s/ Wendy Motooka
                                       ROBERT L. CHALFANT
                                       WENDY MOTOOKA
                                       Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF MOTION AND MTD SAC
Case No.  2:16-cv-00523 TLN KJN

2