1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Amanda L. McDermott, CSB No.: 253651
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  Attorney for Defendants
   City of Citrus Heights,
6  Chief Christopher Boyd
   Christian Baerresen,
7  and Thomas Lamb

8

9              **UNITED STATES DISTRICT COURT,**

10             **EASTERN DISTRICT OF CALIFORNIA**

11 | JAMES EDWARD CUPP, an individual; ) Case No.: 2:16-CV-00523-TLN-KJN
   | LAWRENCE "WOLF" HAVEN, an         )
12 | individual,                       ) **NOTICE OF AND MOTION TO DISMISS**
   |         Plaintiff,                ) **SECOND AMENDED COMPLAINT BY**
13 |                                   ) **CITRUS HEIGHTS DEFENDANTS**
   |     vs.                           )
14 |                                   ) **[Fed. R. Civ. P. 12(b)(6)]**
   | KAMALA D. HARRIS Attorney General of )
15 | the State of California, in her official capacity )
   | only; CITY OF CITRUS HEIGHTS; Citrus ) Date:  November 17, 2016
16 | Heights Police Department Chief    ) Time:  2:00 p.m.
   | CHRISTOPHER W. BOYD, in both his   ) CtRm:  2, 15th Floor
17 | individual and official capacity; Citrus Heights ) Judge: Honorable Judge Nunley
   | Police Officer CHRISTIAN BAERRESEN, # )
18 | 371; Citrus Heights Police Officer THOMAS )
   | LAMB, # 315; UNKNOWN CITRUS        )
19 | HEIGHTS POLICE OFFICER Badge Number )
   | 323; UNKNOWN CITRUS HEIGHTS         )
20 | POLICE OFFICER who prepared Report  )
   | Number CH14-02589 on 03/26/2014; TWO )
21 | UNKNOWN NAMED PEACE OFFICERS       )
   | OF THE CITRUS HEIGHTS POLICE        )
22 | DEPARTMENT; COUNTY OF              )
   | SACRAMENTO; SCOTT JONES, in his    )
23 | official capacity as Sheriff of County of )
   | Sacramento; Sacramento Deputy Sheriff )
24 | JESSE BRUCKER, # 512; COUNTY OF    )
   | PLACER; EDWARD N. BONNER, in his   )
25 | official capacity as Sheriff of County of )
   | Placer; Placer County Deputy MASON, # 181; )
26 | Placer County Deputy HINTZE, # 101.  )
   |                                   )
27 |         Defendants                )

28

Memorandum of Points and Authorities in Support of Citrus Heights Defendants'
Motion to Dismiss for Failure to State a Claim                                Page- 1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on November 17, 2016, at 2:00 p.m., in Courtroom 2 of
3  the above-entitled Court, before Honorable Troy L. Nunley, located at 501 I Street, Sacramento,
4  California 95814, Defendants CITY OF CITRUS HEIGHTS and Citrus Heights Police
5  Department Chief CHRISTOPHER W. BOYD (herein "Citrus Heights Defendants") will and
6  hereby do move this Court for dismissal of the Second Amended Complaint pursuant to Federal
7  Rule of Civil Procedure 12(b)(6) on the grounds that, inter alia, Plaintiff Cupp has failed to state
8  a claim against the moving Defendants upon which relief can be granted.

9  The motion is based on this Notice of Motion and Motion, the Memorandum of Points
10 and Authorities, the pleadings on file herein, and any oral or other evidence which may be
11 introduced at the time of the hearing on this motion.

13 Dated:  September 30, 2016            LONGYEAR, O'DEA & LAVRA, LLP

15                                        By:  */s/ Amanda L. McDermott*
                                               JOHN A. LAVRA
                                               AMANDA L. MCDERMOTT