PLACER COUNTY COUNSEL'S OFFICE
DAVID K. HUSKEY (SBN 109329)
175 Fulweiler Avenue
Auburn, California 95603
Telephone:     (530) 889-4044
Facsimile:      (530) 889-4069

Attorneys for Defendants COUNTY OF PLACER; EDWARD N. BONNER; DEPUTY ERIC HINTZE; DEPUTY MICHAEL MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>Plaintiff;<br><br>vs.<br><br>KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge #323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 3/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Sheriff Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER; in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, # 181; Placer County Deputy HINTZ, #101.<br><br>Defendants. | No. 2:16-CV-00523-TLN-KJN<br><br>**PLACER COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br>**[F.R.C.P. 12(b)(6)]**<br><br>Date:         November 17, 2016<br>Time:         2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Judge:        Hon. Troy L. Nunley |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on November 17, 2016, at 2:00 p.m. or as soon thereafter as the matter may be heard in Courtroom 2, 15th Floor, of the above captioned Court located at 501 I Street, Sacramento, CA 95814, Defendants COUNTY OF PLACER, EDWARD N. BONNER, DEPUTY MASON and DEPUTY HINTZE, (collectively "Placer County Defendants") will and hereby do move the Court for dismissal of Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. Proc. 12(b)(6) on the grounds that: 1) defendants Mason and Hintze are entitled to qualified immunity as to plaintiff's Fourth Amendment claims of an illegal seizure in the form of his arrest and confiscation of his slungshot, 2) plaintiff has failed to allege facts that would support a *Monell* claim for money damages against defendants County of Placer and Sheriff Edward N. Bonner in his official capacity, 3) in light of the fact that plaintiff has named the County of Placer as a defendant in this Section 193 action for money damages, naming Sheriff Bonner in his official capacity is redundant and should result in the dismissal of Sheriff Bonner, and 4) as individuals, defendants Mason and Hintze are not proper defendants in an action based on the alleged taking of private property without due process in violation of the Fifth Amendment.

This motion is based on this Notice of Motion and Motion, the accompany Memorandum of Points and Authorities, all pleadings and papers on file in this action, all other matters of which the Court may take judicial notice, the forthcoming reply and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: September 30, 2016       PLACER COUNTY COUNSEL'S OFFICE

By:   /s/ DAVID K. HUSKEY
      DAVID K. HUSKEY
      Attorneys for COUNTY OF PLACER,
      SHERIFF EDWARD N. BONNER,
      DEPUTY MASON, DEPUTY HINTZE