KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARC A. LEFORESTIER, State Bar No. 178188
Supervising Deputy Attorney General
KEVIN A. CALIA, State Bar No. 227406
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6114
 Fax: (916) 324-8835
 E-mail: Kevin.Calia@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB, #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, #181; Placer County Deputy HINTZE, #101,<br><br>Defendants. | 2:16-cv-00523-TLN-KJN<br><br>**DEFENDANT ATTORNEY GENERAL KAMALA D. HARRIS'S NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:      November 17, 2016<br>Time:      2:00 p.m.<br>Dept:      2<br>Judge:    Hon. Troy L. Nunley<br><br>Action Filed: March 11, 2016 |

1

1  PLEASE TAKE NOTICE THAT, on November 17, 2016 at 2:00 p.m., or as soon thereafter
2  as the matter may be heard before the Honorable Troy L. Nunley in Courtroom 2 of the United
3  States District Court for the Eastern District of California, located at 501 I Street, Sacramento,
4  California, 95814, Defendant Kamala D. Harris, in her official capacity as Attorney General of
5  the State of California, will and hereby does move this Court for an order dismissing the Second
6  Amended Complaint for Monetary Damages, Declaratory and Injunctive Relief (ECF No. __)
7  (the "Complaint"), and all claims for relief or causes of action asserted in that Complaint against
8  Attorney General Harris, pursuant to Federal Rules of Civil Procedure 8, 12(b)(1), and 12(b)(6).

9  This motion is based on this Notice, the accompanying Memorandum of Point and
10 Authorities, the Declaration of Kevin A. Calia in Support of Defendant Attorney General Kamala
11 D. Harris's Motion to Dismiss and its attached exhibits, the papers and pleadings on file in this
12 action, and such other matters as may be presented to the Court at the time of hearing.

13 Dated: September 30, 2016                     Respectfully submitted,

14                                              KAMALA D. HARRIS
                                                Attorney General of California
15                                              MARC A. LEFORESTIER
                                                Supervising Deputy Attorney General
16

17

18                                                    /s/ Kevin A. Calia
                                                KEVIN A. CALIA
19                                              Deputy Attorney General
                                                *Attorneys for Defendant*
20                                              *Attorney General Kamala D. Harris*

21 SA2016102600
   12449901.doc

2

# CERTIFICATE OF SERVICE

Case Name:  **Cupp, James Edward v. Kamala D. Harris, et al.**   No.  **2:16-cv-00523-TLN-KJN**

I hereby certify that on <u>September 30, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL KAMALA D. HARRIS'S NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 30, 2016</u>, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis | /s/ Eileen A. Ennis |
| Declarant | Signature |

SA2016102600
12449912.doc