1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MARC A. LEFORESTIER, State Bar No. 178188
   Supervising Deputy Attorney General
3  KEVIN A. CALIA, State Bar No. 227406
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 322-6114
6    Fax: (916) 324-8835
     E-mail: Kevin.Calia@doj.ca.gov
7  *Attorneys for Defendant*
   *Attorney General Kamala D. Harris*

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    JAMES EDWARD CUPP, an individual;        2:16-cv-00523-TLN-KJN
12  LAWRENCE "WOLF" HAVEN, an
    individual,                              **DECLARATION OF KEVIN A. CALIA**
13                                           **IN SUPPORT OF DEFENDANT**
                              Plaintiffs,    **ATTORNEY GENERAL KAMALA D.**
14                                           **HARRIS'S MOTION TO DISMISS**
             v.
15                                           Date:       November 17, 2016
    KAMALA D. HARRIS Attorney General of    Time:       2:00 p.m.
16  the State of California, in her official  Dept:       2
    capacity only; CITY OF CITRUS HEIGHTS;   Judge:      Hon. Troy L. Nunley
    Citrus
17  Heights Police Department Chief           Action Filed: March 11, 2016
    CHRISTOPHER W. BOYD, in both his
18  individual and official capacity; Citrus Heights
    Police Officer CHRISTIAN BAERRESEN,
19  #371; Citrus Heights Police Officer THOMAS
    LAMB, #315; UNKNOWN CITRUS
20  HEIGHTS POLICE OFFICER Badge Number
    323; UNKNOWN CITRUS HEIGHTS
21  POLICE OFFICER who prepared Report
    Number CH14-02589 on 03/26/2014; TWO
22  UNKNOWN NAMED PEACE OFFICERS OF
    THE CITRUS HEIGHTS POLICE
23  DEPARTMENT; COUNTY OF
    SACRAMENTO; SCOTT JONES, in his
24  official capacity as Sheriff of County of
    Sacramento; Sacramento Deputy Sheriff
25  JESSE BRUCKER, #512; COUNTY OF
    PLACER; EDWARD N. BONNER, in his
26  official capacity as Sheriff of County of Placer;
    Placer County Deputy MASON, #181; Placer
27  County Deputy HINTZE, #101,

28                            Defendants.

                                    1

I, Kevin A. Calia, declare as follows:

1.    I am an attorney at law, licensed to practice before the courts of the State of California, and admitted to practice before this Court.  I am employed by the California Department of Justice, Office of the Attorney General.  I am counsel of record for Kamala D. Harris, Attorney General of the State of California, in this matter.  I submit this declaration in support of Defendant Attorney General Kamala D. Harris's Motion to Dismiss the Second Amended Complaint in this matter.  I submit the exhibits attached to this declaration pursuant to Civil Local Rule 133(i)(3).  I have personal knowledge of the matters set forth below, and, if sworn as a witness, I could competently testify thereto.

2.    Attached as Exhibit A is a true and correct copy of the Order Re Defendant's Motion to Dismiss Plaintiff's Complaint [14] dismissing the equal protection claim asserted in *Garcia v. Harris*, Case No. CV 16-02572-BRO (AFMx).  The order was filed on behalf of the Honorable Beverly Reid O'Connell, United States District Judge for the Central District of California, and is dated August 5, 2016.  I downloaded this document from PACER on September 30, 2016 for inclusion with this declaration.

3.    Attached as Exhibit B is a true and correct copy of Memorandum and Order dismissing the equal protection claim asserted in *Mehl v. Blanas*, Case No. Civ. S 03-2682 MCE KJM.  The order shows that it was signed by the Honorable Morrison C. England, Jr., United States District Judge for the Eastern District of California, on September 2, 2004.   I downloaded this document from PACER on September 30, 2016 for inclusion with this declaration.

4.    Attached as Exhibit C is a true and correct copy of the Order Dismissing First Amended Complaint with Prejudice as to Defendant Attorney General, including the Reporter's Transcript of the hearing that took place before the court on July 15, 2009, which was attached to the order.  This order dismissed the equal protection claim asserted in Rothery v. Blanas, Case No. 2:08-cv-02064-JAM-KJM.  The order shows that it was signed by the Honorable John A. Mendez, , United States District Judge for the Eastern District of California, on July 28, 2009.   I downloaded this document from PACER on September 30, 2016 for inclusion with this declaration.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed the 30th day of September, 2016, at Sacramento, California.


                                                  /s/ Kevin A. Calia
                                                  KEVIN A. CALIA

# CERTIFICATE OF SERVICE

Case Name:   **Cupp, James Edward v. Kamala**          No.   **2:16-cv-00523-TLN-KJN**
**D. Harris, et al.**

I hereby certify that on <u>September 30, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF KEVIN A. CALIA IN SUPPORT OF DEFENDANT ATTORNEY GENERAL KAMALA D. HARRIS'S MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 30, 2016</u>, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis | /s/ Eileen A. Ennis |
| Declarant | Signature |

SA2016102600
12449915.doc