K ATHLEEN A. K ENEALY, State Bar No. 212289
Acting Attorney General of California
M ARC A. L E F ORESTIER, State Bar No. 178188
Supervising Deputy Attorney General
K EVIN A. C ALIA, State Bar No. 227406
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6114
 Fax: (916) 324-8835
 E-mail: Kevin.Calia@doj.ca.gov
*Attorneys for Defendant*
*Acting Attorney General Kathleen A. Keneały*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP,<br><br>                          Plaintiff,<br><br>     v.<br><br>KATHLEEN A. KENEALY Acting Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB, #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, #181; Placer County Deputy HINTZE, #101,<br><br>                          Defendants. | 2:16-cv-00523-TLN-KJN<br><br>**STATEMENT OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ATTORNEY GENERAL'S MOTION TO DISMISS**<br><br>Date:    Submitted<br>Time:   Submitted<br>Dept:   2<br>Judge:  Hon. Troy L. Nunley<br><br>Action Filed: 3/11/2016 |

1

On December 27, 2016, the Ninth Circuit granted rehearing en banc in *Teixeira v. County of Alameda*, 844 F.3d 1047 (9th Cir. 2016). Accordingly, the three-judge panel's opinion may no longer be cited as precedent by or to courts in the Ninth Circuit. *Teixeira v. County of Alameda*, No. 13-17132, 2016 WL 7438631 (9th Cir. Dec. 27, 2016).

The Attorney General had previously cited the panel's decision in her briefing in support of her motion to dismiss. *See* ECF No. 18 at 16, 18; ECF No. 30 at 9-10. Other authorities cited in the Attorney General's briefs, however, also support the propositions that the Attorney General advanced. *See*, *e.g.*, *Orin v. Barclay*, 272 F.3d 1207, 1213 n.3 (9th Cir. 2001) (plaintiff's equal protection claim was "subsumed by and coextensive with" plaintiff's primary constitutional claim); *Nordyke v. King*, 681 F.3d 1041, 1043 n.2 (9th Cir. 2012) (rational basis review applies to equal protection claim where challenged law does not classify based on suspect class and does not violate Second Amendment).[1] If requested by the Court, the Attorney General could provide additional authorities to support these points.

Dated:  January 10, 2017

Respectfully submitted,

KATHLEEN A. KENEALY
Acting Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General

_____/s/ Kevin A. Calia_____
KEVIN A. CALIA
Deputy Attorney General
*Attorneys for Defendant*
*Acting Attorney General*
*Kathleen A. Kenealy*[2]

---

[1] Notably, none of the equal protection issues decided by the panel in *Teixeira* were challenged in the petition for rehearing en banc. *See Teixeira v. County of Alameda*, No. 13-17132 (9th Cir.) (ECF No. 79) (petition for rehearing).

[2] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Acting Attorney General Kathleen A. Kenealy is automatically substituted as a defendant in this matter in place of her predecessor, Kamala D. Harris.

# CERTIFICATE OF SERVICE

Case Name:  **Cupp, James Edward v. Kamala D. Harris, et al.**         No.   **2:16-cv-00523-TLN-KJN**

I hereby certify that on January 10, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATEMENT OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ATTORNEY GENERAL'S MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 10, 2017, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis<br>Declarant | _/s/ Eileen A. Ennis_<br>Signature |

SA2016102600
12550447.doc