1  PLACER COUNTY COUNSEL'S OFFICE
   Julia M. Reeves (SBN 241198)
2  175 Fulweiler Avenue
   Auburn, California 95603
3  Telephone:    (530) 889-4044
4  Facsimile:    (530) 889-4069

5  Attorneys for Defendants COUNTY OF PLACER; EDWARD N. BONNER;
   DEPUTY ERIC HINTZ; DEPUTY MICHAEL MASON
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual, <br><br>Plaintiff; <br><br>vs. <br><br>KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge #323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 3/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Sheriff Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER; in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, # 181; Placer County Deputy HINTZ, #101. <br><br>Defendants. | No.  2:16-CV-00523-TLN-KJN <br><br>**CHANGE IN DESIGNATION OF COUNSEL OF SERVICE** |

1

CHANGE IN DESIGNATION OF COUNSEL OF SERVICE

Please take notice that henceforward, the counsel for service for Defendants COUNTY OF PLACER, EDWARD N. BONNER; DEPUTY ERIC HINTZ, and DEPUTY MICHAEL MASON in this matter is Julia M. Reeves of the County Counsel's office as David K. Huskey has retired from the County Counsel's Office and no longer counsel of record in this matter. There are no other changes. Please update your records and service lists accordingly.

Dated:  August 2, 2017                    PLACER COUNTY COUNSEL'S OFFICE


                                          By:  /s/ JULIA M. REEVES
                                               JULIA M. REEVES,
                                               Attorney for Defendants