XAVIER BECERRA, State Bar No. 118517
Attorney General of California
THOMAS S. PATTERSON, State Bar No. 202890
Senior Assistant Attorney General
KEVIN A. CALIA, State Bar No. 227406
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6047
 Fax: (916) 324-8835
 E-mail: Kevin.Calia@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP,**<br><br>                              Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, Attorney General of the State of California, in his official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB, #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, #181; Placer County Deputy HINTZE, #101,**<br><br>                              Defendants. | 2:16-cv-00523-TLN-KJN<br><br>**STATEMENT OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ATTORNEY GENERAL'S MOTION TO DISMISS**<br><br>Date:         Submitted<br>Time:        Submitted<br>Dept:         2<br>Judge:       Hon. Troy L. Nunley<br>Action Filed: 3/11/2016 |

1

On January 10, 2017, Defendant Xavier Becerra, Attorney General of the State of California, filed a Statement of Supplemental Authority (ECF No. 31) advising the Court that the United States Court of Appeals for the Ninth Circuit had granted rehearing en banc in *Teixeira v. County of Alameda* ("*Teixeira I*"), 822 F.3d 1047 (9th Cir. 2016), and thus that the three-judge panel's opinion could no longer be cited as precedent by or to courts in the Ninth Circuit.  The Attorney General filed the statement because he had previously cited that panel decision in his briefing in support of his motion to dismiss.  *See* ECF No. 18 at 16, 18; ECF No. 30 at 9-10.

On October 10, 2017, after rehearing en banc, the Ninth Circuit issued its decision in *Teixeira v. County of Alameda*, __ F.3d __, No. 13-17132, 2017 WL 4509038 (9th Cir. Oct. 10, 2017) (en banc).  The en banc court affirmed the district court's dismissal of the equal protection claims "for the reasons given in the panel opinion." *Id.* at *4 n.7. The en banc opinion thus reaffirms the well-established law cited by the Attorney General in support of his motion to dismiss Plaintiffs' equal-protection claims.  *See Teixeira I*, 822 F.3d at 1052; *Orin v. Barclay*, 272 F.3d 1207, 1213 n.3 (9th Cir. 2001) (plaintiff's equal-protection claim was "subsumed by and coextensive with" plaintiff's primary constitutional claim); *Nordyke v. King*, 681 F.3d 1041, 1043 n.2 (9th Cir. 2012) (rational-basis review applies to equal-protection claim where challenged law does not classify based on suspect class and does not violate Second Amendment).

Dated:  October 17, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General


_____/s/ Kevin A. Calia_____
KEVIN A. CALIA
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra,*
*Attorney General of the State of California*

# CERTIFICATE OF SERVICE

Case Name: **Cupp, James Edward v. Kamala D. Harris, et al.**   No.   **2:16-cv-00523-TLN-KJN**

I hereby certify that on October 17, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATEMENT OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ATTORNEY GENERAL'S MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 17, 2017, at Sacramento, California.

Eileen A. Ennis
Declarant

*Eileen A. Ennis*
Signature

SA2016102600
12851505.doc