1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CONSTANCE L. LELOUIS, State Bar No. 148821
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN, State Bar No. 232650
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-6002
6    Fax:  (916) 324-8835
     E-mail:  Anthony.OBrien@doj.ca.gov
7  *Attorneys for Defendant Xavier Becerra, Attorney*
   *General of the State of California.*

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 |                                              | 2:16-cv-00523-TLN-KJN |
   | **JAMES EDWARD CUPP,**                       |                       |
12 |                                 Plaintiff,   | **NOTICE OF APPEARANCE** |
13 |                                              |                       |
   |                    v.                        |                       |
14 | **XAVIER BECERRA, Attorney General of**       | Judge:      The Honorable Troy L. Nunley |
15 | **the State of California, in her official**  | Trial Date:  N/A        |
   | **capacity only; CITY OF CITRUS**             | Action Filed:  March 11, 2016 |
16 | **HEIGHTS; Citrus Heights Police**            |                       |
   | **Department Chief CHRISTOPHER W.**           |                       |
17 | **BOYD, in both  his individual and official**|                       |
   | **capacity; Citrus Heights Police Officer**   |                       |
18 | **CHRISTIAN BAERRESEN, #371; Citrus**         |                       |
   | **Heights Police Officer THOMAS LAMB,**       |                       |
19 | **#315; UNKNOWN CITRUS HEIGHTS**              |                       |
   | **POLICE OFFICER Badge Number 323;**          |                       |
20 | **UNKNOWN CITRUS HEIGHTS POLICE**             |                       |
   | **OFFICER who prepared Report Number**        |                       |
21 | **CH14-02589 on 03/26/2014; TWO**             |                       |
   | **UNKNOWN NAMED PEACE OFFICERS**              |                       |
22 | **OF THE CITRUS HEIGHTS POLICE**              |                       |
   | **DEPARTMENT; COUNTY OF**                     |                       |
23 | **SACRAMENTO; SCOTT JONES, in his**           |                       |
   | **official capacity as Sheriff of County of** |                       |
24 | **Sacramento; Sacramento Deputy Sheriff**     |                       |
   | **JESSE BRUCKER, #512; COUNTY OF**            |                       |
25 | **PLACER; EDWARD N. BONNER, in his**          |                       |
   | **official capacity as Sheriff of County of** |                       |
26 | **Placer; Placer County Deputy MASON,**       |                       |
   | **#181; Placer County Deputy HINTZE, #101,**  |                       |
27 |                                              |                       |
   |                              Defendants.     |                       |
28

                                    1

1    TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF

2  RECORD:

3    PLEASE TAKE NOTICE that Deputy Attorney Anthony P. O'Brien hereby enters his

4  appearance as counsel of record for Defendant Xavier Becerra, Attorney General of the State of

5  California.  Mr. OBrien is a member of the State Bar of California and is admitted to practice in

6  the United States District Court, Eastern District of California.  His contact information is as

7  follows:

8    ANTHONY P. O'BRIEN, State Bar No. 232650
     Deputy Attorney General
9    1300 I Street, Suite 125
     P.O. Box 944255
10   Sacramento, CA 94244-2550
     Telephone:  (916) 210-6002
11   Fax:  (916) 324-8835
     E-mail:  Anthony.OBrien@doj.ca.gov

12

13  Dated:  October 23, 2017                    Respectfully submitted,

14                                              XAVIER BECERRA
                                                Attorney General of California
15                                              CONSTANCE L. LELOUIS
                                                Supervising Deputy Attorney General

16

17                                              /s/ Anthony P. O'Brien

18

19                                              ANTHONY P. O'BRIEN
                                                Deputy Attorney General
20                                              Attorneys for Defendant Xavier Becerra,
                                                Attorney General of the State of California.

21  SA2016102600
    12857088.docx
22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name: **Cupp, James Edward v.**      No.   **2:16-cv-00523-TLN-KJN**
                 **Kamala D. Harris, et al.**

I hereby certify that on <u>October 23, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 23, 2017</u>, at Sacramento, California.

|  |  |
|:---:|:---:|
| C. McCartney | *S/C. McCartney* |
| Declarant | Signature |

SA2016102600
12857691.docx