## CITRUS HEIGHTS POLICE DEPARTMENT
### 6315 FOUNTAIN SQUARE DR.   CITRUS HEIGHTS, CA 95621   916-727-5500
### FELONY REPORT - PROPERTY

Page 3

CH14-02589

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|---|---|---|---|---|---|
| 1 | Safekeeping | CMB-1 - 1 Item(s) Black & Brown Winchester 50 Firearm Shotgun - 12 GAGE/ SEMI AUTO/28" BBL/MADE IN USA (I59604A) | | | |
| 2 | Safekeeping | CMB-2 - 1 Item(s) Black Savage 116 Firearm Rifle - 30.06 CAL/ BOLT ACTION RIFLE/23" BBL/MADE IN USA (F426673) | | | |
| 3 | Safekeeping | CMB-3 - 1 Item(s) Silver Marlin Firearms 60W .22 Firearm Rifle - .22 CAL/ SEMI AUTO RIFLE/MADE IN USA/22" BBL (06156981) | | | |
| 4 | Safekeeping | CMB-4 - 1 Item(s) Black Browning Buck Mark Firearm Pistol - .22 CAL/ SEMI AUTO BLACK HOLSTER WITH MAGAZINE AND 10 ROUNDS/4"BBL/MADE IN USA (655NV01591) | | | |
| 5 | Safekeeping | CMB-5 - 1 Item(s) Silver Raven P-25 Firearm Pistol - .25 CAL/ SEMI AUTO WITH BLACK HOLSTER AND MAGAZINE WITH 6 ROUNDS/2.5"BBL/MADE IN USA (188422) | | | |
| 6 | Safekeeping | CMB-6 - 1 Item(s) Black Smith And Wesson 566-4 Firearm Revolver - .357 MAG/ REVOLVER BLACK HOLSTER WITH NO ROUNDS/6" BBL/MADE IN USA (BUF2660) | | | |
| 7 | Safekeeping | CMB-7 - 260 Item(s)s 30.06 Fmj Ball M-2 30.06 Ammo - 30.06 AMMO AND AMMON CAN. | | | |
| 8 | Safekeeping | CMB-8 - 1 Item(s) Keys Key - 7 KEYS WITH A KNIFE AND WELLS FARGO CLIP. | | | |
| 9 | Safekeeping | KS-9 - 2 Item(s)s Black Motorcycle Leather Clothing | | | |
| 10 | Evidence | KS-10 - 1 Item(s) Black Motorcycle Leather Vest - W/PATCHES AND ATTACHED SHEATHES | | | |
| 11 | Evidence | KS-11 - 2 Item(s)s Black Knife Fixed Blade | | | |

**CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LAW**
3/27/2014
Released by: R. Brown
CITRUS HEIGHTS POLICE DEPARTMENT
CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE IS CONTROLLED BY LAW
RELEASED TO: SAC DA