```
 1  XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
 2  CONSTANCE L. LELOUIS, State Bar No. 148821
    Supervising Deputy Attorney General
 3  ANTHONY P. O'BRIEN, State Bar No. 232650
    Deputy Attorney General
 4   1300 I Street, Suite 125
     P.O. Box 944255
 5   Sacramento, CA 94244-2550
     Telephone: (916) 210-6002
 6   Fax: (916) 324-8835
     E-mail: Anthony.OBrien@doj.ca.gov
 7  Attorneys for Defendant Xavier Becerra, Attorney
    General of the State of California.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB, #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, #181; Placer County Deputy HINTZE, #101,**<br><br>                                    Defendants. | 2:16-cv-00523-TLN-KJN<br><br>**NOTICE OF ATTORNEY WITHDRAWAL – KEVIN A. CALIA**<br><br>Courtroom:   2<br>Judge:         The Honorable Troy L. Nunley<br>Action Filed: March 11, 2016 |

1

Notice of Attorney Withdrawal – Kevin A. Calia  (2:16-cv-00523-TLN-KJN)

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kevin A. Calia is no longer associated with the Office of the Attorney General for the State of California, and hereby withdraws as counsel of record for Xavier Becerra, sued in his official capacity as Attorney General of California.  Defendant's counsel requests that Mr. Calia be removed from the case docket and the Notice of Electronic Filing System as indicated on the docket.  Defendant Attorney General Becerra will continue to be represented by Deputy Attorney General Anthony P. O'Brien.

Dated:  March 22, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General

*/s/ Anthony P. O'Brien*

ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra, Attorney General of the State of California.*

SA2016102600
13003556.docx

# CERTIFICATE OF SERVICE

Case Name:  **Cupp, James Edward v. Kamala D. Harris, et al.**   No.   **2:16-cv-00523-TLN-KJN**

I hereby certify that on <u>March 22, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ATTORNEY WITHDRAWAL – KEVIN A. CALIA**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 22, 2018</u>, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis | */s/ Eileen A. Ennis* |
| Declarant | Signature |

SA2016102600
13006782.doc