**Exhibit "A."**

