**Exhibit "B."**

R. SCOTT OWENS
Placer County District Attorney
State Bar No. 146406
10810 Justice Center Drive, Suite 240
Roseville, CA  95678-6231

Tel: (916) 543-8000
Fax: (916) 543-2550

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

MAR 03 2016

JAKE CHATTERS
EXECUTIVE OFFICER & CLERK
By: M. Ryan, Deputy

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF PLACER

--oOo--

THE PEOPLE OF THE
    STATE OF CALIFORNIA,

            Plaintiff,
    -vs-

LAWRENCE JACK HAVEN

            Defendant.
_____/

DA NO. 16-02-097707

COURT NO. 62-144141

**SPECIFIED MISDEMEANOR COMPLAINT**

### COUNT ONE

On or about February 8, 2016, in the County of Placer, the crime of POSSESSION OF A DEADLY WEAPON, in violation of Penal Code section 22210, a specified misdemeanor, was committed by LAWRENCE JACK HAVEN, who did unlawfully manufacture, cause to be manufactured, import into the State of California, keep for sale, offer and expose for sale, and give, lend, and possess an instrument

1

and weapon of the kind commonly known as a billy, blackjack, sandbag, sandclub, sap and slungshot.

### COUNT TWO

On or about February 8, 2016, in the County of Placer, the crime of UNSAFE SPEED, in violation of Vehicle Code section 22350, an infraction, was committed by LAWRENCE JACK HAVEN, who did willfully and unlawfully violate the basic speed law by driving upon a highway at a speed greater than was reasonable and prudent having due regard for existing conditions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2016, at Roseville, Placer County, California.

R. SCOTT OWENS, DISTRICT ATTORNEY

By: _____
TIMOTHY J. SANDS,
DEPUTY DISTRICT ATTORNEY

---

**NOTICE.**

**PLEASE TAKE NOTICE THAT COUNSEL FOR THE PEOPLE HEREBY MAKE AN INFORMAL DEMAND FOR DISCOVERY (PURSUANT TO PENAL CODE SECTION 1054.3) WITHIN FIFTEEN DAYS.**

---