# Exhibit "C."











