**Exhibit "D."**























