**Exhibit "A."**

# SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
## PROPERTY RECEIPT/REPORT — FIREARMS

**REPORT NUMBER:** 16-4377(?)

SEIZED BY SEARCH WARRANT NO.: _____

MARK ONE BOX ONLY:
- [ ] RECOVERED STOLEN
- [ ] EVIDENCE
- [ ] CONTRABAND & SEE REMARKS
- [X] SAFE KEEPING
- [ ] FOUND

ASSET FORFEITURE: [ ]
# OF SUSPECTS: 1

### FILL IN ALL INFORMATION FOR SAFEKEEPING REPORTS

| Field | Value |
|---|---|
| REPORTING DATE | 2-14-16 |
| DAY | SUNDAY |
| TIME | 0905 |
| CONNECTED REPORT(S) NUMBER AND TYPE | |
| AUTHORITY AND SECTION | PC 245 |

**V — NAME (LAST FIRST MIDDLE):** HAVEN LAURA
- DOB: 10/17/83
- AGE: 32
- SEX: F
- RACE: W
- OTHER I.D.: X-3751934

**S — NAME (LAST FIRST MIDDLE):** HAVEN LAWRENCE
- DOB: 5/19/63
- AGE: 52
- SEX: M
- RACE: W
- OTHER I.D.: X-3764992

*FIREARMS CAN NOT BE RELEASED IN THE FIELD PER PENAL CODE SECTION 12021.3*

### Item JB1
- [ ] RIFLE  [X] SHOTGUN  [ ] REVOLVER  [ ] SEMI-AUTOMATIC
- [X] LOADED  [ ] UNLOADED  [ ] OTHER
- SERIAL #: 122333P
- MAKE: STEVENS
- MODEL: 320
- CALIBER: 12 GA
- BARREL LENGTH: 18"
- COLOR: BLACK
- REMARKS: FOUND IN S1'S BEDROOM

### Item JB2
- [ ] RIFLE  [ ] SHOTGUN  [ ] REVOLVER  [X] SEMI-AUTOMATIC
- [X] LOADED  [ ] UNLOADED  [ ] OTHER
- SERIAL #: FG54400
- MAKE: COLT
- MODEL: MKIV (1911)
- CALIBER: .45
- BARREL LENGTH: 5"
- COLOR: BLACK
- REMARKS: FOUND IN S1'S BEDROOM

### Item (3)
- [X] RIFLE  [ ] SHOTGUN  [ ] REVOLVER  [ ] SEMI-AUTOMATIC
- [ ] LOADED  [ ] UNLOADED  [ ] OTHER
- SERIAL #: 109802
- MAKE: ARMALITE
- MODEL: AR7
- CALIBER: .22
- BARREL LENGTH: 16"
- COLOR: BLACK
- REMARKS: FOUND IN S1'S BEDROOM

RECOVERED STOLEN FIREARM VALUE $ _____

I ACKNOWLEDGE RECEIPT OF A COPY OF THE NOTICE ON THE BACK OF THIS FORM.
- SIGNATURE OF PERSON NOTIFIED: _____
- DOB: _____
- DATE: _____

I WAVE ANY CLAIM TO THE FIREARMS LISTED ABOVE
- SIGNATURE OF PERSON NOTIFIED: _____
- DOB: _____
- DATE: _____

FIREARMS TAKEN FOR: [ ] MENTAL HEALTH INCIDENTS  [ ] DOMESTIC VIOLENCE INCIDENTS  [ ] OTHER

I RECOMMEND SSD PETITION COURT FOR RETENTION OF FIREARMS _____ (INITIALS OF OFFICER)

- NAME OF OFFICER TAKING PROPERTY (PRINT): BUCHER
- BADGE NO.: 512
- DIV.: NORTH
- NAME OF SUPERVISOR (PRINT): _____
- PAGE 1 OF 1

COMPLETE REVERSE SIDE OF COPY 1 WHEN BOOKING PROPERTY
7400-076C (7401 FORM 035-2) (REV 1/13)

RECORDS - FORWARD REPORT TO: _____
- DATE BOOKED: 2-14-16
- TIME BOOKED: _____

**RECEIPT**