**Exhibit "D."**

# Here's all of the guns the ATF took from Pasadena Police lieutenant's Sierra Madre home

www.sgvtribune.com
4 mins read

More one third of the firearms seized in February from the home of Pasadena Police Lt. Vasken Gourdikian cannot be sold to civilians by gun shops in California, according to a review of the list of weapons by this newspaper.

These handguns can only be purchased by law enforcement officers, or through a private party, because the models do not appear on California's "roster" of guns approved for sale to the general public.

Agents with the Bureau of Alcohol, Tobacco Firearms and Explosives raided Gourdikian's Sierra Madre home in February, taking away a total of 61 guns and gun parts, including at least 18 pistols that were "off roster."

Officers can sell off-roster weapons to civilians, but only if they are not flipping the firearms to make a profit. An ATF notice sent to Southland law enforcement agencies in March called these sales "a growing trend" in the Los Angeles area.

Gourdikian, who served as an aide to Pasadena Police Chief Phillip Sanchez starting in June 2016, has not been charged with a crime in connection to the raid. The ATF has declined to provide details about their investigation.

The veteran officer was placed on paid leave by Pasadena's police chief on the day of the raid. Officials have refused to comment, except to say the raid did not relate to Gourdikian's work.

Gourdikian joined the Pasadena Police Department in 1994 and became a lieutenant in 2013.

The $56,000 in firearms seized from his home became public this week through a [forfeiture notice](#) released by the U.S. Department of Justice. The ATF confiscated 32 pistols, 19 rifles, 5 rifle parts, 3 shotguns and 2 revolvers, according to the notice. Some of the assault rifles used large caliber, military-grade ammunition.

The guns found at Gourdikian's home ranged in value from $100 to $3,800. The most expensive firearm seized was a .40-caliber Wilson Combat CQB Pistol, worth $3,800.

The notice did not provide enough information to determine whether an additional eight pistols were on or off the state roster.

Gourdikian does not have a license to sell firearms, but the list of weapons indicated he had several duplicates of off-roster pistols in his possession at the time of the raid, which some experts said could show an intent to sell. For example, Gourdikian had four Springfield Armory Operator pistols, each valued at $950, at his home.

However, two gun shop owners, when presented with the list, said the forfeiture notice did not have enough information to show whether the models listed had any variations that might attract a collector to buy more than one.

A state exemption for officers allows them to buy "off roster" handguns for personal use, but "a growing trend" of officers reselling these firearms for a profit prompted the head of the ATF in Los Angeles to issue an advisory last month to Southland police and sheriff's departments.

"In some instances, ATF has discovered officers who purchased more than 100 'off roster' firearms that were subsequently transferred to non-law enforcement individuals," wrote Eric Harden, special agent in charge of the ATF in Los Angeles.

Loyola Law School professor Laurie Levenson said that besides educating the police community, the notice would likely serve another purpose.

"They're looking for whether they can show intent to violate or circumvent the law," Levenson said. "Once you put out the warning, it will be much easier to prove that."

Federal prosecutors usually do not charge law enforcement officers unless they have a very strong case, Levenson noted. The fact that Gourdikian hasn't been charged in nearly three months could indicate they are making the case as concrete as possible before filing, she said.

"They don't like going after law enforcement officers, it's not a popular thing to do," Levenson said. "They found a lot of guns, but the real question is, was he flipping them, and how did they know to go after him?"

It's still not known what crime investigators believe Gourdikian committed. The forfeiture notice indicated Gourdikian's firearms were seized because of a violation of federal firearms laws, but does not specify the crime.

ATF Spokeswoman Ginger Colburn wouldn't comment on the ongoing investigations. She also wouldn't say whether the raid of Gourdikian's home was related to investigations mentioned in the advisory issued in March.

"These investigations started through routine, multiple sales and trace reports," Colburn said of the advisory in an email.

Colburn said the ATF's investigation of sales of off-roster weapons began when agents noticed firearms showing up at crime scenes that had been bought less than a decade before.

She said the national "time-to-crime" average for a weapon — the time between the date of the gun's purchase and the date when it was used in a crime — is about 10 years. Guns used in crimes within three years of being purchased raise special consideration from investigators, Colburn said.

"After further investigation, ATF personnel noticed some (law enforcement officers) had made significant purchases and resales," she said.

Officers who purchase and then resell the weapons without a federal firearms license could violate federal law, the agency noted. Any person who sells firearms for "livelihood and profit" must obtain a license under federal law.

In 2016, a Sacramento County Sheriff's Deputy received 18 months in prison and $7,000 fine for dealing firearms without a license and for conspiracy to make a false statement on a firearms record, according to the DOJ. The deputy, Ryan McGowan, used his position as a deputy sheriff to purchase dozens of off-roster firearms, reselling them at inflated prices on the private market.

A firearms licensee who assisted with the sales was also sentenced to a year in prison.

California's already limited and constantly shrinking roster of approved guns has created a high demand, according to C.D. Michel, a California attorney whose clients include the National Rifle Association of America and the California Rifle and Pistol Foundation.

"The only guns that the retailers can buy in this state from the manufacturers are models that are a couple of years old," Michel said.

A seller might make hundreds or even thousands of dollars in profit off a single off-roster sale.

"The retailer can only sell an off-roster gun to a law enforcement officer, but the law enforcement officer can sell it to a private party," Michel said. "It's not illegal if you buy them for yourself and you go out and shoot it and decide you don't like it, and you want to sell it. You just can't have the intention to sell it to someone else when you buy it."

The seller has to do the transaction through someone with a federal firearms license to avoid breaking the law, but too many sales in a short period might also trigger an investigation.

Though Gourdikian had 56 guns seized, not all necessarily relate to the crime being investigated, Michel said. Agencies sometimes pad their numbers by seizing an entire collection, he added.

"They say if you sell one gun, your entire inventory is contraband," Michel said.

*Staff writers Ruby Gonzales and Brian Day contributed to this story.*

■