CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHIRSTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB,#315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, #181, in his official capacity as Sheriff of Placer County; Placer County Deputy MASON, #101<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-00523 TLN KJN<br><br>**DECLARATION OF JOSEPH D. HANCOCK IN SUPPORT OF SHERIFF JONES'S OPPOSITION TO PLAINTIFF HAVEN'S MOTION FOR PRELIMINARY EQUITABLE AND INJUNCTIVE RELIEF**<br><br>Date:  May 3, 2018<br>Time:  2:00 p.m.<br>Courtroom:  2, 15th Floor<br>Judge:  Troy L. Nunley |

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF JOSEPH D. HANCOCK ISO
OPP'N TO PRELIMINARY INJUNCTION                                1
Case No. 2:16-cv-00523 TLN KJN

I, JOSEPH D. HANCOCK, declare as follows:

1. I am employed by the County of Sacramento as a Sheriff's Records Officer I, within the Sacramento County Sheriff's Department. I work in the Sheriff's Property Warehouse, and have done so since March 2003. Since March of 2016, I have been in charge of the Property Warehouse's gun vault.

2. The gun vault is used to store all firearms collected as evidence, found, recovered stolen, or taken for safekeeping.

3. Firearms collected in the field or dropped off to sub-stations are written up on paper Firearms property forms and those forms are attached to the firearms. When the firearms and attached property forms arrive at the Property Warehouse, the firearm identifying information on each property form is double checked by another employee. Once confirmed, the firearm information is associated with a report number and entered into a computerized records system, called "Evidence Center," which is a subset of the Sheriff's Records Management System ("RMS"). The paper property forms are then filed by category into appropriate cabinets to be available as a backup, and when the report is cleared, the information on the paper property forms is updated accordingly. When the report is closed (all property disposed of), the paper report is sent to our main office to be scanned into the archives.

4. Firearms taken in for safekeeping may be recovered by their owners. When an owner calls to ask about his or her guns, we obtain the owner's personal information, place the owner on our "clearance list," and advise him or her to call back later. Clearing officers work down the list, on a first-come first-served basis, to complete a preliminary background check on the owner.

5. If the owner passes the check, the clearing officer notes in the computer file that the gun may be released to the owner after the owner obtains a Law Enforcement Gun Release ("LEGR") letter from the California Department of Justice ("DOJ"), or, if the gun is not registered in the owner's name, with an LEGR letter and proof of ownership.

6. Owners who are cleared for the return of firearms are informed, when they call back, that they must apply to DOJ for an LEGR letter, and how to do so via mail or online. We

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF JOSEPH D. HANCOCK ISO
OPP'N TO PRELIMINARY INJUNCTION
Case No. 2:16-cv-00523 TLN KJN

2

are able to release firearms only to owners who can show proof of ownership and who have obtained an LEGR letter.

7. If something in the owner's background prohibits him or her from owning a firearm, the clearing officer will note in the computer that the owner must sell or transfer the gun(s) through a federally licensed gun dealer. When the owner calls back again, we advise the owner of these options.

8. I have reviewed our Evidence Center records for RMS Case No. 2016-0043771. These records show that a Sun City Machinery version of the Stevens 320 shotgun, a Colt Government Model handgun, and a Charter Arms AR7 Armalite rifle ("the GUNS"), as well ammunition and magazines, were collected on February 14, 2016, and taken in for safekeeping.

9. The Property Warehouse documents communications with owners who seek to recover firearms that have been taken for safekeeping. Our records show that Lawrence Haven called to check on the GUNS only one time, on March 9, 2016. He was informed that he would be placed on the clearance list, and that he should call back in four weeks. There is no record of any other communication from Mr. Haven.

10. Our records indicate that the Sheriff's Department determined that Mr. Haven's Colt handgun and magazines could be returned to him with an LEGR letter, and that his shotgun and rifle could be returned to him with proof of registration and an LEGR letter.

11. Our records show that Mr. Haven never inquired about his weapons after March 9, 2016, and that he never came to claim them.

12. Because of space limitations, the Property Warehouse cannot retain weapons indefinitely. Based on my experience, I would estimate that the gun vault typically stores about 5,000 firearms at any given time.

13. If owners do not comply with the DOJ requirements for release of their weapons within the time allotted by our safekeeping policy, and do not request that we extend the length of time that we will hold their firearms, the weapons are presumed to be abandoned and are designated for destruction. We destroy approximately 500 to 1,000 unclaimed weapons every six to nine months. Our records show that the GUNS were destroyed on January 31, 2018, and that

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF JOSEPH D. HANCOCK ISO
OPP'N TO PRELIMINARY INJUNCTION         3
Case No. 2:16-cv-00523 TLN KJN

the ammunition and magazines were sent to the dump on March 16, 2018.

14.  I have personal knowledge of the matters described above, and if called upon, could competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2018, at Sacramento, California.

_____
JOSEPH D. HANCOCK

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

DECLARATION OF JOSEPH D. HANCOCK ISO
OPP'N TO PRELIMINARY INJUNCTION
Case No. 2:16-cv-00523 TLN KJN

4