PLACER COUNTY COUNSEL'S OFFICE
JULIA M. REEVES (SBN 241198)
175 Fulweiler Avenue
Auburn, California 95603
Telephone:     (530) 889-4044
Facsimile:     (530) 889-4069

Attorneys for Defendants COUNTY OF PLACER; EDWARD N. BONNER; DEPUTY ERIC HINTZE; DEPUTY MICHAEL MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual, <br><br> Plaintiff; <br><br> vs. <br><br> KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge #323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 3/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Sheriff Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER; in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, # 181; Placer County Deputy HINTZ, #101. <br><br> Defendants. | No. 2:16-CV-00523-TLN-KJN <br><br> **DECLARATION OF JULIA M. REEVES IN SUPPORT OF EDWARD N. BONNER'S OPPOSITION TO PLAINTIFF LAWRENCE "WOLF" HAVEN'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:        May 3, 2018 <br> Time:       2:00 p.m. <br> Courtroom: 2, 15th Floor <br> Judge:      Hon. Troy L. Nunley |

1

I, Julia M. Reeves, declare and state as follows:

1. I am an attorney at law, duly licensed to practice in all courts of the State of California, and I am attorney of record for Defendants COUNTY OF PLACER, EDWARD N. BONNER, DEPUTY ERIC HINTZE, and DEPUTY MICHAEL MASON

2. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to such facts.

3. A true and correct copy of the May 10, 2016 Placer County District Attorney's property and evidence disposition form is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct.

Executed this 19th day of April, 2018.

                                           _/s/ Julia M. Reeves_
                                           JULIA M. REEVES

REEVES DEC. ISO EDWARD N. BONNER'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

**EXHIBIT 1**



**R. SCOTT OWENS**
DISTRICT ATTORNEY

# PLACER COUNTY DISTRICT ATTORNEY

10810 Justice Center Drive, Suite 240 • Roseville, CA 95678-6231
916-543-8000 • FAX 916 543-2550
www.placer.ca.gov

## PROPERTY AND EVIDENCE DISPOSITION FORM

| TO: PLACER COUNTY SHERIFF - AUBURN | AGENCY REPORT NO. SO-16-001385 |
|---|---|
| PEOPLE V. LAWRENCE JACK HAVEN | DA REFERENCE NO. 62-144141 |
| DATE OF OFFENSE: 02/08/2016 | DATE: 05/10/2016 |

### PROPERTY DISPOSITION

**DISPOSITION OF REFERRED CHARGES:**

| CHG(S) | PLEA | DATE |
|---|---|---|
| 22210 | Dismissed: Interest of Justice | 05/09/2016 |
| 22350 | Dismissed: Interest of Justice | 05/09/2016 |

PRISON/JAIL        FINE        TERM                    PROBATION

Property/ Evidence Obtained in This Case Shall Be:

☐ Disposed of pursuant to law

☒ Disposed of per 18000-18010 PC (describe weapons) _Defendant Stipulated to Forfeiture of the Slingshot._

☐ Retained pending appeal (except as noted)

\*\* DO NOT ARREST OR DETAIN BASED SOLELY ON THIS RESPONSE\*\*
\*\*THESE ENTRIES ARE FOR INFORMATION ONLY AND HAVE NOT BEEN VERIFIED\*\*
\*\*NO EVIDENCE SHOULD BE RELEASED OR DESTROYED IN CONNECTION
  WITH THIS CASE UNTIL ALL CO-DEFENDANTS, JUVENILE OR ADULT,
  HAVE BEEN ADJUDICATED\*\*

_____
Robyn L. Miller
DEPUTY DISTRICT ATTORNEY