1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | CONSTANCE L. LELOUIS, State Bar No. 148821
Supervising Deputy Attorney General
3 | ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
4 | 1300 I Street, Suite 125
P.O. Box 944255
5 | Sacramento, CA 94244-2550
Telephone: (916) 210-6002
6 | Fax: (916) 324-8835
E-mail: Anthony.OBrien@doj.ca.gov
7 | *Attorneys for Defendant Xavier Becerra, Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, and individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; et al.,**<br><br>Defendants. | 2:16-cv-00523-TLN-KJN<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENT**<br><br>[Fed. R. Civ. P. 5.2, 26; Civil L.R. 141]<br><br>Dept: Courtroom 2, 15th Floor<br>Judge: The Honorable Troy L. Nunley<br>Trial Date: None Set<br>Action Filed: March 11, 2016 |

1    PLEASE TAKE NOTICE THAT, Defendant Xavier Becerra, in his official capacity as
Attorney General of California, files this motion to seal the Declaration of Teresa Peterson in
Support of Attorney General Becerra's Opposition to Plaintiffs' Motion for Preliminary
Injunction (Clerk's Record (CR) 42-1), filed on April 19, 2018.  Attorney General Becerra
requests the sealing of this record because, in filing the Declaration, counsel for the Attorney
General inadvertently failed to redact the birthdates of individuals listed in the Declaration.
Counsel for the Attorney General will file a redacted version of the declaration, in compliance
with Federal Rule of Civil Procedure 5.2(a)(2), to replace the Declaration to be placed under seal.

This motion is based on this Notice, the accompanying Request to Seal Documents, the
Declaration of Anthony P. O'Brien in Support of the Request to Seal Documents, and the
Proposed Order to Seal Documents.  Pursuant to Civil Local Rule 141(b), this notice is filed
electronically, and the Request to Seal Document, the Declaration of Anthony P. O'Brien in
Support of the Request to Seal Document, and the Proposed Order to Seal Documents were e-mailed to U.S. District Court Judge Troy L. Nunley's proposed orders e-mail address
(tlnorders@caed.uscourts.gov) and served by e-mail and Overnight Mail to all parties in this
action.

Dated:  April 27, 2018                                              Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General


/s/ Anthony P. O'Brien


ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra,*
*Attorney General of the State of California*

SA2016102600
13057845.docx

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Cupp, James Edward v. Kamala D. Harris, et al.** | No. | **2:16-cv-00523-TLN-KJN** |

I hereby certify that on <u>April 27, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF REQUEST TO SEAL DOCUMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 27, 2018</u>, at Sacramento, California.

| Eileen A. Ennis | /s/ Eileen A. Ennis |
|---|---|
| Declarant | Signature |

SA2016102600
13067100.docx