LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Mark P. O'Dea, CSB No.: 186061
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorney for Defendants
City of Citrus Heights,
Chief Christopher Boyd,
Officer Christian Baerrensen, and
Officer Thomas Lamb

**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, # 512; COUNTY OF PLACER; EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, # 181; Placer County Deputy HINTZE, # 101.<br><br>　　　　Defendants | **Case No.: 2:16-CV-00523-TLN-KJN**<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENT**<br><br>**[Fed. R. Civ. P. 5.2, 26; Civil L.R. 141]**<br><br>Dept:　　　　Courtroom 2, 15th Floor<br>Judge:　　　Honorable Troy L. Nunley<br>Trial Date:　None Set<br>Action Filed:　March 11, 2016 |

PLEASE TAKE NOTICE THAT, Defendants City of Citrus Heights, Chief Christopher Boyd, Officer Christian Baerrensen, and Officer Thomas Lamb, files this motion to seal the Declaration of Lieutenant Alex Turcotte in Support of Citrus Heights Police Department Chief Christopher W. Boyd's Opposition to Plaintiff James Cupp's Motion for Preliminary Injunction (CM/ECF 45-1), filed on April 19, 2018. City of Citrus Heights Defendants request the sealing of this record because, in filing the Declaration, counsel for the City of Citrus Heights inadvertently failed to redact the birthdates of individuals contained in the Exhibits attached to the Turcotte Declaration. Counsel for the City of Citrus Heights Defendants will file a redacted version of the declaration, in compliance with Federal Rule of Civil Procedure 5.2(a)(2), to replace the Declaration to be placed under seal.

This motion is based on this Notice, the accompanying Request to Seal Documents, the Declaration of Mark P. O'Dea in Support of the Request to Seal Documents, and the Proposed Order to Seal Documents. Pursuant to Civil Local Rule 141(b), this notice is filed electronically, and the Request to Seal Document, the Declaration of Mark P. O'Dea in Support of the Request to Seal Document, and the Proposed Order to Seal Documents were e-mailed to U.S. District Court Judge Troy L. Nunley's proposed orders e-mail address (tlnorders@caed.uscourts.gov) and served by e-mail and Overnight Mail to all parties in this action.

Dated:  April 30, 2018                                LONGYEAR, O'DEA & LAVRA, LLP

                                                By:  *Mark P. O'Dea*
                                                     JOHN A. LAVRA
                                                     MARK P. O'DEA