IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; et al.,<br><br>Defendants. | No. 2:16-cv-00523-TLN-KJN<br><br>**ORDER** |

On April 27, 2018, Defendant Attorney General Xavier Becerra filed a Request to Seal Documents. Having considered the Request and good cause appearing therefor, the Request to Seal Documents is GRANTED.

It is therefore ORDERED that:

(1) The Declaration of Teresa Peterson in Support of Attorney General Becerra's Opposition to Plaintiffs' Motions for Preliminary Injunction, filed on April 19, 2018 as Document No. 42-1 on the Clerk's Record, be placed under seal.

(2) Counsel for Defendant Attorney General Xavier Becerra shall re-file the Declaration of Teresa Peterson in Support of Attorney General Becerra's Opposition to Plaintiffs'

1

Motions for Preliminary Injunction, with any references to individual birth dates redacted as required under Federal Rule of Civil Procedure 5.2(a)(2).

Dated: May 7, 2018

                                      Troy L. Nunley
                                      United States District Judge