| | |
|---|---|
| 1 | LONGYEAR, O'DEA & LAVRA, LLP |
| | John A. Lavra, CSB No.: 114533 |
| 2 | Mark P. O'Dea, CSB No.: 186061 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: 916-974-8500 |
| 4 | Facsimile: 916-974-8510 |
| 5 | Attorney for Defendants |
| | City of Citrus Heights, |
| 6 | Chief Christopher Boyd, |
| | Officer Christian Baerrensen, and |
| 7 | Officer Thomas Lamb |

## UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual, | ) ) ) ) | No.: 2:16-cv-00523-TLN-KJN |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, # 512; COUNTY OF PLACER; EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, # 181; Placer County Deputy HINTZE, # 101. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

1

On April 13, 2018, Defendants City of Citrus Heights, Chief Christopher Boyd, Officer Christian Baerrensen, and Officer Thomas Lamb filed a Request to Seal Documents. Having considered the Request, and good cause appearing therefore, the Request to Seal Documents is GRANTED.

IT IS SO ORDERED that:

1. The Declaration of Lieutenant Alex Turcotte, and Exhibit A attached thereto, in support of Opposition to Plaintiff James Cupp's Motion for Preliminary Injunction, filed on April 19, 2018, CM/ECF No. 45-1, on the Clerk's Record, be placed under seal.

2. Counsel for Defendants City of Citrus Heights et al., shall re-file the Declaration of Lieutenant Alex Turcotte, and Exhibit A attached thereto, in support of Opposition to Plaintiff James Cupp's Motion for Preliminary Injunction, with appropriate redactions as required under Federal Rule of Civil Procedure 5.2(a)(2).

Dated: May 7, 2018

Troy L. Nunley
United States District Judge