LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorney for Defendants
City of Citrus Heights,
Chief Christopher Boyd,
Officer Christian Baerrensen, and
Officer Thomas Lamb

**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,
Plaintiff,

vs.

KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, # 512; COUNTY OF PLACER; EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, # 181; Placer County Deputy HINTZE, # 101.

Defendants

Case No.: 2:16-CV-00523-TLN-KJN

**DECLARATION OF LIEUTENANT ALEX TURCOTTE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Lieutenant Alex Turcotte, declare as follows:

1. I am a watch commander for the City of Citrus Heights Police Department and have held that position since July 2017. I have been a member of the Citrus Heights Police Department since 2006 and was promoted to the rank of Lieutenant in March 2013.

2. I am familiar with the claims being made by the plaintiff in this case and have also reviewed the report regarding the plaintiff's arrest for suspicion of domestic violence on March 25, 2014. I have also reviewed documents received by the City of Citrus Heights Police Department from the Sacramento County District Attorney's Office on or about May 19, 2014 and June 3, 2014 regarding the status of the charges pending against James Cupp. I have also reviewed the computerized records of the Police Department including the internal call log and the Departments records regarding property seized and retained by the Department. The records that I have reviewed include descriptions of interactions between the plaintiff James Cupp and members of the Department following his arrest on March 25, 2014, including interactions between Mr. Cupp and the Police Department which occurred on or about April 1, 2014, May 12, 2014, June 3, 2014, and December 19, 2014.

3. James Cupp was arrested on March 25, 2014 on suspicion of domestic battery as well as possession of a concealed dirk or dagger. At the time of his arrest six firearms were taken into custody by the Police Department from Cupp's residence and later booked into the Citrus Heights Police Department property room for safekeeping. The items so seized were inventoried. A true and correct copy of the Police Department Felony Report is attached to this declaration as "Exhibit A." The inventory of seized items appears on the third page of the report. The document indicates, and I have confirmed, that the Police Department took into its possession six firearms found in the plaintiff's residence, and those firearms remain in possession of the Police Department at this time.

4. Four items of property belonging to Mr. Cupp other than the firearms were taken into possession at the time of his arrest and then were subsequently returned to Mr. Cupp, including keys, knives, and clothing. The firearms were retained for safekeeping, initially pending disposition of the criminal charges pending against Mr. Cupp, and subsequently pending the receipt of confirmation from the State of California, Department of Justice that the firearms

had been cleared for release into the plaintiff's possession.

5. On April 1, 2014, Mr. Cupp contacted the Department after receiving a letter describing the property the Department retained in safekeeping. He was advised that he had already received the property that was authorized to be released to him at that time. He was further advised that the firearms could not be released to him until his pending criminal case had been adjudicated.

6. Mr. Cupp contacted the Department again on May 12, 2014, to inquire regarding the status of his firearms. He was advised at that time that his criminal case was still pending and that the Police Department was unable to release anything to him until that matter had been adjudicated. He was also advised that the Department would not dispose of any of his firearms without receiving specific instructions from the Sacramento County District Attorney's Office.

7. On May 30, 2014, the pending charges against Mr. Cupp were dismissed and his criminal matter was concluded.

8. On June 3, 2014, Mr. Cupp appeared in person at the Citrus Heights City Hall to make a complaint about the Department's continued possession of his firearms, and was advised that there was a procedure requiring him to contact the Department of Justice and complete a form which would need to be approved before the firearms could be returned to him. On June 4, 2014, Mr. Cupp was advised again that he should contact the Department of Justice and pursue the procedure required by state law, including the completion of the required law enforcement gun release form, before the firearms could be returned to him. In the meantime, the Department had determined that none of the firearms retrieved from Mr. Cupp were registered to him in the State of California. The Police Department contacted the Department of Justice on or about June 4, 2014 and was advised that since Mr. Cupp had an out-of-state address the firearms did not need to be registered in his name. However, Mr. Cupp would first have to complete the appropriate application and have the request reviewed before the firearms could be released to him under California law. Mr. Cupp was so informed, and responded that he would pursue the law enforcement gun release procedure and then advise the Department when he had been approved for return of the firearms.

