XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CONSTANCE L. LELOUIS, State Bar No. 148821
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6002
 Fax: (916) 324-8835
 E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; et al.,<br><br>Defendants. | 2:16-cv-00523-TLN-KJN<br><br>**DECLARATION OF TERESA PETERSON IN SUPPORT OF ATTORNEY GENERAL BECERRA'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Date:         May 3, 2018<br>Time:        2:00 p.m.<br>Dept:         Courtroom 2, 15th Floor<br>Judge:       The Honorable Troy L. Nunley<br>Trial Date: None Set<br>Action Filed: March 11, 2016 |

1

## DECLARATION OF TERESA PETERSON

I, Teresa Peterson, declare as follows:

1. I am employed with the California Department of Justice, Bureau of Firearms (BOF) as a Staff Services Manager I in the Firearms Applicant and Release Section.

2. In this capacity, I plan, organize and direct the various activities within three units that are a part of the Firearms Applicant and Release Section: the Phone Resolution Unit, the Law Enforcement Gun Release (LEGR) Unit, and the Employment Subsequent Notification Unit. I have worked in this capacity since March 19, 2018.

3. As a supervisor for the LEGR Unit, I manage the processing of LEGR applications filed by individuals seeking a return of a firearm seized by law enforcement personnel. I have personal knowledge of the following facts and would competently testify to them if called as a witness.

4. In processing LEGR applications, LEGR Unit staff conducts a background check of the applicant to ensure that there are no prohibiting factors that would prevent the return of the firearm to the individual.

5. Under California Penal Code section 33850, subdivision (d), any individual seeking the return of a firearm confiscated by local law enforcement much complete an LEGR application.

6. Penal Code section 33865, subdivision (d) requires that BOF complete the background check of an individual requesting return of a firearm within 30 days after receiving the LEGR application.

7. Once BOF has completed the background check and verified the applicant's eligibility to receive the firearm, it will send notification of approval of the application to the applicant, as required under Penal Code section 33865, subdivision (c), pending verification that the firearm is recorded in the name of the applicant under the Automated Firearm System.

8. BOF also keeps a database of all individuals who complete an LEGR application. Information on an individual's application can be verified through use of that individual's date of birth or driver's license number.

2

9. On April 10 and 11, 2018, LEGR Unit staff conducted a search of BOF's databases to see if the following individuals have completed LEGR applications for return of confiscated firearms:

- James Edward Cupp
  Date of Birth: ▓▓▓, 1956
  Driver's License Number: 01206686 (South Dakota)

- Lawrence Haven
  Date of Birth: ▓▓▓, 1963
  Driver's License: 3761992 (California)

10. Upon search of BOF's databases, LEGR Unit staff did not find any information showing that either individual completed an LEGR application for return of their confiscated firearms.

I declare that the foregoing is true and correct under penalty of perjury and that this declaration was signed in Sacramento, California.

Date: 4/18/18

TERESA PETERSON

SA2016102600
Declaration of Teresa Peterson in Support of Attorney General

3

Declaration of Teresa Peterson in Support of Attorney General Becerra's Opposition to Plaintiffs' Motions for Preliminary Injunction (2:16-cv-00523-TLN-KJN)

## CERTIFICATE OF SERVICE

Case Name: **Cupp, James Edward v. Kamala D. Harris, et al.**  No. **2:16-cv-00523-TLN-KJN**

I hereby certify that on <u>May 7, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REDACTED DECLARATION OF TERESA PETERSON IN SUPPORT OF ATTORNEY GENERAL BECERRA'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 7, 2018</u>, at Sacramento, California.

| Eileen A. Ennis | /s/ *Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2016102600
13076842.docx