RIVERA & ASSOCIATES
JESSE M. RIVERA, State Bar No. 84259
Email: jesse@jmr-law.net
WENDY MOTOOKA, State Bar No. 233589
Email: wendy@jmr-law.net
1425 River Park Drive, Suite 250
Sacramento, CA 95815
Phone: 916.922-1200
Facsimile: 916.922-1303

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>           Plaintiffs,<br><br>      vs.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHIRSTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB,#315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, #512; COUNTY OF PLACER; EDWARD N. BONNER, #181, in his official capacity as Sheriff of Placer County; Placer County Deputy MASON, #101<br><br>           Defendants. | Case No.: 2:16-cv-00523 TLN KJN<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ENTRY OF APPEARANCE** |

RIVERA & ASSOCIATES
1425 River Park Dr., Ste. 250
Sacramento, CA 95815
(916) 922-1200

NOTICE OF CHANGE OF LAW FIRM AFFILIATION
Case No. 2:16-cv-00523 TLN KJN                    1

TO THE CLERK OF THE COURT AND ALL PARTIES IN THIS ACTION:

PLEASE TAKE NOTICE that Wendy Motooka, counsel for defendants County of Sacramento, Scott Jones, and Jesse Brucker, in the above-captioned matter, is no longer affiliated with Cregger & Chalfant LLP.  Wendy Motooka is now affiliated with the law firm of Rivera & Associates, located at 1425 River Park Drive, Suite 250, Sacramento, CA 95815-4515, telephone: 916.922-1200, fax: 916.922-1303.  The law firm of Cregger & Chalfant LLP will no longer serve as counsel for defendants in this case.

Please enter the appearance of Rivera & Associates and attorney Jesse M. Rivera as counsel for defendants County of Sacramento, Scott Jones, and Jesse Brucker in the above-captioned matter.  Mr. Rivera is admitted to practice before the Eastern District of California.

DATE: August 9, 2018                    RIVERA & ASSOCIATES

  /s/ Wendy Motooka_____
JESSE M. RIVERA
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, JESSE BRUCKER

RIVERA & ASSOCIATES
1425 River Park Dr., Ste. 250
Sacramento, CA 95815
(916) 922-1200

NOTICE OF CHANGE OF LAW FIRM AFFILIATION
Case No.  2:16-cv-00523 TLN KJN

2