| | |
|---|---|
| 1 | LONGYEAR, O'DEA & LAVRA, LLP |
| | John A. Lavra, CSB No.: 114533 |
| 2 | Amanda L. McDermott, CSB No.: 253651 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: 916-974-8500 |
| 4 | Facsimile: 916-974-8510 |
| 5 | **Attorney for Defendants** |
| | City of Citrus Heights, |
| 6 | Chief Christopher Boyd, |
| | Officer Christian Baerrensen, and |
| 7 | Officer Thomas Lamb |
| 8 | LAW OFFICES OF GARY W. GORSKI |
| | Gary W. Gorski (SBN 166526) |
| 9 | 3017 Douglas Blvd. Suite 150 |
| | Roseville, CA 95661 |
| 10 | 916-758-1100 |
| | CivilRightsAttorney@outlook.com |
| 11 | www.lonewolflaw.com |
| 12 | STRATEGIC LAW COMMAND |
| | Daniel M. Karalash (SBN 176422) |
| 13 | 3017 Douglas Blvd. Suite 150 |
| | Roseville, CA 95661 |
| 14 | (916) 787-1234 |
| | dan@stratlaw.org |
| 15 | www.stratlaw.com |
| 16 | **Attorneys for Plaintiffs** |
| | JAMES EDWARD CUPP and |
| 17 | LAWRENCE "WOLF" HAVEN |

**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual, | ) ) ) | Case No.: 2:16-CV-00523-TLN-KJN |
| Plaintiff, | ) ) | **STIPULATION AND ORDER REGARDING RESPONSE OF DEFENDANTS BAERRESEN AND LAMB TO SECOND AMENDED COMPLAINT.** |
| vs. | ) ) | |
| KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS | ) ) ) ) ) ) ) ) ) | |

**STIPULATION AND ORDER REGARDING RESPONSE OF DEFENDANTS BAERRESEN AND LAMB TO SECOND AMENDED COMPLAINT.**

**Page - 1**

HEIGHTS POLICE OFFICER Badge Number )
323; UNKNOWN CITRUS HEIGHTS )
POLICE OFFICER who prepared Report )
Number CH14-02589 on 03/26/2014; TWO )
UNKNOWN NAMED PEACE OFFICERS )
OF THE CITRUS HEIGHTS POLICE )
DEPARTMENT; COUNTY OF )
SACRAMENTO; SCOTT JONES, in his )
official capacity as Sheriff of County of )
Sacramento; Sacramento Deputy Sheriff )
JESSE BRUCKER, # 512; COUNTY OF )
PLACER; EDWARD N. BONNER, in his )
official capacity as Sheriff of County of )
Placer; Placer County Deputy MASON, # 181; )
Placer County Deputy HINTZE, # 101. )
)
      Defendants )

It is hereby stipulated by and between PLAINTIFFS, through their counsel of record, and CITRUS HEIGHTS INDIVIDUAL DEFENDANTS BAERRESEN AND LAMB, through their respective counsel as follows:

1. Plaintiffs filed a Second Amended complaint on August 15, 2016.

2. All defendants filed motions to dismiss in response to the Second Amended Complaint on or about September 30, 2016.

3. On September 21, 2018, the Court issued its order on Defendants' Motions to Dismiss.

4. As to Defendant County of Placer, the Court grated the motion in its entirety without leave to amend. As to the County of Sacramento and its employees, the Court granted in part, and denied in part, the motion and severed that case from the instant case.

5. As to Defendant City of Citrus Heights and its employees, the Court granted in part and denied in part the motion. The Court granted the motion as to all claims against Defendant City of Citrus Heights, and Christopher Boyd in his official and individual capacities, and all Due Process claims alleged in the Fifth Cause of Action. The Court denied the motion as to the claims alleged in the third Cause of Action against officers Baerresen, Lamb, and other unidentified officers for false arrest and illegal search and seizure.

**STIPULATION AND ORDER REGARDING RESPONSE OF DEFENDANTS BAERRESEN AND LAMB TO SECOND AMENDED COMPLAINT.**

**Page - 2**

6. As to Defendant State of California, the Court granted in part and denied in part the motion and afforded the plaintiff's thirty (30) days leave to amend.

7. The Citrus Heights individual officers have fourteen (14) days to respond to the claims that remain. The response to those allegations is due Friday, October 5, 2018.

8. Plaintiff's counsel has indicated that they will be filing a Third Amended Complaint against Defendant State of California, pursuant to the Court's ruling.

9. In order to avoid different operative complaints against the State of California Defendants and the Citrus Heights individual Defendants, plaintiffs' counsel has agreed that plaintiff will file its amended complaint pursuant to the Court's ruling against the State of California, and include the same remaining claims alleged in the current Second Amended Complaint against the City of Citrus Heights individual officers in the Third Amended Complaint, and that those Defendants will be able to respond to the newly filed Third Amended Complaint, instead of the Second Amended Complaint. The time to respond will be fourteen (14) days after service of the Third Amended Complaint.

10. As a result, the parties hereby stipulate that Citrus Heights individual Defendants will file and serve a response to the Third Amended Complaint within fourteen (14) days after service, pursuant to Rule 15(a)(3).

**IT IS SO STIPULATED.**

Dated: October 3, 2018        **LONGYEAR, O'DEA & LAVRA, LLP**

By: */s/ John A. Lavra*
    JOHN A. LAVRA

Dated: October 3, 2018        **LAW OFFICES OF GARY W. GORSKI**

By: */s/ Gary W. Gorski*
    GARY W. GORSKI

Dated: October 3, 2018        **STRATEGIC LAW COMMAND**

By: */s/ Daniel M. Karalash*
    DANIEL M. KARALASH

**STIPULATION AND ORDER REGARDING RESPONSE OF DEFENDANTS BAERRESEN AND LAMB TO SECOND AMENDED COMPLAINT.**

**ORDER**

Based upon the Stipulation of the plaintiff and the Citrus Heights individual Defendants, said Defendants are not required to respond to the current Second Amended Complaint, but shall respond to the Third Amended Complaint within fourteen (14) days of service of the complaint.

Dated: October 10, 2018

_____
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER REGARDING RESPONSE OF DEFENDANTS BAERRESEN AND LAMB TO SECOND AMENDED COMPLAINT.**