LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

**Attorney for Defendants**
City of Citrus Heights,
Chief Christopher Boyd, and
Officer Thomas Lamb

LAW OFFICES OF GARY W. GORSKI
Gary W. Gorski (SBN 166526)
3017 Douglas Blvd. Suite 150
Roseville, CA 95661
916-758-1100
CivilRightsAttorney@outlook.com
www.lonewolflaw.com

STRATEGIC LAW COMMAND
Daniel M. Karalash (SBN 176422)
3017 Douglas Blvd. Suite 150
Roseville, CA 95661
(916) 787-1234
dan@stratlaw.org
www.stratlaw.com

**Attorneys for Plaintiffs**
JAMES EDWARD CUPP and
LAWRENCE "WOLF" HAVEN

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number | Case No.: 2:16-CV-00523-TLN-KJN<br><br>**STIPULATION AND ORDER TO MODIFY ORDER FOR RESPONSE TO THIRD AMENDED COMPLAINT** |

**STIPULATION AND ORDER TO MODIFY ORDER FOR RESPONSE TO THIRD AMENDED COMPLAINT**

| | |
|---|---|
| 1 | 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT; COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as Sheriff of County of Sacramento; Sacramento Deputy Sheriff JESSE BRUCKER, # 512; COUNTY OF PLACER; EDWARD N. BONNER, in his official capacity as Sheriff of County of Placer; Placer County Deputy MASON, # 181; Placer County Deputy HINTZE, # 101. |
| 8 | Defendants |

Defendant Lamb and his attorney of record, John A. Lavra, and Plaintiff James Edward Cupp by and through his attorneys of record, submit the following Stipulation and Order.

1. On October 3, 2018, Defendants Lamb and Baerresen submitted a Stipulation and Order to permit response to the Plaintiff's Third Amended Complaint, instead of responding to the remaining allegations of the Second Amended Complaint (Docket No.: 62). Pursuant to the court's ruling on the Motion to Dismiss, the court granted the motion in its entirety on behalf of Defendants City of Citrus Heights and its Police Chief, William Boyd, but left in place against claims against individual officers of the Citrus Heights Police Department under the Third Cause of Action. (Docket No. 60). The court accepted the stipulation and issued an order that the individual officers could respond to the Third Amended Complaint within 14 days of its filing. (Docket No. 64).

2. At the time of filing that stipulation and order, John Lavra, counsel for Defendant City of Citrus Heights and William Boyd, mistakenly believed that individual officers with Citrus Heights Police Department, Defendants Baerresen and Lamb, had been served with the original summons and complaint, and that he had authority to enter a response to the complaint. As a result, the stipulation and order referred to above was filed on behalf of those individual officers.

**STIPULATION AND ORDER TO MODIFY ORDER FOR RESPONSE
TO THIRD AMENDED COMPLAINT**

3. Upon discovery of the mistake regarding service of the summons and complaint, counsel for Defendant has contacted Defendant Lamb, and received authority to enter an appearance on his behalf and respond to the Third Amended Complaint.

4. The parties have agreed that Defendant Lamb will respond by filing an Answer to the Third Amended Complaint on or before November 5, 2018, as required by the order.

5. The parties further acknowledge that there is a disagreement whether Defendant Baerresen has been properly served pursuant to the Federal Rules. Plaintiff's counsel alleges that said Defendant was served by substitute service and counsel for Defendant Citrus Heights disputes and/or cannot confirm that service, and believe Defendant Baerresen has not been legally served. However, until that is resolved, the parties stipulate that the Court's Order requiring Defendant Baerresen to respond to the Third Amended Complaint be rescinded to exclude Defendant Baerresen from the Order. Further, the parties agree that his legal requirement to respond is not required until it is determined if proper service has effectuated upon him.

**IT IS SO STIPULATED.**

Dated:  November 3, 2018                **LONGYEAR, O'DEA & LAVRA, LLP**

By:  */s/ John A. Lavra*
       JOHN A. LAVRA

Dated:  November 3, 2018                **LAW OFFICES OF GARY W. GORSKI**

By:   */s/ Gary W. Gorski*
       GARY W. GORSKI

**STIPULATION AND ORDER TO MODIFY ORDER FOR RESPONSE TO THIRD AMENDED COMPLAINT**

**[PROPOSED] ORDER**

Based upon the Stipulation of the plaintiff and the Defendant Lamb, and good cause appearing, the Order of October 11, 2018 (Docket No. 64) is rescinded, in part, to require only Defendant Lamb, and not Defendant Baerresen to respond to the Third Amended Complaint no later than November 5, 2018, and that the previous order is rescinded as to Defendant Baerresen.

TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER TO MODIFY ORDER FOR RESPONSE
TO THIRD AMENDED COMPLAINT**