LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorney for Defendant
Officer Thomas Lamb

# UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual, | Case No.: **2:16-CV-00523-TLN-KJN** |
| Plaintiff, | |
| vs. | **ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL BY DEFENDANT THOMAS LAMB** |
| KAMALA D. HARRIS, formerly Attorney General of the State of California, in her official capacity only; XAVIER BECERRA Attorney General of the State of California, in his official capacity only; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT. | |
| Defendants | |

COMES NOW Defendant THOMAS LAMB and in answer to Plaintiffs' unverified Third Amended Complaint (hereinafter TAC) for damages, admits, denies, and alleges as follows:

## JURISDICTION AND VENUE

1.      In answering paragraph 1 of the TAC Defendant admits the allegations contained therein.

2.      In answering paragraph 2 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

3.      In answering paragraph 3 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

4.      In answering paragraph 4 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

5.      In answering paragraph 5 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

6.      In answering paragraph 6 of the TAC Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

7.      In answering paragraph 7 of the TAC Defendant responds that he lacks sufficient

knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

8.      In answering paragraph 8 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

9.      In answering paragraph 9 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

## THE PARTIES

10.     In answering paragraph 10 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

11.     In answering paragraph 11 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

12.     In answering paragraph 12 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

13.    In answering paragraph 13 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

14.    In answering paragraph 14 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

15.    In answering paragraph 15 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

16.    In answering paragraph 16 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

17.    In answering paragraph 17 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

18.    In answering paragraph 18 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

19.     In answering paragraph 19 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

20.     In answering paragraph 20 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

21.     In answering paragraph 21 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

22.     In answering paragraph 22 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

23.     In answering paragraph 23 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

24.     In answering paragraph 24 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

25.     In answering paragraph 25 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

26.     In answering paragraph 26 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

27.     In answering paragraph 27 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

28.     In answering paragraph 28 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

29.     In answering paragraph 29 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

30.     In answering paragraph 30 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

31.     In answering paragraph 31 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

32.     In answering paragraph 32 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

33.     In answering paragraph 33 of the TAC Defendant denies that Kamala Harris is the Attorney General of the State of California. As to the remaining allegation of said paragraph, Defendant lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

34.     In answering paragraph 34 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

35.     In answering paragraph 35 of the TAC Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

36.     In answering paragraph 36 of the TAC Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

37.     In answering paragraph 37 of the TAC Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

38.     In answering paragraph 38 of the TAC Defendant responds that he lacks sufficient

knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

39.     In answering paragraph 39 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

40.     In answering paragraph 40 of the TAC Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

41.     In answering paragraph 41 of the TAC Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

42.     In answering paragraph 42 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

43.     In answering paragraph 43 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

44.     In answering paragraph 44 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

45.     In answering paragraph 45 of the TAC Defendant responds that he lacks sufficient

knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

46.     In answering paragraph 46 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

47.     In answering paragraph 47 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

48.     In answering paragraph 48 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

**FIRST CLAIM FOR RELIEF:**
**CONSTITUTIONAL CHALLENGE TO STATE LAW**
**Violation of the Second Amendment Right to Keep and Bear Arms**
(Plaintiffs HAVEN, CUPP and Defendant HARRIS only)
(Safe-Gun List and Magazine Ban)
(Declaratory and Injunctive Relief Only)

49.     In answering paragraph 49 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

50.     In answering paragraph 50 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

51.     In answering paragraph 51 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

52.     In answering paragraph 52 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

53.     In answering paragraph 53 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

54.     In answering paragraph 54 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

55.     In answering paragraph 55 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

56.     In answering paragraph 56 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

57.     In answering paragraph 57 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

58.     In answering paragraph 58 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

59.     In answering paragraph 59 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

60.     In answering paragraph 60 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

61.     In answering paragraph 61 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

62.     In answering paragraph 62 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

63.     In answering paragraph 63 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

64.     In answering paragraph 64 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

65.     In answering paragraph 65 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

66.     In answering paragraph 66 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

67.     In answering paragraph 67 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

68.     In answering paragraph 68 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

69.     In answering paragraph 69 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

70.     In answering paragraph 70 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

71.     In answering paragraph 71 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

72.     In answering paragraph 72 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

73.     In answering paragraph 73 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

74.     In answering paragraph 74 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

75.     In answering paragraph 75 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

76.     In answering paragraph 76 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

77.     In answering paragraph 77 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

78.     In answering paragraph 78 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

79.     In answering paragraph 79 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

80.     In answering paragraph 80 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL BY
 DEFENDANT THOMAS LAMB                                              Page - 14

