XAVIER BECERRA, State Bar No. 118517
Attorney General of California
BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6002
 Fax: (916) 324-8835
 E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendants Kamala D. Harris, in her official capacity as former Attorney General of California, and Xavier Becerra, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB, #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT,**<br><br>                                    Defendants. | 2:16-cv-00523-TLN-KJN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P., Rule 6(b);<br>E.D. Cal. Civil Local Rule 144(a)]<br><br>Judge:         The Honorable Troy L. Nunley<br>Courtroom:  2<br>Action Filed: March 11, 2016 |

1

**STIPULATION**

WHEREAS, plaintiffs JAMES EDWARD CUPP and LAWRENCE "WOLF" HAVEN filed a Third Amended Complaint ("TAC") in this action on October 22, 2018 (ECF No. 65);

WHEREAS, a response to the TAC is due on November 5, 2018 for defendants KAMALA HARRIS in her official capacity as the former Attorney General of California; and CITRUS HEIGHTS POLICE OFFICER THOMAS LAMB, #315;

WHEREAS, on October 25, 2018, Plaintiffs issued a Summons for the TAC on Defendant XAVIER BECERRA, sued in his official capacity as Attorney General of California (ECF No. 66);

WHEREAS, a response to the TAC is due on November 15, 2018, for defendant XAVIER BECERRA, in his official capacity at Attorney General of California, who was named for the first time as a Defendant in the TAC;

WHEREAS counsel representing the served parties have met and conferred and agreed that, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rule 144(a), all defendants should have an extension of time, to **November 20, 2018**, in which to respond to the TAC;

WHEREAS, the requested extension is necessary to coordinate the deadlines and in light of the filing of an appellate brief by counsel for Defendants Harris and Becerra in *Asian Americans Advancing Justice-Los Angeles, et al. v. Padilla* (Cal. Ct. App., First Dist., Case No. A155392) on November 5, 2018;

WHEREAS, the stipulated extension is the first extension of time sought with respect to Defendants' response to the Third Amended Complaint;

WHEREAS, the extension will not affect the date of any event or other deadline already fixed by the Court; and

WHEREAS, the extension is neither intended nor will be construed as a waiver of any objection or defense that Defendants may have or could assert against Plaintiffs' Third Amended Complaint.

THEREFORE, the served parties hereby stipulate, by and through their counsel of record, as follows:

1. Pursuant to Local Rule 144(a) and Rule 6(b) of the Federal Rules of Civil Procedure, all served Defendants shall have an extension until **November 20, 2018**, in which to respond to the TAC in any manner authorized by the Federal Rule of Civil Procedure.

**IT IS SO STIPULATED.**

Dated:  November 5, 2018                     Respectfully submitted,

XAVIER BECERRA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General


*/s/ Anthony P. O'Brien*
ANTHONY P. O'BRIEN
State Bar No. 232650
Deputy Attorney General
*Attorneys for Defendants Kamala D. Harris, in her official capacity as former Attorney General of California, and Xavier Becerra, in his official capacity as Attorney General of California*

Dated:  November 5, 2018                     Respectfully submitted,

LONGYEAR O'DEA & LAVRA LLP


*/s/ John A. Lavra*
JOHN A. LAVRA, ESQ.
State Bar No. 114533
*Attorneys for Defendant Citrus Heights Police Officer Thomas Lamb*

| | |
|---|---|
| Dated:  November ____, 2018 | Respectfully submitted, |
| | LAW OFFICES OF GARY GORSKI |
| | |
| | _____ |
| | GARY W. GORSKI, ESQ. |
| | *Attorneys for Plaintiffs James Edward Cupp and Lawrence "Wolf" Haven* |

SA2016102600
13321514.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Cupp, James Edward v. Kamala D. Harris, et al.** | No. | **2:16-cv-00523-TLN-KJN** |
|---|---|---|---|

I hereby certify that on <u>November 5, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT [Fed. R. Civ. P., Rule 6(b); E.D. Cal. Civil Local Rule 144(a)]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 5, 2018</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2016102600
13321812.docx