1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   BENJAMIN M. GLICKMAN, State Bar No. 247907
    Supervising Deputy Attorney General
3   ANTHONY P. O'BRIEN, State Bar No. 232650
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone: (916) 210-6002
6     Fax: (916) 324-8835
      E-mail: Anthony.OBrien@doj.ca.gov
7   *Attorneys for Defendants Kamala D. Harris, in her*
    *official capacity as former Attorney General of*
8   *California, and Xavier Becerra, in his official*
    *capacity as Attorney General of California*

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  | | |
    |---|---|
    | **JAMES EDWARD CUPP, an individual;** | 2:16-cv-00523-TLN-KJN |
14  | **LAWRENCE "WOLF" HAVEN, an** | |
    | **individual,** | **DECLARATION OF ANTHONY P.** |
15  | | **O'BRIEN IN SUPPORT OF** |
    | | **STIPULATION TO EXTEND TIME TO** |
    | Plaintiff, | **RESPOND TO PLAINTIFFS' THIRD** |
16  | | **AMENDED COMPLAINT** |
17  | v. | **[Fed. R. Civ. P., Rule 6(b);** |
    | | **E.D. Cal. Civil Local Rule 144(a)]** |
18  | **KAMALA D. HARRIS Attorney General of** | |
    | **the State of California, in her official** | |
19  | **capacity only; CITY OF CITRUS** | Judge:        The Honorable Troy L. Nunley |
    | **HEIGHTS; Citrus Heights Police** | Courtroom:   2 |
20  | **Department Chief CHRISTOPHER W.** | Action Filed: March 11, 2016 |
    | **BOYD, in both his individual and official** | |
21  | **capacity; Citrus Heights Police Officer** | |
    | **CHRISTIAN BAERRESEN, #371; Citrus** | |
22  | **Heights Police Officer THOMAS LAMB,** | |
    | **#315; UNKNOWN CITRUS HEIGHTS** | |
23  | **POLICE OFFICER Badge Number 323;** | |
    | **UNKNOWN CITRUS HEIGHTS POLICE** | |
24  | **OFFICER who prepared Report Number** | |
    | **CH14-02589 on 03/26/2014; TWO** | |
25  | **UNKNOWN NAMED PEACE OFFICERS** | |
    | **OF THE CITRUS HEIGHTS POLICE** | |
26  | **DEPARTMENT,** | |

27                Defendants.

28

                          1

1    I, Anthony P. O'Brien, declare as follows:

2        1.    I am a Deputy Attorney General in the California Department of Justice, and

3    represent Defendants Attorney General Xavier Becerra and former Attorney General Kamala

4    Harris in this matter.  I have personal knowledge of the facts in this Declaration, and, if called,

5    would so testify.  I submit this Declaration in Support of the Stipulation to Extend Time to

6    Respond to Plaintiffs' Third Amended Complaint.

7        2.    On November 5, 2018, I sent via e-mail to Gary Gorski, counsel for Plaintiffs James

8    Edward Cupp and Lawrence "Wolf" Haven, and John Lavra, counsel for Defendant Thomas

9    Lamb, a request to stipulate to an extension of time to respond to Plaintiffs' Third Amended

10   Complaint (TAC).  A copy of my e-mail to them is attached as Exhibit A.

11       3.    That same day, both Mr. Gorski and Mr. Lavra responded via e-mail, stating that they

12   did not object to extending the deadline to respond to the TAC to November 20, 2018.  A copy of

13   their e-mails approving the extension is attached as Exhibit B.

14       4.    That same day, after receiving their approvals, I circulated a copy of the stipulation

15   via e-mail to both Mr. Gorski and Mr. Lavra.

16       5.    Mr. Lavra responded by phone call to state that he approved of me using his e-

17   signature on the stipulation.

18       6.    I left several voice mail and e-mail messages for Mr. Gorski to confirm the use of his

19   e-signature for the stipulation.  However, as of the time of this filing, I have not received a

20   response from Mr. Gorski on whether he approves of the use of his e-signature for the stipulation.

