IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB, #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT,<br><br>　　　　　　　　　　　　Defendants.. | Case No. 2:16-cv-00523-TLN-KJN<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

1

[Proposed] Order Granting Stipulation to Extend Time to Respond to
Plaintiffs' Third Amended Complaint (2:16-cv-00523-TLN-KJN)

1     The Court has reviewed the Stipulation to Extend Time to Respond to Plaintiffs' Third
2 Amended Complaint (ECF No. 65). Good cause appearing, the request is GRANTED.
3 Defendants—Attorney General Xavier Becerra, former Attorney General Kamala D. Harris, and
4 Citrus Heights Police Officer Thomas Lamb—shall file their responses to Plaintiffs' Third
5 Amended Complaint by November 20, 2018.

7 Dated: _____

                                                                          The Honorable Troy L. Nunley
                                                                          United States District Judge

2

[Proposed] Order Granting Stipulation to Extend Time to Respond to
Plaintiffs' Third Amended Complaint (2:16-cv-00523-TLN-KJN)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Cupp, James Edward v. Kamala D. Harris, et al.** | No. | **2:16-cv-00523-TLN-KJN** |

I hereby certify that on November 5, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 5, 2018, at Sacramento, California.

| | |
|---|---|
| Eileen A. Ennis | */s/ Eileen A. Ennis* |
| Declarant | Signature |

SA2016102600
13322286.docx