IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only; CITY OF CITRUS HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, #371; Citrus Heights Police Officer THOMAS LAMB, #315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT,**<br><br>Defendants.. | Case No. 2:16-cv-00523-TLN-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

The Court has reviewed the Stipulation to Extend Time to Respond to Plaintiffs' Third Amended Complaint (ECF No. 65). Good cause appearing, the request is GRANTED. Defendants—Attorney General Xavier Becerra, former Attorney General Kamala D. Harris, and Citrus Heights Police Officer Thomas Lamb—shall file their responses to Plaintiffs' Third Amended Complaint by November 20, 2018.

Dated: November 6, 2018

_____
Troy L. Nunley
United States District Judge