1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  BENJAMIN M. GLICKMAN, State Bar No. 247907
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN, State Bar No. 232650
   Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 210-6002
6     Fax:  (916) 324-8835
      E-mail:  Anthony.OBrien@doj.ca.gov
7  *Attorneys for Defendants Kamala D. Harris, in her*
   *official capacity as former Attorney General of*
8  *California, and Xavier Becerra, in his official*
   *capacity as Attorney General of California*

9

               IN THE UNITED STATES DISTRICT COURT
10
             FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  JAMES EDWARD CUPP, an individual;       2:16-cv-00523-TLN-KJN
    LAWRENCE "WOLF" HAVEN, an
14  individual;                              **DEFENDANTS HARRIS'S AND
                                             BECERRA'S NOTICE OF MOTION AND
15                          Plaintiffs,      MOTION TO DISMISS PLAINTIFFS'
                                             THIRD AMENDED COMPLAINT**
16       v.
                                             Date:         December 20, 2018
17                                           Time:         2:00 p.m.
    KAMALA D. HARRIS, formerly Attorney      Courtroom:    2
18  General of the State of California, in her   Judge:     The Honorable Troy L. Nunley
    official capacity only; XAVIER BECERRA  Trial Date:    None Set
19  Attorney General of the State of California, in  Action Filed:  March 11, 2016
    his official capacity only; CITY OF CITRUS
20  HEIGHTS; Citrus Heights Police Department
    Chief CHRISTOPHER W. BOYD, in both  his
21  individual and official capacity; Citrus Heights
    Police Officer CHRISTIAN BAERRESEN,
22  #371; Citrus Heights Police Officer THOMAS
    LAMB, #315; UNKNOWN CITRUS
23  HEIGHTS POLICE OFFICER Badge Number
    323; UNKNOWN CITRUS HEIGHTS
24  POLICE OFFICER who prepared Report
    Number CH14-02589 on 03/26/2014; TWO
25  UNKNOWN NAMED PEACE OFFICERS
    OF THE CITRUS HEIGHTS POLICE
26  DEPARTMENT,

27                          Defendants.

28

                                    1

1    PLEASE TAKE NOTICE THAT, on December 20, 2018 at 2:00 p.m., or as soon thereafter

2   as the matter may be heard before the Honorable Troy L. Nunley in Courtroom 2 of the United

3   States District Court for the Eastern District of California, located at 501 I Street, Sacramento,

4   California, 95814, Defendants Kamala D. Harris, in her official capacity as former Attorney

5   General of the State of California, and Xavier Becerra, in his official capacity as the current

6   Attorney General for the State of California, will and hereby do move this Court for an order

7   dismissing the Third Amended Complaint for Monetary Damages, Declaratory and Injunctive

8   Relief (ECF No. 65) ("TAC"), and all claims for relief or causes of action asserted in the TAC

9   against Defendants Harris and Becerra, pursuant to Federal Rules of Civil Procedure 8, 12(b)(1),

10   and 12(b)(6).

11    This motion is based on this Notice, the accompanying Memorandum of Point and

12   Authorities, the papers and pleadings on file in this action, and such other matters as may be

13   presented to the Court at the time of hearing.

14   Dated:  November 20, 2018                    Respectfully submitted,

15                                                XAVIER BECERRA
                                                  Attorney General of California
16                                                BENJAMIN M. GLICKMAN
                                                  Supervising Deputy Attorney General
17
                                                  */s/ Anthony P. O'Brien*
18
                                                  ANTHONY P. O'BRIEN
19                                                Deputy Attorney General
                                                  *Attorneys for Defendants Kamala D. Harris,*
20                                                *in her official capacity as former Attorney*
                                                  *General of California, and Xavier Becerra,*
21                                                *in his official capacity as Attorney General*
                                                  *of California*
22   SA2016102600
     13338545.docx
23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   **Cupp, James Edward v.**          No.   **2:16-cv-00523-TLN-KJN**
                **Kamala D. Harris, et al.**

I hereby certify that on <u>November 20, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS HARRIS'S AND BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 20, 2018</u>, at Sacramento, California.

<table>
<tr><td>Eileen A. Ennis</td><td><i>/s/ Eileen A. Ennis</i></td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SA2016102600
13338254.docx