1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
3 | ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
4 |   1300 I Street, Suite 125
    P.O. Box 944255
5 |   Sacramento, CA 94244-2550
    Telephone:  (916) 210-6002
6 |   Fax:  (916) 324-8835
    E-mail:  Anthony.OBrien@doj.ca.gov
7 | *Attorneys for Defendants Kamala D. Harris, in her*
*official capacity as former Attorney General of*
8 | *California, and Xavier Becerra, in his official*
*capacity as Attorney General of California*

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| 13   JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an 14   individual; <br><br> 15                 Plaintiffs, <br><br> 16      v. <br><br> 17   KAMALA D. HARRIS, formerly Attorney 18   General of the State of California, in her official capacity only; XAVIER BECERRA 19   Attorney General of the State of California, in his official capacity only; CITY OF CITRUS 20   HEIGHTS; Citrus Heights Police Department Chief CHRISTOPHER W. BOYD, in both his 21   individual and official capacity; Citrus Heights Police Officer CHRISTIAN BAERRESEN, 22   #371; Citrus Heights Police Officer THOMAS LAMB, #315; UNKNOWN CITRUS 23   HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS 24   POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO 25   UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE 26   DEPARTMENT, <br><br> 27                 Defendants. | 2:16-cv-00523-TLN-KJN <br><br> **DEFENDANTS HARRIS'S AND BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** <br><br> Date:          January 24, 2018 <br> Time:          2:00 p.m. <br> Courtroom:    2 <br> Judge:        The Honorable Troy L. Nunley <br> Trial Date:    None Set <br> Action Filed:   March 11, 2016 |

28

1

1   PLEASE TAKE NOTICE THAT, on January 24, 2018 at 2:00 p.m., or as soon thereafter as

2   the matter may be heard before the Honorable Troy L. Nunley in Courtroom 2 of the United

3   States District Court for the Eastern District of California, located at 501 I Street, Sacramento,

4   California, 95814, Defendants Kamala D. Harris, in her official capacity as former Attorney

5   General of the State of California, and Xavier Becerra, in his official capacity as the current

6   Attorney General for the State of California, will and hereby do move this Court for an order

7   dismissing the Third Amended Complaint for Monetary Damages, Declaratory and Injunctive

8   Relief (ECF No. 65) ("TAC"), and all claims for relief or causes of action asserted in the TAC

9   against Defendants Harris and Becerra, pursuant to Federal Rules of Civil Procedure 8, 12(b)(1),

10   and 12(b)(6).

11   This motion is based on this Notice, the accompanying Memorandum of Point and

12   Authorities, the papers and pleadings on file in this action, and such other matters as may be

13   presented to the Court at the time of hearing.

14   Dated:  November 20, 2018                    Respectfully submitted,

15                                               XAVIER BECERRA
                                                 Attorney General of California
16                                               BENJAMIN M. GLICKMAN
                                                 Supervising Deputy Attorney General
17
                                                 /s/ Anthony P. O'Brien
18
19                                               ANTHONY P. O'BRIEN
                                                 Deputy Attorney General
20                                               *Attorneys for Defendants Kamala D. Harris,
                                                 in her official capacity as former Attorney
                                                 General of California, and Xavier Becerra,*
21                                               *in his official capacity as Attorney General
                                                 of California*
22   SA2016102600
     13338545.docx
23
24
25
26
27
28

2

# CERTIFICATE OF SERVICE

Case Name:   **Cupp, James Edward v.**               No.   **2:16-cv-00523-TLN-KJN**
             **Kamala D. Harris, et al.**

I hereby certify that on <u>November 20, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS HARRIS'S AND BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 20, 2018</u>, at Sacramento, California.


Eileen A. Ennis                               */s/ Eileen A. Ennis*
Declarant                                     Signature

SA2016102600
13338254.docx