RIVERA & ASSOCIATES
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665
Wendy Motooka, SBN 233589
Email: wendy@jmr-law.net

Attorneys for Defendant JESSE BRUCKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE "WOLF" HAVEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Sacramento Deputy Sheriff JESSE BRUCKER, #512;<br><br>Defendant. | Case No. 2:18-cv-02587 TLN KJN<br><br>**ANSWER TO THE SEVERED THIRD AMENDED COMPLAINT; JURY DEMAND** |

COMES NOW Defendant DEPUTY JESSE BRUCKER and in response to Plaintiff's Severed Third Amended Complaint ("Complaint") on file herein, admits, denies, and alleges as follows:

1. In response to paragraphs 1 through 3, Defendant admits that jurisdiction and venue are proper.

2. In response to paragraphs 4 through 7, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained therein, and on that

RIVERA & ASSOCIATES
1425 River Park Dr., Ste. 250
Sacramento, CA 95815
(916) 922-1200

ANSWER TO COMPLAINT
Case No. 2:18-cv-02587 TLN KJN

1

1 basis, denies the same.

2     3.     In response to paragraph 8, Defendant admits that he took Plaintiff's weapons in
3 for safekeeping under color of law.

4     4.     In response to paragraph 9, Defendant is without sufficient information or
5 knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
6 denies the same.

7     5.     In response to paragraph 10, Defendant denies the allegations contained therein.

8     6.     In response to paragraph 11, Defendant admits that Plaintiff did not seek return of
9 the weapons.

10     7.     In response to paragraph 12, Defendant incorporates by reference his responses to
11 paragraph 1 through 11, *supra.*

12     8.     Paragraphs 13 through 16 make no factual allegations, only legal assertions to
13 which Defendant need not respond.

14     9.     In response to paragraph 17, Defendant denies the allegations contained therein.

15     10.     In response to paragraph 18, Defendant is without sufficient information or
16 knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
17 denies the same.

18     11.     In response to paragraph 19, Defendant denies the allegations contained therein.

19     12.     In response to paragraph 20, Defendant admits that it was later determined that
20 Plaintiff was not present, but is without sufficient information or knowledge to form a belief as to
21 the truth of the remaining allegations contained therein, and on that basis, denies the same.

22     13.     In response to paragraphs 21 through 24, Defendant denies the allegations
23 contained therein.

24     14.     In response to paragraph 25, Defendant admits that it was later determined that
25 Plaintiff was not present, but is without sufficient information or knowledge to form a belief as to
26 the truth of the remaining allegations contained therein, and on that basis, denies the same.

27     15.     In response to paragraph 26, Defendant denies the allegations contained therein.

28     16.     In response to paragraph 27, Defendant admits that he took certain weaponry in for

RIVERA & ASSOCIATES
1425 River Park Dr., Ste. 250
Sacramento, CA 95815
(916) 922-1200

ANSWER TO COMPLAINT
Case No. 2:18-cv-02587 TLN KJN

2

safekeeping, but denies that he failed to inform Plaintiff. Defendant is without sufficient information or knowledge to form a belief as to the remaining of the allegations contained therein, and on that basis, denies the same.

17. In response to paragraphs 28 and 29, Defendant denies the allegations contained therein.

18. In response to paragraph 30, Defendant admits that Plaintiff has not sought the return of his firearms and ammunition, but is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained therein, and on that basis, denies the same.

19. In response to paragraph 31, Defendant admits that Plaintiff did not seek the return of his firearms, but denies the remaining allegations contained therein.

20. In response to paragraphs 32 through 36, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained therein, and on that basis, denies the same.

21. In response to paragraph 37, Defendant incorporates by reference his response to paragraphs 1 through 36, *supra*.

22. Paragraphs 38 and 39 make no factual allegations, only legal assertions to which Defendant need not respond.

23. In response to paragraph 40, Defendant denies the allegations contained therein.

24. In response to paragraph 41, Defendant admits that it was later determined that Plaintiff was not present, but is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained therein, and on that basis, denies the same.

25. In response to paragraphs 42 and 45, Defendant denies the allegations contained therein.

26. In response to paragraph 46, Defendant admits that he took certain weaponry in for safekeeping, but denies that he failed to inform Plaintiff. Defendant is without sufficient information or knowledge to form a belief as to the remaining allegations contained therein, and on that basis, denies the same.

RIVERA & ASSOCIATES
1425 River Park Dr., Ste. 250
Sacramento, CA 95815
(916) 922-1200

ANSWER TO COMPLAINT
Case No. 2:18-cv-02587 TLN KJN

3

27. In response to paragraph 47, Defendant admits that Plaintiff has not sought the return of his firearms and ammunition, but is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained therein, and on that basis, denies the same.

28. In response to paragraph 48, Defendant denies the allegations contained therein.

29. In response to paragraphs 49 through 53, Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained therein, and on that basis, denies the same.

**AS FOR SEPARATE AND DISTINCT AFFIRMATIVE DEFENSES, DEFENDANT ALLEGES AS FOLLOWS:**

30. The Complaint fails to allege facts sufficient to state a claim.

31. Plaintiff's alleged damages, if any there be, were caused by Plaintiff's failure to mitigate those damages through the exercise of reasonable diligence.

32. Plaintiff's claims are barred by the doctrine of unclean hands.

33. Defendant is shielded from liability by the doctrine of qualified immunity.

34. Defendant had probable cause to enter the residence.

35. Defendant's entry into the residence was reasonable pursuant to California Penal Code section 844.

36. Defendant's confiscation of the weapons was lawful by virtue of California Penal Code section 18250.

37. Plaintiff's Second Amendment claim is barred by California Penal Code section 33850 et seq.

**WHEREFORE, DEFENDANT PRAYS FOR JUDGMENT AS FOLLOWS:**

a. That the Complaint on file herein and each cause of action contained therein be hence dismissed;

b. That Defendant be awarded costs of suit incurred herein, including attorneys' fees; and

RIVERA & ASSOCIATES
1425 River Park Dr., Ste. 250
Sacramento, CA  95815
(916) 922-1200

ANSWER TO COMPLAINT
Case No.  2:18-cv-02587 TLN KJN

4

c. That the Court award such other and further relief as it deems fit and proper under the circumstances.

DATE: November 26, 2018                RIVERA & ASSOCIATES


 /s/ Wendy Motooka
WENDY MOTOOKA
Attorneys for Defendant DEPUTY JESSE BRUCKER

## DEMAND FOR JURY TRIAL

Defendant DEPUTY JESSE BRUCKER hereby demands a trial by jury.

DATE: November 26, 2018                RIVERA & ASSOCIATES


 /s/ Wendy Motooka
WENDY MOTOOKA
Attorneys for Defendant DEPUTY JESSE BRUCKER

RIVERA & ASSOCIATES
1425 River Park Dr., Ste. 250
Sacramento, CA 95815
(916) 922-1200

ANSWER TO COMPLAINT
Case No. 2:18-cv-02587 TLN KJN

5