**Exhibit "B."**




# CALIFORNIA DEPARTMENT OF JUSTICE
# BUREAU OF FIREARMS
## Law Enforcement Release Application
### Penal Code Section 33850

*This form is to be used only by the owner of a firearm, ammunition, or ammunition feeding device which is in the custody or control of a law enforcement agency or court to redeem the firearm, ammunition, or ammunition feeding device. It only establishes the applicant's eligibility to lawfully possess firearms, ammunition, or ammunition feeding devices at the time the application is processed. It cannot be used to transfer a firearm, ammunition, or an ammunition feeding device, or to prove ownership of a firearm.*

*(Instructions and processing fee information on page 3 of this form.)*

## A. Owner Information

| Last Name: | First Name: | Middle Name: |
|---|---|---|
| Alias Last Name (if any): | Alias First Name: | Alias Middle Name: |

| Residence Street Address: | City: | State: | Zip Code: |
|---|---|---|---|
| Mailing Address (if different): | City: | State: | Zip Code: |

| Date of Birth (mm/dd/yyyy): | Place of Birth (state or country): | Gender: | Phone No. (include area code): |
|---|---|---|---|

U.S. Citizen? ◯ Yes  ◯ No  |  If no, enter Alien Registration No. or I-94 No.:  |  Country of Citizenship:

Enter your California driver license (CDL), California ID (CID), Military ID (MIL), or Out-of-State ID (OSID) number in the ID number box to the right. If using military identification you **must** send a copy of your permanent duty station orders stating you are stationed in California. If using an out-of-state driver's license or identification number you must send a notarized copy of your driver's license or identification card.

ID Type (check one): CDL ☐  MIL ☐  CID ☐  OSID ☐

ID Number:

## B. Firearm(s) Information (To report additional firearm(s), copy and attach additional applications)

Firearm Type: ◯ Handgun  ◯ Rifle  ◯ Shotgun  | Category: (select from list on page 4) | Serial Number:
Make: | Model: | Caliber: | Firearm Origin: | Color: | Barrel Length: ◯ IN. ◯ CM.

Firearm Type: ◯ Handgun  ◯ Rifle  ◯ Shotgun  | Category: (select from list on page 4) | Serial Number:
Make: | Model: | Caliber: | Firearm Origin: | Color: | Barrel Length: ◯ IN. ◯ CM.

Firearm Type: ◯ Handgun  ◯ Rifle  ◯ Shotgun  | Category: (select from list on page 4) | Serial Number:
Make: | Model: | Caliber: | Firearm Origin: | Color: | Barrel Length: ◯ IN. ◯ CM.

## Ammunition or Ammunition Feeding Device(s) Information (Check all that apply)

◯ Ammunition   ◯ Ammunition Feeding Device




# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Law Enforcement Release Application

## C. Agency Information

Name of Law Enforcement Agency or Court in Possession of the Firearm(s), Ammunition, or Ammunition Feeding Device(s):

| Address: | City: | Zip Code: | Case Number: |
|---|---|---|---|
|  |  |  |  |

## D. Declaration

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am the lawful owner of all firearms, ammunition, or ammunition feeding devices that I seek to have returned. I expressly authorize the Department of Justice to perform firearms eligibility checks of all relevant state and federal databases, including the Federal Bureau of Investigation's National Instant Criminal Background Check System. I also understand that if I currently possess or own firearms, ammunition, or ammunition feeding devices and the results of this check reveal that I am ineligible either to lawfully possess or purchase firearms, ammunition, or ammunition feeding devices, I must relinquish any and all firearms, ammunition, or ammunition feeding devices in my possession.

_____    _____
Signature                          Date

### DOJ USE ONLY

☐ AFS REFLECTS APPLICANT AS OWNER.    ☐ UNABLE TO VERIFY OWNERSHIP OF FIREARMS VIA AFS. COURT OR LEA MUST CONFIRM.

| Date Received: | Date Paid: | Date Processed: | Processed By: | NTN#: |
|---|---|---|---|---|
|  |  |  |  |  |




# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## Law Enforcement Release Application

**Proper Use of the Law Enforcement Release Application**
This form is **only** to be used by the **owner** who is seeking to redeem his/her firearm, ammunition, or ammunition feeding device in the custody or control of a law enforcement agency or court. **If the seized property is a firearm, the applicant must already have a record on file in the California Department of Justice Automated Firearms System (AFS) reflecting that he or she is the lawful owner or possessor of the firearm.** It is the responsibility of the court or law enforcement agency with custody or control of the firearm to verify that the applicant is the lawful owner or possessor of the firearm.

**Application Submission Requirements**
Individuals seeking the return of a firearm, ammunition, or ammunition feeding device that is in the custody or control of a law enforcement agency or court must submit a complete application **with the appropriate fees** to the Department. An eligibility check will be conducted to determine whether the person is eligible to possess firearms, ammunition, or ammunition feeding devices under state and federal law. A notice of results will be sent to the applicant via U.S. Mail. Incomplete applications will be returned without processing. If reporting more than three firearms, make extra copies of this form to meet your reporting needs. **Once issued, a determination notice is only valid for 30 days**. Be advised that any unclaimed firearm, ammunition, or ammunition feeding device may be disposed of by a law enforcement agency or court 180 days after the owner has been notified that those items are available for return.

**Fee Submission Requirements**
The processing fee for a Law Enforcement Release is twenty dollars ($20) per application for return of a firearm, any quantity of ammunition, or ammunition feeding device, plus a three-dollar ($3) charge for each additional firearm being processed as part of the request to return a firearm (check or money order made payable to the Department of Justice). If the law enforcement agency or court determines the firearm, ammunition, or ammunition feeding device was reported stolen pursuant to Penal Code section 33855, subdivision (d), the fees for the stolen firearm(s) will be waived. **Applicants must provide documentation from the law enforcement agency or court with this application to qualify for the waiver of fees.** The Department will process your application within 30 days from the date of receipt unless delayed by circumstances beyond the control of the Department.

