**Exhibit "C."**





