1

LONGYEAR & LAVRA, LLP
John A. Lavra, CSB No.: 114533

2

Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230

3

Sacramento, CA 95864
Phone: 916-974-8500

4

mcdermott@longyearlaw.com

5

Attorneys for Defendant
Officer Thomas Lamb

6

7

8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9

10

JAMES EDWARD CUPP, an individual;
LAWRENCE "WOLF" HAVEN, an

11

individual,

12

                    Plaintiff,

13

        vs.

14

KAMALA D. HARRIS, formerly Attorney
General of the State of California, in her

15

official capacity only; XAVIER BECERRA,
Attorney General of the State of California, n

16

his official capacity only; Citrus Heights
Police Officer CHRISTIAN BAERRESEN, #

17

371; Citrus Heights Police Officer THOMAS
LAMB, # 315; UNKNOWN CITRUS

18

HEIGHTS POLICE OFFICER Badge Number
323; UNKNOWN CITRUS HEIGHTS

19

POLICE OFFICER who prepared Report
Number CH14-02589 on 03/26/2014; TWO

20

UNKNOWN NAMED PEACE OFFICERS
OF THE CITRUS HEIGHTS POLICE

21

DEPARTMENT.

22

                    Defendants.

23

Case No.: 2:16-CV-00523-TLN-KJN

**STIPULATION AND [PROPOSED]
ORDER PERMITTING PLAINTIFFS TO
FILE A FIFTH AMENDED COMPLAINT**

24

        Plaintiffs JAMES EDWARD CUPP and LAWRENCE "WOLF" HAVEN, Defendant

25

THOMAS LAMB, and Defendants KAMALA D. HARRIS and XAVIER BECERRRA

26

(hereafter collectively referred to as "the Parties"), by and through their respective counsel,

27

submit this stipulation to continue the current deadlines in this matter in order to achieve a

28

single, comprehensive operative complaint.

1

**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE A FIFTH AMENDED
COMPLAINT**

WHEREAS, Plaintiff Cupp filed his initial complaint on March 11, 2016 against Defendants Harris and the City of Citrus Heights and various officials [Dkt No. 1];

WHEREAS, Plaintiffs Cupp and Haven filed a First Amended Complaint ("FAC") on June 3, 2016 against Defendants Harris, the City of Citrus Heights and various officials, the County of Sacramento and various officials, and the County of Placer and various officials [Dkt No. 5];

WHEREAS, pursuant to stipulation of the parties and order of this court, Plaintiffs filed a Second Amended Complaint ("SAC") on August 15, 2016 against the above-listed defendants [Dkt No. 12 *et seq*];

WHEREAS, each of the defendants filed a motion to dismiss the SAC [Dkt Nos. 15-20];

WHEREAS, this Court granted in part and denied in part the County of Sacramento defendants' and the Citrus Heights defendants' motions to dismiss [Dkt Nos. 58 and 60];

WHEREAS, this Court granted the County of Placer defendants' motions to dismiss with prejudice [Dkt No. 59];

WHEREAS, this Court granted the Defendant Harris' motions to dismiss with leave to amend [Dkt No. 61];

WHEREAS, this Court also granted the County of Sacramento defendants' motion to sever, and thus allow those severed claims to proceed as *Lawrence "Wolf" Haven v. Brucker*, E.D. Cal. Case No. 2:18-cv-02587-TLN-KJN [Dkt No. 58];

WHEREAS, Plaintiffs filed a Third Amended Complaint ("TAC") against Defendants Harris and Becerra and multiple officers of the Citrus Heights Police Department ("CHPD") on October 22, 2018 [Dkt No. 65];

WHEREAS, Defendant Lamb of CHPD filed an answer to the TAC on November 5, 2018 [Dkt No. 68];

WHEREAS, Defendants Harris and Becerra filed a motion to dismiss the TAC on November 20, 2018 [Dkt No. 72];

WHEREAS, on September 24, 2020 this Court granted the motion filed by Defendants Harris and Becerra holding that "Plaintiffs' TAC as asserted against Defendants Harris and

