# Exhibit "C."





