1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  BENJAMIN M. GLICKMAN, State Bar No. 247907
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN, State Bar No. 232650
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-6002
6    Fax: (916) 324-8835
     E-mail: Anthony.OBrien@doj.ca.gov
7  *Attorneys for Defendants Kamala D. Harris, in her
   official capacity as former Attorney General of
8  California, and Xavier Becerra, in his official
   capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP**, an individual; **LAWRENCE "WOLF" HAVEN**, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS**, formerly Attorney General of the State of California, in her official capacity only; **XAVIER BECERRA** Attorney General of the State of California, in his official capacity only; Citrus Heights Police Officer **CHRISTIAN BAERRESEN**, #371; Citrus Heights Police Officer **THOMAS LAMB**, #315; **UNKNOWN CITRUS HEIGHTS POLICE OFFICER** Badge Number 323; **UNKNOWN CITRUS HEIGHTS POLICE OFFICER** who prepared Report Number CH14-02589 on 03/26/2014; **TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT**,<br><br>Defendants. | 2:16-cv-00523-TLN-KJN<br><br>**DEFENDANTS HARRIS'S AND BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Date: January 21, 2021<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: The Honorable Troy L. Nunley<br>Trial Date: None Set<br>Action Filed: March 11, 2016 |

1

1  PLEASE TAKE NOTICE THAT, on January 21, 2021 at 2:00 p.m., or as soon thereafter as
2  the matter may be heard before the Honorable Troy L. Nunley in Courtroom 2 of the United
3  States District Court for the Eastern District of California, located at 501 I Street, Sacramento,
4  California, 95814, Defendants Kamala D. Harris, in her official capacity as former Attorney
5  General of the State of California, and Xavier Becerra, in his official capacity as the current
6  Attorney General for the State of California, will and hereby do move this Court for an order
7  dismissing the Fifth Amended Complaint for Declaratory and Injunctive Relief, and Monetary
8  Damages (ECF No. 83) ("FAC"), and all claims for relief or causes of action asserted in the FAC
9  against Defendants Harris and Becerra, pursuant to Federal Rule of Civil Procedure 12(b)(6).

10  This motion is based on this Notice, the accompanying Memorandum of Point and
11  Authorities, the papers and pleadings on file in this action, and such other matters as may be
12  presented to the Court at the time of hearing.

13  Dated: December 4, 2020                    Respectfully submitted,

                                              XAVIER BECERRA
                                              Attorney General of California
                                              BENJAMIN M. GLICKMAN
                                              Supervising Deputy Attorney General

                                              */s/ Anthony P. O'Brien*

                                              ANTHONY P. O'BRIEN
                                              Deputy Attorney General
                                              *Attorneys for Defendants Kamala D.*
                                              *Harris, in her official capacity as former*
                                              *Attorney General of California, and Xavier*
                                              *Becerra, in his official capacity as Attorney*
                                              *General of California*

SA2016102600
34616928.docx

2

Defendants Harris's and Becerra's Notice of Motion and Motion to Dismiss
Plaintiffs' Fifth Amended Complaint (2:16-cv-00523-TLN-KJN)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Cupp, James Edward v. Kamala D. Harris, et al.** | No. | **2:16-cv-00523-TLN-KJN** |

I hereby certify that on <u>December 4, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS HARRIS'S AND BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS HARRIS'S AND BECERRA'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 4, 2020</u>, at Sacramento, California.

| | |
|---|---|
| Lindsey Cannan | /s/ *Lindsey Cannan* |
| Declarant | Signature |

SA2016102600
34642820.docx