LONGYEAR & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510
mcdermott@longyearlaw.com

Attorney for Defendant Thomas Lamb

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br>            Plaintiff,<br>vs.<br>KAMALA D. HARRIS, formerly Attorney General of the State of California, in her official capacity only; XAVIER BECERRA Attorney General of the State of California, in his official capacity only; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT.<br>            Defendants | Case No.: 2:16-CV-00523-TLN-KJN<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE FIFTH AMENDED COMPLAINT BY DEFENDANT THOMAS LAMB**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Date:    January 21, 2021<br>Time:   2:00 p.m.<br>CtRm:  2, 15th Floor<br>Judge:  Hon. Troy L. Nunley |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 21, 2021, at 2:00 p.m., in Courtroom 2 of the above-entitled Court, before Honorable Troy L. Nunley, located at 501 I Street, Sacramento, California 95814, Defendants Thomas Lamb will and hereby does move this Court for dismissal of the Fifth Amended Complaint and all claims for relief asserted therein against Defendant

1  Lamb pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff Cupp
2  has failed to state a claim against the moving Defendant upon which relief can be granted and
3  because Defendant Lamb is entitled to qualified immunity as to each and every claim asserted
4  against him by Plaintiff Cupp.

5      The motion is based on this Notice of Motion and Motion, the Memorandum of Points
6  and Authorities, the Request for Judicial Notice, the papers and pleadings on file herein, and any
7  oral or other evidence which may be introduced at the time of the hearing on this motion.

Dated: December 4, 2020        LONGYEAR & LAVRA, LLP

By: */s/ Amanda L. McDermott*
JOHN A. LAVRA
AMANDA L. MCDERMOTT
Attorneys for Defendant Thomas Lamb