LONGYEAR & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorney for Defendants Thomas Lamb

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br>          Plaintiff,<br>vs.<br>KAMALA D. HARRIS, formerly Attorney General of the State of California, in her official capacity only; XAVIER BECERRA Attorney General of the State of California, in his official capacity only; Citrus Heights Police Officer CHRISTIAN BAERRESEN, # 371; Citrus Heights Police Officer THOMAS LAMB, # 315; UNKNOWN CITRUS HEIGHTS POLICE OFFICER Badge Number 323; UNKNOWN CITRUS HEIGHTS POLICE OFFICER who prepared Report Number CH14-02589 on 03/26/2014; TWO UNKNOWN NAMED PEACE OFFICERS OF THE CITRUS HEIGHTS POLICE DEPARTMENT.<br>          Defendants | Case No.: 2:16-CV-00523-TLN-KJN<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT THOMAS LAMB'S MOTION TO DISMISS**<br><br>Date:    January 21, 2021<br>Time:   2:00 p.m.<br>CtRm:  2, 15th Floor<br>Judge:  Honorable Judge Nunley |

Defendant Thomas Lamb hereby requests that this Court take Judicial Notice of the document attached hereto as Exhibit 1 pursuant to Federal Rule of Evidence 201, subparts (b) and (c). The subject document is a prior order of the Sacramento County Superior Court for an Emergency Protective Order restraining James Cupp, issued on March 25, 2014 by Judicial Officer Twiss.

Dated: December 4, 2020                LONGYEAR & LAVRA, LLP

                                By:  /s/ Amanda L. McDermott
                                     JOHN A. LAVRA
                                     AMANDA L. MCDERMOTT

# EXHIBIT 1

**EPO-001** — ONE copy to court, ONE copy to restrained person, ONE copy to protected person, ONE copy to issuing agency

**EMERGENCY PROTECTIVE ORDER** (See reverse for important notices.)

LAW ENFORCEMENT CASE NUMBER: CH14-02589

1. **PROTECTED PERSONS** (insert names of all persons protected by this Order):
   Jane Doe

2. **RESTRAINED PERSON** (name): JAMES CUPP
   Sex: ☒M ☐F   Ht.: 60"   Wt.: 185   Hair color: GRY   Eye color: GRN   Race: W   Age: 61   Date of birth: DOB

3. **TO THE RESTRAINED PERSON:**
   a. ☒ YOU MUST NOT harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy any personal property of, disturb the peace of, keep under surveillance, or block the movements of each person named in item 1.
   b. ☒ YOU MUST NOT contact, either directly or indirectly, by any means, including but not limited to by telephone, mail, e-mail or other electronic means, any person named in item 1.
   c. ☒ YOU MUST ☒ stay away at least: 100 yards from each person named in item 1.
      ☐ stay away at least: 100 yards from (address): Jane Doe   ☒ move out immediately from MELVA STREET CITRUS HEIGHTS
   d. YOU MUST NOT own, possess, purchase, receive, or attempt to purchase or receive any firearm or ammunition. If you have any firearms, you must turn them in to a law enforcement agency or sell them to a licensed gun dealer (see page 2).
   e. YOU MUST NOT take any action, directly or through others, to obtain the addresses or locations of any person named in item 1.

4. ☐ (Name): _____ is given temporary care and control of the following minor children of the parties (names and ages):

5. **THIS ORDER WILL EXPIRE AT THE CLOSE OF THE COURT BUSINESS DAY ON:** April 1 2014
   (INSERT DATE OF FIFTH COURT DAY OR SEVENTH CALENDAR DAY, WHICHEVER IS EARLIER; DO NOT COUNT DAY THE ORDER IS GRANTED)

6. **TO THE PROTECTED PERSON:** If you need protection for a longer period of time, you must request restraining orders from the court in the county where you live:
   (Name and address of court): William R. Ridgeway, Family Relations Courthouse, 3341 Power Inn Road, Room 100, Sacramento, CA 95826
   If you go to court to request restraining orders, take your copy of this form with you. If a juvenile petition is pending, file in that court.

7. Reasonable grounds for the issuance of this Order exist, and an emergency protective order is necessary to prevent the occurrence or recurrence of domestic violence, child abuse, child abduction, elder or dependent adult abuse, or stalking.

8. Judicial officer (name): TWISS   granted this Order on (date): 3/25/14   at (time): 2157

**APPLICATION**

9. The events that caused the protected person to fear immediate and present danger of domestic violence, child abuse, child abduction, elder or dependent adult abuse (except solely financial abuse), or stalking are (give facts and dates; specify weapons):
   Jane Doe CAME TO MEET HER EX-BOYFRIEND JAMES IN A LOCAL SHOPPING CENTER. JAMES GRABBED Jane Doe BY THE COLLAR OF HER JACKET AND DRAGGED HER AROUND. Jane Doe HEAD BUTTED JAMES IN SELF DEFENSE. JAMES THEN THREW HER TO THE GROUND. Jane Doe STATED THAT JAMES HAD POINTED A GUN AT HER AND HER NEW BOYFRIEND

10. ☐ Firearms were: ☐ observed ☐ reported ☐ searched for ☒ seized
11. ☐ The person to be protected lives with the person to be restrained and requests an order that the restrained person move out immediately from the address in item 3c.
12. ☐ The person to be protected has minor children in common with the person to be restrained, and a temporary custody order is requested because of the facts alleged in item 9. A custody order ☐ does ☐ does not exist.

By: C. BAERRESEN #371
(PRINT NAME OF LAW ENFORCEMENT OFFICER)   (SIGNATURE OF LAW ENFORCEMENT OFFICER) #371

Agency: Citrus Heights Police Department   Telephone No.: (916) 727-5500   Badge No.:

**PROOF OF SERVICE**

13. Person served (name): JAMES CUPP
14. I personally delivered copies of this Order to the person served as follows: Date: 3/25/2014   Time: 2228
    Address: 5409 SUNRISE BLVD
15. At the time of service, I was at least 18 years of age and not a party to this cause. ☒ I am a California law enforcement officer.
16. My name, address, and telephone number are (this does not have to be server's home telephone number or address):
    C. BAERRESEN 6315 FOUNTAIN SQUARE DR CITRUS HEIGHTS CA 95610
    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   916-727-5500
    Date: 3/25/14
    C. BAERRESEN #371
    (TYPE OR PRINT NAME OF SERVER)   (SIGNATURE OF SERVER)   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EPO-001 [Rev. January 1 2013]
Approved by DOJ
EMERGENCY PROTECTIVE ORDER (CLETS–EPO)
(Domestic Violence, Child Abuse, Elder or Dependent Adult Abuse, or Stalking)
DUPLICATION OR REISSUANCE IS CONTROLLED BY LAW
RELEASED TO: City Atty via Clerk Van
Family Code, §§ 6240–6275
Penal Code, § 646.91
www.courts.ca.gov