Gary W. Gorski (SBN 166526)
LAW OFFICES OF GARY W. GORSKI
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
916-758-1100
CivilRightsAttorney@outlook.com
www.lonewolflaw.com

Daniel M. Karalash (SBN 176422)
Strategic Law Command
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
(916) 787-1234
dan@stratlaw.org
www.stratlaw.com

Attorneys for Plaintiffs
JAMES EDWARD CUPP and
LAWRENCE "WOLF" HAVEN

# THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, et al., <br><br> Plaintiff, <br><br> vs. <br><br> KAMALA D. HARRIS, et al., <br><br> Defendants. | Case No.  16-CV-00523-TLN-KJN <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br> Rule 41(a) |

## VOLUNTARY DISMISSAL

The only currently remaining Defendant in this case is CHRISTIAN BAERRESEN. Plaintiff JAMES EDWARD CUPP hereby voluntarily dismisses defendant CHRISTIAN BAERRESEN pursuant to Rule 41(a).

Dated: October 1, 2021        THE LAW OFFICES OF GARY W. GORSKI
                              Respectfully Submitted,

                               /s/ Gary W. Gorski
                              Gary W. Gorski
                              Attorney for Plaintiffs

- 1 -

**VOLUNTARY DISMISSAL**