## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JAMES EDWARD CUPP, ET AL.,**

                 v.

**KAMALA HARRIS, ET AL.,**

                **JUDGMENT IN A CIVIL CASE**

CASE NO: **2:16–CV–00523–TLN–KJN**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/28/2021**

                                                 **Keith Holland**
                                                 Clerk of Court

ENTERED:  **October 1, 2021**

                              by: /s/ M. Krueger
                                        Deputy Clerk