9. On December 19, 2014, Mr. Cupp made contact with the Police Department, at which time he stated that he wanted to confirm that the firearms had not been destroyed. He further advised that he had retained counsel to assist him in recovering his firearms. Mr. Cupp was advised at that time that the firearms had not been destroyed.

10. At this time the firearms remain in the custody of the Citrus Heights Police Department and moreover, because the firearms are now the subject of the instant litigation, the firearms have been placed on a "Do Not Destroy" list and will be maintained and preserved by the City of Citrus Heights Police Department pending the outcome of this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Citrus Heights, California on April 18, 2018.

By: ______________________
LIEUTENANT ALEX TURCOTTE

# EXHIBIT A

# CITRUS HEIGHTS POLICE DEPARTMENT

6315 FOUNTAIN SQUARE DR. CITRUS HEIGHTS, CA 95621 916-727-5500

## FELONY REPORT

Page 1

Case CH14-02589

**OFFENSES**

| Offenses | Description | Fel/Misd |
|---|---|---|
| 21310 PC | Carry concealed dirk or dagger | Felony |
| 243(e)(1) PC | Battery Spouse/Ex-Spouse/Date/Etc | Misd |

| Date Occurred | Time Occurred | Incident # |
|---|---|---|
| 03/25/14-03/25/14 | 2100 - 2104 | 1403250336 |

| Date Reported | Time Reported |
|---|---|
| 03/25/2014 | 2103 |

**Related Cases**

| Date Printed | Time Printed | Printed By |
|---|---|---|
| 03/03/2015 | 16:44:17 | 211 |

| Latitude | Longitude |
|---|---|
| 38.667940 | -121.273870 |

| Location | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|
| Sunrise Bl/Madison Av, Citrus Heights, CA | 3 | 31118C | Clred By Adult Arrest | 03/25/2014 |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| Parking Lot | | | | | |

| Victim | Drivers License | Cell Phone | Email |
|---|---|---|---|
| (Confidential Victim) | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| | | | | | | |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| | | |

| Description of Injuries | Other Information |
|---|---|
| | |

**REPORT PARTY**

| Reporting Party | Drivers License | Cell Phone | Email |
|---|---|---|---|
| Christensen, Shari | | | |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| Fair Oaks | 916-670-0429 | | | | |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

**ARRESTED**

| Suspect Arrested | Action Taken | Charges |
|---|---|---|
| Cupp, James E | BOOKING | 21310 PC, 243(e)(1) PC |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 7311 Melva Street, Citrus Heights, CA 95621 | 503-562-9723 | 1956 | 57 | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | 509-952-2158 | 5'10" | 185 | BRO | BRO |

| Identifying Features | Cell Phone | Drivers License | Arrest Number |
|---|---|---|---|
| | 509-952-2158 | 01206686 SD | 545808 |

**Aliases**

**VEHICLES**

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| Mentioned | 2004 White Hd Road King | M669074 OR | Motorcycle/Scooter |

**OFFICERS**

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| 323 - Spencer, Kenneth | 03/25/2014 | | 315 - Lamb, Thomas | 03/27/2014 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| | | | | |

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LAW

CITRUS HEIGHTS POLICE DEPARTMENT

6315 FOUNTAIN SQUARE DR. CITRUS HEIGHTS, CA 95621 916-727-5500

FELONY REPORT

Case CH14-02589

**WITNESS**

| Witness | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|
| Lacy, Donald | N5112425 | 916-966-0707 | | | | |
| **Residence Address** | | **Residence Phone** | **DOB** | **Age** | **Sex** | **Race** |
| 5210 Karm Wy, Sacramento, CA 95842 | | 916-678-2186 | [redacted] 1956 | 57 | M | B |
| **Business Name and Address** | | **Business Phone** | **Height** | **Wt** | **Hair** | **Eyes** |
| | | | 6`5" | 325 | BLK | BRO |