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

81.    In answering paragraph 81 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

82.    In answering paragraph 82 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

83.    In answering paragraph 83 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

84.    In answering paragraph 84 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

85.    In answering paragraph 85 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

86.    In answering paragraph 86 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

87.     In answering paragraph 87 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

88.     In answering paragraph 88 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

89.     In answering paragraph 89 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

90.     In answering paragraph 90 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

91.     In answering paragraph 91 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

92.     In answering paragraph 92 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

93.     In answering paragraph 93 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

94.     In answering paragraph 94 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

95.     In answering paragraph 95 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

96.     In answering paragraph 96 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

97.     In answering paragraph 97 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

98.     In answering paragraph 98 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

99.    In answering paragraph 99 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

100.   In answering paragraph 100 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

101.   In answering paragraph 101 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

**SECOND CLAIM FOR RELIEF:**
**CONSTITUTIONAL CHALLENGE TO STATE LAW**
**Second Amendment Right to Keep and Bear Arms**
(Plaintiffs HAVEN, CUPP and Defendant HARRIS only)
(Unconstitutional Statute - Confiscation of Firearms and LEGR)
(Injunctive and Declaratory Relief Only For Return of Firearms)

102.   In answering paragraph 102 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

103.   In answering paragraph 103 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

104.    In answering paragraph 104 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

105.    In answering paragraph 105 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

106.    In answering paragraph 106 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

107.    In answering paragraph 107 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

108.    In answering paragraph 108 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

109.    In answering paragraph 109 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

110.    In answering paragraph 110 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

111.    In answering paragraph 111 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

112.    In answering paragraph 112 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

113.    In answering paragraph 113 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

114.    In answering paragraph 114 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

/ / /

/ / /

**THIRD CLAIM FOR RELIEF:**
**Second Amendment**
(Plaintiff CUPP; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER with Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 only)
(Open Carry of Knives and Seizure of Firearms)
(Declaratory, Injunctive and Monetary relief)

115.    In answering paragraph 115 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

116.    In answering paragraph 116 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

117.    In answering paragraph 117 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

118.    In answering paragraph 118 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

119.    In answering paragraph 119 of the TAC Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

120.    In answering paragraph 120 of the TAC Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

121.     In answering paragraph 121 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

122.     In answering paragraph 122 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

123.     In answering paragraph 123 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

124.     In answering paragraph 124 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

125.     In answering paragraph 125 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

126.     In answering paragraph 126 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

127.    In answering paragraph 127 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

128.    In answering paragraph 128 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

129.    In answering paragraph 129 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

130.    In answering paragraph 130 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

131.    In answering paragraph 131 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

132.    In answering paragraph 132 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

**SIXTH CLAIM FOR RELIEF:**
**CONSTITUTIONAL CHALLENGE TO STATE LAW**
**Second Amendment**
**(Plaintiff HAVEN and Defendants HARRIS)**
**(Confiscation of Firearms)**
**(Declaratory, Injunctive and Monetary relief)**

133.    In answering paragraph 133 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

134.    In answering paragraph 134 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

135.    In answering paragraph 135 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

136.    In answering paragraph 136 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

137.    In answering paragraph 137 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

138.    In answering paragraph 138 of the TAC Defendant responds that he lacks sufficient

knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

139.    In answering paragraph 139 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

140.    In answering paragraph 140 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

141.    In answering paragraph 141 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

**NINTH CLAIM FOR RELIEF**
**CONSTITUTIONAL CHALLENGE TO STATE LAW**
**Violation of the Second Amendment Right to Keep and Bear Arms**
**(Plaintiff HAVEN and Defendant HARRIS)**
**(P.C. 12210 - as written and as applied challenge)**
**(Monetary, Declaratory and Injunctive Relief)**

142.    In answering paragraph 142 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

143.    In answering paragraph 143 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

144.    In answering paragraph 144 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

145.    In answering paragraph 145 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

146.    In answering paragraph 146 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

147.    In answering paragraph 147 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

148.    In answering paragraph 148 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

149.    In answering paragraph 149 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and,

on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

150.    In answering paragraph 150 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

151.    In answering paragraph 151 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

152.    In answering paragraph 152 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

153.    In answering paragraph 153 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

154.    In answering paragraph 154 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

/ / /

/ / /

ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL BY
 DEFENDANT THOMAS LAMB                                                    Page - 27

**TWELFTH CLAIM FOR RELIEF**
**UNCONSTITUTIONALITY**
**Violation of the Equal Protection Clause of the Fourteenth Amendment**
**(Plaintiffs HAVEN, CUPP and Defendant HARRIS only)**
**(Open or Conceal Carry, Safe-Gun List and Magazine Ban)**
**(Declaratory and Injunctive Relief Only)**

155.    In answering paragraph 155 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

156.    In answering paragraph 156 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

157.    In answering paragraph 157 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

158.    In answering paragraph 158 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

159.    In answering paragraph 159 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

160.    In answering paragraph 160 of the TAC Defendant responds that he lacks sufficient

knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

161.    In answering paragraph 161 of the TAC Defendant responds that he lacks sufficient knowledge and/or information upon which to admit or deny the allegations set forth therein and, on that basis, Defendant denies each and every, all and singular, generally and specifically, of said allegations and the whole thereof.