21       I declare under penalty of perjury that the foregoing is true and correct to the best of my

22   knowledge.  Executed the 5th day of November, 2018, in Sacramento, California

23

24                              */s/ Anthony P. O'Brien*
                           Anthony P. O'Brien

25                              Deputy Attorney General

26   SA2016102600
    13322167.docx

27

28

                           2

# EXHIBIT A

## Anthony OBrien

| | |
|---|---|
| **From:** | Anthony OBrien |
| **Sent:** | Monday, November 05, 2018 10:11 AM |
| **To:** | 'CivilRightsAttorney@outlook.com'; 'dan@stratlaw.com'; 'lavra@longyearlaw.com'; 'mcdermott@longyearlaw.com'; 'odea@longyearlaw.com' |
| **Subject:** | Cupp v. Harris, U.S.D.C., Eastern District of California, Case No 16-cv-00523 |

Counsel-

I hope you are doing well. I am writing to see if you would be willing to stipulate to a 15-day extension of time for filing the responsive pleading to Plaintiffs' Third Amended Complaint. The extension is necessary in light of other immediate matters that I am currently attending to. This stipulation will set the new deadline for Tuesday, November 20, 2018. If you agree to the stipulation, I will draft and circulate it to all parties for their approval today. Please let me know when you have a chance.

Thank you very much for your cooperation in this matter.

Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814
Phone: (916) 210-6002

# EXHIBIT  B

**Anthony OBrien**

| | |
|---|---|
| **From:** | Gary Gorski <CivilRightsAttorney@blackwolflaw.com> |
| **Sent:** | Monday, November 05, 2018 12:58 PM |
| **To:** | John Lavra; Anthony OBrien; CivilRightsAttorney@outlook.com; dan@stratlaw.com; Amanda McDermott; Greg O'Dea |
| **Subject:** | RE: Cupp v. Harris, U.S.D.C., Eastern District of California, Case No 16-cv-00523 |

I have no objection

**Gary W. Gorski**
**LAW OFFICES OF GARY W. GORSKI**
**3017 Douglas Blvd. Suite 150**
**Roseville, CA 95661**
**Cell: (775) 720-1000**
**CivilRightsAttorney@outlook.com**
**www.LoneWolfLaw.com**

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, including the Fourth, Fifth and Fourteenth Amendment to the United States Constitution. Dissemination, distribution or copying of this e-mail or the information herein by anyone, including the government, other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call or email attorney Gary W. Gorski (916-758-1100 CivilRightsAttorney@outlook.com) and destroy the original message and all copies. Transmitting information by e-mail is not a waiver of any constitutional rights.

---

**From:** John Lavra <lavra@longyearlaw.com>
**Sent:** Monday, November 5, 2018 11:28 AM
**To:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>; CivilRightsAttorney@outlook.com; dan@stratlaw.com; Amanda McDermott <mcdermott@longyearlaw.com>; Greg O'Dea <odea@longyearlaw.com>
**Subject:** RE: Cupp v. Harris, U.S.D.C., Eastern District of California, Case No 16-cv-00523

I have no objection.

John Lavra

---

**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Monday, November 05, 2018 10:11 AM
**To:** CivilRightsAttorney@outlook.com; dan@stratlaw.com; John Lavra <lavra@longyearlaw.com>; Amanda McDermott <mcdermott@longyearlaw.com>; Greg O'Dea <odea@longyearlaw.com>
**Subject:** Cupp v. Harris, U.S.D.C., Eastern District of California, Case No 16-cv-00523

Counsel-

I hope you are doing well. I am writing to see if you would be willing to stipulate to a 15-day extension of time for filing the responsive pleading to Plaintiffs' Third Amended Complaint. The extension is necessary in light of other immediate matters that I am currently attending to. This stipulation will set the new deadline for Tuesday, November 20, 2018. If

1

you agree to the stipulation, I will draft and circulate it to all parties for their approval today. Please let me know when you have a chance.

Thank you very much for your cooperation in this matter.

Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814
Phone: (916) 210-6002

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# CERTIFICATE OF SERVICE

Case Name:   **Cupp, James Edward v.**                No.   **2:16-cv-00523-TLN-KJN**
             **Kamala D. Harris, et al.**

I hereby certify that on <u>November 5, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF ANTHONY P. O'BRIEN IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 5, 2018</u>, at Sacramento, California.

|  |  |
|---|---|
| Eileen A. Ennis | */s/ Eileen A. Ennis* |
| Declarant | Signature |

SA2016102600
13322280.docx