*Submit completed application and fees to:*
**Department of Justice
Bureau of Firearms - LER
P.O. Box 820200
Sacramento, CA  94203-0200**

**The following must be submitted with your application and fee:**

- A copy of your California driver license or identification card. (Cal. Code Reg., tit. 11, § 4045.1)
- If your California driver license or identification card has "FEDERAL LIMITS APPLY" on the front, you shall also submit proof of lawful presence in the United States, in the form of one of the following documents:

    (1) Valid, unexpired U.S. passport or passport card.
    (2) Certified copy of U.S. birth certificate.
    (3) Certification of Birth Abroad (FS-545), Certification of Report of Birth (DS-1350) or Consular Report of Birth Abroad of a Citizen of the United States of America (FS-240), issued by the U.S. Department of State.
    (4) Valid, unexpired foreign passport with valid U.S. immigrant visa and approved Record of Arrival/Departure (I-94) form.
    (5) Certified copy of birth certificate from a U.S. Territory.
    (6) Certificate of Naturalization or U.S. Citizenship.
    (7) Valid, unexpired Permanent Resident Card. (Cal. Code Reg., tit. 11, § 4045.1)

- If your name, as it appears on the "FEDERAL LIMITS APPLY" California driver license or identification card, differs from the name on the document(s) above, you shall also submit one of the following certified documents:

    (1) An adoption document that contains your legal name as a result of the adoption.
    (2) A name change document that contains your legal name both before and, as a result of, the name change.
    (3) A marriage certificate.
    (4) A dissolution of marriage document that contains your legal name as a result of the court action.
    (5) A certificate, declaration or registration document verifying the formation of a domestic partnership.
    (6) A dissolution of domestic partnership document that contains your legal name as a result of the court action. (Cal. Code Reg., tit. 11, § 4045.1)




# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### Law Enforcement Release Application

**Part A. Owner Information**

Enter the information as requested. If you are using a military number for identification, you must submit a copy of your permanent duty station orders indicating you are stationed in California.

**Part B. Firearm(s), Ammunition, or Ammunition Feeding Device(s) Information**

For each firearm, ammunition, or ammunition feeding device you must provide the information requested. Please refer to your firearm owner's manual, the firearms manufacturer's website, or the examples below to assist you in providing the required information:

**Firearm:**

- **Firearm Type:** Handgun, Rifle, or Shotgun
- **Category:** Bolt Action, Lever Action, Pump Action, Revolver, Semi-Automatic, or Single Shot
- **Serial Number:** Usually located on the frame of a handgun, or the receiver of a long gun. May be all numeric or a combination of alpha and numeric characters. (e.g., 98765, US54321G)
- **Make:** The manufacturer of the firearm. (e.g., Remington, Winchester, Glock, Smith & Wesson)
- **Model:** The model name of the firearm. (e.g., 870 Express, Model 70, 17C, 29-10)
- **Caliber:** The caliber of the firearm. (e.g., 12 gauge, .308 Winchester, 9 mm, .44 Magnum)
- **Firearm Origin:** The country of origin of the firearm. (e.g., United States, Russia, China, Italy)
- **Barrel Length:** Enter the barrel length as stated either in your owner's manual, manufacturer's website, or measure the barrel length by closing the action of the firearm and inserting a wooden dowel down the barrel until it stops. Mark the dowel with a pen at the muzzle. Remove the dowel and measure the distance between the inserted end of the dowel and the pen mark.

**Ammunition or Ammunition Feeding Device:**

Select either Ammunition or Ammunition Feeding Device, or both as needed.

**Part C. Agency Information**

Enter the name and address of the law enforcement agency or court in possession of the firearm(s), ammunition, and/or ammunition feeding device(s).

**Part D. Declaration**

You must sign and date the declaration on this application. For questions, refer to the Bureau of Firearms website: www.oag.ca.gov/firearms/

STATE OF CALIFORNIA  
BOF 119 (Rev. 07/2020)




**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**

# Law Enforcement Release Application

## Privacy Notice

As Required by Civil Code § 1798.17

---

**Collection and Use of Personal Information:** The Division of Law Enforcement, Bureau of Firearms in the Department of Justice collects the information on this application pursuant to Penal Code section 33850. The Bureau of Firearms uses this information to process an application for the release of a firearm, ammunition, or ammunition feeding device. In addition, any personal information collected by state agencies is subject to the limitations in the Information Practices Act and state policy. The Department of Justice's general privacy policy is available at http://oag.ca.gov/privacy-policy.

**Providing Personal Information:** All personal information on this application is mandatory. Failure to provide the mandatory personal information will result in your application not being processed.

**Access to Your Information:** You may review the records maintained by the Division of Law Enforcement, Bureau of Firearms in the Department of Justice that contain your personal information, as permitted by the Information Practices Act. See below for contact information.

**Possible Disclosure of Personal Information:** In order to process an application for the release of a firearm, ammunition, or ammunition feeding device, we may need to share the information you provide us with any Bureau of Firearms representative or any other person designated by the Attorney General upon request. The information you provide may also be disclosed in the following circumstances:

- With other persons or agencies when necessary to perform their legal duties, and their use of your information is compatible and complies with state law, such as for investigations, licensing, certification, or regulatory purposes;

- To another government agency as required by state or federal law.

**Contact Information:** For questions about this notice or access to your records, you may contact the Staff Services Analyst in the Customer Support Center at (916) 210-2300, via email at firearms.bureau@doj.ca.gov, or by mail at P.O. Box 820200, Sacramento, CA 94203-0200.