Becerra is DISMISSED in its entirety with leave to amend only Claims Two and Nine" [Dkt No. 79];

WHEREAS, Plaintiffs filed a Fourth Amended Complaint against Defendants Harris and Becerra only on October 15, 2020 [Dkt No. 80, *et seq*];

WHEREAS, Plaintiffs' counsel understood the Court's order relating to only the Attorney General's Motion to Dismiss and that the Third Cause of Action was not named against the Attorney General, but that the "Court dismisses Plaintiffs' First, **Third**, Sixth and Twelfth causes of action …" (p. 11, line 7) [emphasis added]

WHEREAS, Plaintiffs read that the order addressed "all six causes of action" (p. 6, line 8);

WHEREAS, Plaintiffs' counsel may have misinterpreted this court's order dated September 24, 2020 [Dkt No. 79] as dismissing all claims against all defendants and only providing leave to amend Claims Two and Nine against Defendants Harris and Becerra;

WHEREAS, Plaintiffs still intend to assert the Third Claim for Relief for Second Amendment violations against "Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371, Citrus Heights Police Officer THOMAS LAMB, # 315, UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323, UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014, TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT" that had previously been asserted in the TAC;

WHEREAS, the Parties conferred on or around October 22, 2020 and agreed to stipulate to a continuance to permit Plaintiffs to file a Fifth Amended Complaint that complies with this Court's order dated September 24, 2020 and incorporates the Third Claim for Relief against various CHPD officers that was mistakenly omitted from the Fourth Amended Complaint without waiving Defendants' right to file a motion to dismiss or to file a response;

///

///

///

**3**

**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE A FIFTH AMENDED COMPLAINT**

THEREFORE, the Parties stipulate as follows:

1.      Plaintiffs will be permitted to file an amended complaint ("Fifth Amended Complaint") that complies with the court's order at Dkt No. 79 by November 23, 2020;

2.      Defendants shall have fourteen (14) days from the date that the Fifth Amended Complaint is filed to respond in any manner authorized by the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated:  October 23, 2020                    **LONGYEAR & LAVRA, LLP**

                                   By:    */s/ Amanda L. McDermott*_____
                                          JOHN A. LAVRA
                                          AMANDA L. MCDERMOTT
                                          Attorneys for Citrus Heights Police Officer
                                          Thomas Lamb, # 315


Dated: October 23, 2020                     **XAVIER BECERRA**
                                            **Attorney General of California**
                                            **BENJAMIN M. GLICKMAN**
                                            **Supervising Deputy Attorney General**

                                   By:    */s/ Anthony P. O'Brien*
                                          (as authorized on October 23, 2020)_____
                                          ANTHONY P. O'BRIEN
                                          Deputy Attorney General
                                          Attorneys for Defendants Kamala D. Harris, in her
                                          official capacity as former Attorney General of
                                          California, and Xavier Becerra, in his official
                                          capacity as Attorney General of California


Dated: October 23, 2020                     **LAW OFFICES OF GARY W. GORSKI**

                                   By:    */s/ Gary W. Gorski*
                                          (as authorized on October 23, 2020)_____
                                          GARY W. GORSKI
                                          Attorney for Plaintiffs James Edward Cupp and
                                          Lawrence "Wolf" Haven


Dated: October 23, 2020                     **STRATEGIC LAW COMMAND**

                                   By:    */s/ Daniel M. Karalash*
                                          (as authorized on October 23, 2020)_____
                                          DANIEL M. KARALASH
                                          Attorney for Plaintiffs James Edward Cupp and
                                          Lawrence "Wolf" Haven

///

**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE A FIFTH AMENDED COMPLAINT**

**[PROPOSED] ORDER**

After considering the Stipulation by and between the Parties, IT IS HEREBY ORDERED THAT:

1.      Plaintiffs have leave to file a Fifth Amended Complaint that complies with the court's order at Dkt No. 79 on or before November 23, 2020; and

2.      Defendants shall have fourteen (14) days from the date that the Fifth Amended Complaint is filed to respond in any manner authorized by the Federal Rules of Civil Procedure.

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE A FIFTH AMENDED COMPLAINT**