**OTHER**

| Mentioned - Other | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|
| Comstock, Annie Louise | B1439696 CA | | | | | |
| **Residence Address** | | **Residence Phone** | **DOB** | **Age** | **Sex** | **Race** |
| 7372 Black Oaks Wy, Citrus Heights, CA 95621 | | | [redacted] 1932 | 81 | F | W |
| **Business Name and Address** | | **Business Phone** | **Height** | **Wt** | **Hair** | **Eyes** |
| | | | | | | |

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LAW

6315 FOUNTAIN SQUARE DR. CITRUS HEIGHTS, CA 95621 916-727-5500

FELONY REPORT - PROPERTY

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | |
|---|---|---|---|---|---|
| 1 | Safekeeping | CMB-1 - 1 Item(s) Black & Brown Winchester 50 Firearm Shotgun - 12 GAGE/ SEMI AUTO/28" BBL/MADE IN USA (159604A) | | | |
| 2 | Safekeeping | CMB-2 - 1 Item(s) Black Savage 116 Firearm Rifle - 30.06 CAL/ BOLT ACTION RIFLE/23" BBL/MADE IN USA (F426673) | | | |
| 3 | Safekeeping | CMB-3 - 1 Item(s) Silver Marlin Firearms 60W .22 Firearm Rifle - .22 CAL/ SEMI AUTO RIFLE/MADE IN USA/22" BBL (06156981) | | | |
| 4 | Safekeeping | CMB-4 - 1 Item(s) Black Browning Buck Mark Firearm Pistol - .22 CAL/ SEMI AUTO BLACK HOLSTER WITH MAGAZINE AND 10 ROUNDS/4"BBL/MADE IN USA (655NV01591) | | | |
| 5 | Safekeeping | CMB-5 - 1 Item(s) Silver Raven P-25 Firearm Pistol - .25 CAL/ SEMI AUTO WITH BLACK HOLSTER AND MAGAZINE WITH 6 ROUNDS/2.5"BBL/MADE IN USA (188422) | | | |
| 6 | Safekeeping | CMB-6 - 1 Item(s) Black Smith And Wesson 566-4 Firearm Revolver - .357 MAG/ REVOLVER BLACK HOLSTER WITH NO ROUNDS/6" BBL/MADE IN USA (BUF2660) | | | |
| 7 | Safekeeping | CMB-7 - 260 Item(s)s 30.06 Fmj Ball M-2 30.06 Ammo - 30.06 AMMO AND AMMON CAN. | | | |
| 8 | Safekeeping/Returned to Owner | CMB-8 - 1 Item(s) Keys Key - 7 KEYS WITH A KNIFE AND WELLS FARGO CLIP. | | | |
| 9 | Safekeeping/Returned to Owner | KS-9 - 2 Item(s)s Black Motorcycle Leather Clothing | | | |
| 10 | Evidence/Returned to Owner | KS-10 - 1 Item(s) Black Motorcycle Leather Vest - W/PATCHES AND ATTACHED SHEATHES | | | |
| 11 | Evidence/Returned to Owner | KS-11 - 2 Item(s)s Black Knife Fixed Blade | | | |

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LAW

CITRUS HEIGHTS POLICE DEPARTMENT
6315 FOUNTAIN SQUARE DR. CITRUS HEIGHTS, CA 95621 916-727-5500
NARRATIVE
Page 4
CH14-02589