## AFFIRMATIVE DEFENSES

As separate and affirmative defenses, the answering Defendant alleges as follows:

### AFFIRMATIVE DEFENSE NO.: 1

Defendant is immune from liability by the doctrine of qualified immunity.

### AFFIRMATIVE DEFENSE NO.: 2

Defendant asserts that if Defendant is adjudged, decreed, or otherwise determined to be liable to Plaintiffs, then in that event, Defendant will be entitled to apportion the degree of its fault or responsibility for said incident attributable to the Plaintiffs or to any other Defendant named herein or yet to be named. The amount of damages attributable to this answering Defendant is to be abated, reduced, or eliminated to the extent that the Plaintiffs' own negligence, or the negligence of any other Defendant, contributed to the Plaintiffs' claimed damages, if any there were.

### AFFIRMATIVE DEFENSE NO.: 3

Defendant asserts that the allegations contained in the Plaintiffs' complaint do not rise to the level of a constitutional or statutory violation.

### AFFIRMATIVE DEFENSE NO.: 4

Defendant asserts that the Plaintiffs were given, or had available to him, due process for

ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL BY
 DEFENDANT THOMAS LAMB                                                   Page - 29

each of the alleged deprivations of his constitutional rights and has therefore failed to state a claim upon which relief can be granted under 42 USC section 1983 or any statute of the State of California.

## AFFIRMATIVE DEFENSE NO.: 5

That the complaint fails to state a claim against this answering Defendant upon which relief can be granted.

## AFFIRMATIVE DEFENSE NO.: 6

That at all times mentioned in the complaint on file herein, and immediately prior thereto, defendant acted in good faith.

## AFFIRMATIVE DEFENSE NO.: 7

Defendant claims all defenses and immunities provided by the United States Code Section sued upon by the Plaintiffs and any code sections related thereto or cases coming thereunder.

## AFFIRMATIVE DEFENSE NO.: 8

Defendant asserts that some or all of Plaintiffs' claims are barred by the equitable doctrine of Laches.

## AFFIRMATIVE DEFENSE NO.: 9

Defendant asserts that some or all of Plaintiffs' claims are barred by estoppel and/or waiver occasioned by Plaintiffs' own conduct.

## AFFIRMATIVE DEFENSE NO.: 10

Defendant asserts that Plaintiffs' complaint is barred by the doctrine of unclean hands.

## AFFIRMATIVE DEFENSE NO.: 11

Defendant asserts that Plaintiff lacks standing to bring and/or maintain this action.

/ / /

**AFFIRMATIVE DEFENSE NO.: 12**

Defendant asserts that Plaintiffs failed to take reasonable steps to mitigate their injuries and damages, if any there are. Any recovery by Plaintiff should be reduced by those damages Plaintiffs failed to adequately mitigate.

**AFFIRMATIVE DEFENSE NO.: 13**

Defendant asserts that Plaintiffs' claims are barred by all applicable statute of limitation.

**AFFIRMATIVE DEFENSE NO.: 14**

Defendant asserts that plaintiff has failed to comply with the claim's filing statute of Government Code Section 910.

**AFFIRMATIVE DEFENSE NO.: 15**

Defendant asserts that Defendant is not vicariously liable for any act or omission of any other person, by way or respondeat superior or otherwise.

**AFFIRMATIVE DEFENSE NO.: 16**

Defendant asserts that Plaintiff has failed to state a claim for punitive damages.

**AFFIRMATIVE DEFENSE NO.: 17**

Defendant asserts that he has not deprived plaintiff of any right, privilege, or immunity guaranteed by the Constitution or laws of the United States.

**PRAYER FOR RELIEF**

WHEREFORE, said answering Defendant prays for judgment against Plaintiff as follows:

1.     That Plaintiff takes nothing by way of his complaint and judgment be entered in favor of Defendant on all claims;

2.     That Defendant be awarded costs of suit;

ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL BY
 DEFENDANT THOMAS LAMB                                                    Page - 31

3.      That Defendant be awarded attorney's fees pursuant to statute; and,

4.      For such other and further relief as the court may deem just and proper.

5.      That Plaintiff is not entitled to any injunctive or declaratory relief in any form against Defendant.


Dated:  November 5, 2018                    LONGYEAR, O'DEA & LAVRA, LLP


                                   By:   */s/ John A. Lavra*
                                         JOHN A. LAVRA

**DEMAND FOR JURY TRIAL**

Defendant Thomas Lamb hereby requests a trial by jury.

Dated:  November 5, 2018                    LONGYEAR, O'DEA & LAVRA, LLP

By:   */s/ John A. Lavra*
JOHN A. LAVRA