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LA\

**SYNOPSIS:**

The suspect and victim were in a two month dating relationship, resided together, and shared no common children. The suspect grabbed the victim with both hands near her collar area. The victim believed the suspect was attempting to retrieve a concealed knife on his person. In fear of her safety, the victim struck the suspect with the front of her head to the front of his head. The suspect then forced the victim to the ground. An independent witness stated he believed the suspect struck the victim one time in the face with a closed handed fist. The suspect and victim both stated the suspect did not strike the victim. Both parties had no visible injury and denied medical attention. The victim was in fear of the suspect and an emergency protective order was granted. Upon arrival officers contacted the suspect and found him to have two readily accessible concealed knifes on his person. The suspect was arrested for PC 243(e)(1), domestic battery and PC 21310, carrying a concealed dirk or dagger. The suspect admitted to having multiple firearms at his residence. The suspect gave consent for officers to retrieve the firearms. The firearms were retrieved and booked in for safe keeping. The suspect was transported to the jail where he was booked for his charges with no further incident.

**NARRATIVE:**

On 3/25/2014 at approximately 2100 hours the Citrus Heights Police Department received a report of a possible battery in progress at 5409 Sunrise Boulevard in the Rite Aid parking lot. The text of the call stated a male had struck a female in the face and was holding her on the ground. The suspect was described to be wearing black leather motorcycle gear and standing near a motorcycle.

At approximately 2104 hours, I Officer Spencer #323, arrived to 5409 Sunrise Boulevard to the Rite Aid parking lot. Upon arrival I observed a white male adult wearing all black leather motorcycle gear standing near a white Harley Davidson Road King(OR M669074). The subject was later identified as James Cupp(S-1).

As I approached Cupp he appeared to be agitated pacing back and forth and stating, "She is over there and she head butted me". As Cupp continued to walk toward me he raised his hands stating, "I don't have anything on me". As Cupp did so, I observed there to be a sheathed knife attached to Cupp's vest located on his upper right rib area. The knife's blade was facing upward and the handle downward making it readily accessible. I began a cursory search of Cupp due to the fact he appeared agitated and had a readily accessible knife on his person. During my cursory search of Cupp I located a second sheathed knife on his left upper rib area positioned in the same fashion as the first located knife. Cupp was detained and placed in the rear of my patrol vehicle.

Cupp was read his Miranda advisement and stated he understood. Cupp then told me he was in an argument with his girlfriend of two weeks with whom he resided with over the fact he believed she may be cheating on him. Cupp identified his girlfriend as Denise Doe.(CV) Cupp was at the Rite Aid awaiting Denise's arrival. When she arrived Cupp believed Denise had let a man drive her to the store in his vehicle without his permission. Cupp also believed Denise may be seeing someone outside of there relationship. During the argument, Denise, "head butted" Cupp in the face. After Cupp was struck in the face he believed Denise was attempting to grab one of his knives. Due to this, he used both hands to shove her. Cupp did not need medical attention.(See attached statement)

While I was obtaining a statement from Cupp, Officer Baerresen arrived on scene and contacted Denise. Denise told Baerresen she was in a former dating relationship with Cupp and he currently resided in a motor home

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 323 | SPENCER, KENNETH | 03/26/2014 | 315 | LAMB, THOMAS | 03/27/2014 |

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LAW

which was parked on her driveway. She arrived to the Rite Aid in order to meet with Cupp. Cupp believed she arrived with another man and became jealous. Both parties engaged in an argument. Cupp grabbed Denise with both hands around the collar of her shirt and began to "drag" her around the parking lot. Denise believed Cupp was attempting to retrieve one of his knives from his vest. In fear of her safety, Denise struck Cupp in the face with her face. Cupp then became angry and forced her to the ground. Denise did not need medical attention but was in fear of Cupp.(See Officer Baerrensen's supplemental report)

Baerresen then contacted an independent witness who was identified as Donald Lacy (W). Lacy told Baerresen he observed Cupp standing over Denise while she was on the ground. Denise stood up and Lacy heard what sounded like Cupp striking Denise. Denise then again fell to the ground.(See Officer Baerrensen's supplemental report)

It was determined Cupp and Denise were involved in a battery, Cupp was deemed as the dominant aggressor, and both were in a dating relationship and resided together. Due to this, Cupp was placed under arrest for PC 243(e)(1), domestic battery. Cupp was also charged with PC 21310, possession of a concealed dirk or dagger due to the fact he was found to have two readily accessible concealed knives on his person.

Denise was granted an emergency protective order. Photographs of Denise and Cupp were obtained and later booked into the Citrus Heights Police Department SIRE program as evidence. Denise signed a medical release form. Cupp's leather apparel was taken to be booked for safekeeping upon his request. Cupp's vest with attached sheathed knives was obtained and booked as evidence.

Cupp stated he had firearms at his residence and gave consent for officers to retrieve the weapons. Officer Baerresen retrieved a total of six firearms from Cupp's residence and later booked them into the Citrus Heights Police Department property room for safekeeping (See Officer Baerrensen's supplemental report)

Cupp wished for his motorcycle to be left with Denise. Cupp was then transported to the Sacramento County jail were he was booked with no further incident.

**CAD:**

NEAR LITTLE CEASARS PIZZA, MALE PUNCHED FEMALE AND HAD HER PINNED TO THE GROUND, WMA 60 YOA GRY HAIR 601/THIN, BLK LEATHER JKT, ASSOC W/ A MC, VICTIM, WFA 50 YOA SHORT RED HAIR, BLK LEATHER JKT, NEXT TO RITE AID
Cellular E911 Call:
Lat:38.667937 Lon:-121.27387
Service Class: W911

**CHILDREN:**

There were no children involved in this incident.

**ALCOHOL OR DRUGS:**

CITRUS HEIGHTS POLICE DEPARTMENT

6315 FOUNTAIN SQUARE DR. CITRUS HEIGHTS, CA 95621 916-727-5500

NARRATIVE

Page 6

CH14-02589

There were no alcohol or drugs involved in this incident.

**FIREARMS:**

Firearms ceased.

**PRIORS:**

Prior unreported domestic violence incidents.

**EVIDENCE:**

Motorcycle jacket equipped with sheathed knives.

**RECOMMENDATIONS:**

Forward to DA's office for filing.

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LAW

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 323 | SPENCER, KENNETH | 03/26/2014 | 315 | LAMB, THOMAS | 03/27/2014 |

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LAW

SYNOPSIS:

The purpose of this supplemental report is to provide the statement obtained from James Cupp while investigating a possible domestic violence incident.

STATEMENT (Summarized and paraphrased):

While investigating a domestic violence incident located at 5409 Sunrise Boulevard in the Rite Aid parking lot, James Cupp,(S-1) was contacted and found to be in possession of two concealed knives which were easily accessible. Cupp was detained and placed in the rear of my patrol vehicle so officers may continue the domestic violence incident. During a recorded post Miranda interview Cupp stated the following summary:

Cupp had arranged to meet with his girlfriend of two weeks at the Rite Aid store so she could pick up a prescription. Cupp did so because Denise needed transportation home from the store. Cupp identified his girlfriend as Denise Doe(CV). Cupp stated he currently lived with Denise but believed she may be cheating on him with another man who provides her narcotics.

Cupp stated he was in the parking lot of the Rite Aid when Denise arrived on foot. Cupp became angry due to the fact he believed Denise was letting a man drive his truck without his permission. Both Cupp and Denise engaged in a verbal argument in the parking lot.

Cupp then stated Denise walked towards him and he thought she was going to give him a kiss. When Denise got close to him, she thrust her face into his "head butting" him. Cupp said his eyes became very watery and he could not see well. He believed Denise was attempting to take one of his knives off of his vest. Cupp admitted to using both hands to shove Denise away from him but did not know if she fell to the ground or not. Cupp then continued to argue with Denise until officers arrived.

Cupp did not need medical attention.

End of Statement,

I then asked Cupp to clarify why he carried the two knives concealed on his vest. Cupp stated he did not believe it was illegal and did not believe they were concealed.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 323 | SPENCER, KENNETH | 03/26/2014 | 315 | LAMB, THOMAS | 03/27/2014 |

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LA

COCO's Restaurant manager, Donald Lacy provided me the following statement in summary.

I stood by my vehicle in the COCO's restaurant parking lot when I heard a loud scream saying "get the fuck off me." I looked and saw a woman on the ground with a man standing over the top of her. The two were in front of the Silver Dragon. I was approximately 25 yards away from them. The woman stood up and then the man hit her. I did not have my glasses on and I could not see how he hit the woman. It sounded like he hit her with his fist. It appeared he hit her in the head one time.

While I was on the phone with 911, the woman stood up and started walking towards CVS. While they were in front of CVS they looked like they were arguing and that is when the police showed up.

End of statement.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 371 | BAERRESEN, CHRISTIAN | 03/26/2014 | 315 | LAMB, THOMAS | 03/27/2014 |

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LA[W]

While on scene I received a statement from Denise Doe. She stated the following in summary:

Doe's husband Graham dropped her off in the Trader Joe's parking lot. Doe walked across Madison Ave to meet her ex-boyfriend James to pick-up his court documents. When Doe met with James he asked if Graham dropped her off. Doe stated that James gets jealous when Graham is around. Doe and James started arguing. James grabbed Doe by the collar of her jacket and started dragging her around the parking-lot. James reached for a knife that was concealed in his jacket. When Doe saw James reach for the knife, she reached for his other concealed knife. The knives were never drawn. Doe head butted James in the face in self-defense. James became angry and shoved Doe to the ground. Doe stood up and walked away. Doe did not have any visible injuries. Doe had pain to the back of her head but was not sure if it was due to James shoving her to the ground. Doe declined medical attention.

End of statement.

Doe signed the CHPD medical release form (see attached). Doe wished to remain confidential pursuant to PC 293 and signed the CHPD victim confidentiality form (see attached). Doe requested an Emergency Protective Order and it was granted by Judge Twiss at approximately 2157 hours (see attached).

In February of 2014 there was a two week period where James became violent towards. Doe stated that James would hit her constantly. Doe did not report the abuse to the police. A records check of James revealed that he did not have any criminal history.

Doe stated James possessed firearms in his trailer. Doe believed Cupp possessed several firearms. The pistols were located in the inside of the trailer and the rifles were in the storage compartment. An AFS check revealed that James did not have any firearms registered to him.

I recorded Doe's statement to my Citrus Heights Police Department issued digital recorder and took photos of Doe with my department issued camera and booked them as evidence.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 371 | BAERRESEN, CHRISTIAN | 03/26/2014 | 315 | LAMB, THOMAS | 03/27/2014 |

CITRUS HEIGHTS POLICE DEPARTMENT

Page 10

6315 FOUNTAIN SQUARE DR. CITRUS HEIGHTS, CA 95621 916-727-5500

SUPPLEMENT 4 - confiscation of firearms

CH14-02589

While on scene I requested dispatch conduct a criminal history check on Cupp. The criminal history check revealed that Cupp had no prior felony convictions and no prior criminal history. I requested dispatch check AFS to see if Cupp has any firearms registered to him with negative results.

Cupp admitted he had three pistols in his trailer. One .357 Magnum revolver, one .25 caliber pistol and one .22 caliber pistol. Doe said Cupp also has three rifles that were in the storage compartment of the trailer. Cupp gave consent to seize the firearms and gave me the keys to his trailer.

At approximately 2322 hours I arrived at Doe and Cupp's home 7311 Melva St. The door to the trailer was unlocked and I retrieved three handguns from inside of the trailer. I checked the storage compartment and confirmed that there were three additional firearms inside. There was an ammo can containing 260 rounds of 30.06 rifle ammunition. I seized all six firearms and the ammunition.

Before leaving the trailer I locked the door to the cabin and to the storage compartment.

I returned to CHPD and conducted an AFS check on all firearms by serial number. All firearms were not reported stolen and one firearm came back registered to Annie Comstock out of Citrus Heights. I booked all firearms and ammunition as safekeeping. I requested the firearms not be released until the case was adjudicated per PC 18250.

Cupp requested Doe have the motorcycle towed to 7311 Melva St Doe's home. The keys to his motorcycle were given to Doe per Cupp's request.

CONTROLLED RECORD: DUPLICATION/REISSUANCE CONTROLLED BY LA[W]

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 371 | BAERRESEN, CHRISTIAN | 03/26/2014 | 315 | LAMB, THOMAS | 03/27/2014 |



# Sacramento County District Attorney's Office

## Property Release and Disposition

*Seek Justice, Serve Justice, Do Justice*

CITRUS HEIGHTS POLICE DEPARTMENT
6315 Fountain Square Dr, Citrus Heights, CA 95621
pdpropertyroom@citrusheights.net

**Date :** 5/19/2014

**Defendant(s)** JAMES EDWARD CUPP

**Victim:** LUNN, DENISE FRANCES

**Filed Charge(s)** PC 21310(MIS)

**Report #:** 14-2589

**Case Type:** Adult ☑ Adults ☐ Juveniles

☐ J & S Imposed ☐ Dismissed / Acquitted

☐ Release all Property, other than contraband, to its rightful owner.

☐ Per Court Order ☑ Stipulation ☐ Conviction ☐ Felony

**Confiscate these Weapon(s)**

Please be advised that this case is still pending.

☐ Co-Defendants Pending ☐ Outstanding Warrants ☐ Proceedings Suspended

**Pending List**

Please release those firearms that were seized pursuant to Penal Code 18250. Please DO NOT release any other seized evidence.

Per Penal Code section 18265:
(a) No firearm or other deadly weapon taken into custody pursuant to this division [Penal Code section 18250] shall be held less than 48 hours.
(b) Except as provided in Section 18400, if a firearm or other deadly weapon is not retained for use as evidence related to criminal charges brought as a result of the domestic violence incident or is not retained because it was illegally possessed, the firearm or other deadly weapon shall be made available to the owner or person who was in lawful possession 48 hours after the seizure, or as soon thereafter as possible, but no later than five business days after the owner or person who was in lawful possession demonstrates compliance with Chapter 2 (commencing with Section 33850) of Division 11 of Title 4.
(c) In any civil action or proceeding for the return of any firearm, ammunition, or other deadly weapon seized by any state or local law enforcement agency and not returned within five business days after the initial seizure, except as provided in Section 18270, the court shall allow reasonable attorney's fees to the prevailing party.

☐ Release nothing until further notification

**Items to release after photography**

461971

(Signed) Christina Bauwens



# Sacramento County District Attorney's Office

## Property Release and Disposition

*Seek Justice, Serve Justice, Do Justice*

CITRUS HEIGHTS POLICE DEPARTMENT
6315 Fountain Square Dr, Citrus Heights, CA 95621
pdpropertyroom@citrusheights.net

**Date :** 6/3/2014

**Defendant(s)** JAMES EDWARD CUPP

**Victim:** LUNN, DENISE FRANCES

**Filed Charge(s)** PC 21310(MIS)

**Report #:** 14-2589

**Case Type:** Adult

☑ Adults ☐ Juveniles

☐ J & S Imposed ☑ Dismissed / Acquitted

☑ Release all Property, other than contraband, to its rightful owner.

☐ Per Court Order ☐ Stipulation ☐ Conviction ☐ Felony

**Confiscate these Weapon(s)** Leather vest with two knife sheaths attached along left and right side, and two 3.5" knives released to defendant, per dismissal of charges by DA. Thank you.

Please be advised that this case is still pending.

☐ Co-Defendants Pending ☐ Outstanding Warrants ☐ Proceedings Suspended

**Pending List**

☐ Release nothing until further notification

**Items to release after photography**

465997

(Signed) Christina Bauwens

Tuesday, June 03, 2014 3:05 PM