Gary W. Gorski (SBN 166526)
LAW OFFICES OF GARY W. GORSKI
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
(775) 720-1000
CivilRightsAttorney@BlackWolfLaw.com

Daniel M. Karalash (SBN 176422)
STRATEGIC LAW COMMAND
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
(916) 787-1234
dan@stratlaw.org
www.stratlaw.com

Attorneys for Plaintiffs
JAMES EDWARD CUPP and
LAWRENCE "WOLF" HAVEN

# THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>KAMALA D. HARRIS; *et al.*  )<br>)<br>Defendants.  )<br>_____ ) | **Case No.**  16-CV-00523-TLN-KJN<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs JAMES EDWARD CUPP and LAWRENCE "WOLF" HAVEN appeal to the United States Court of Appeals for the Ninth Circuit from the <u>final judgment</u> of the District Court, entered in this case on **October 1, 2021**, and in accordance with the District Court's order filed on **September 28, 2021**, and all previously entered interlocutory orders and decisions of the court including, but not limited to, ECF No. 79, Order signed by District Judge Troy L. Nunley on **September 23, 2020** Granting Motion to Dismiss (Entered: 09/24/2020); ECF No. 63 Order Signed by District Judge Troy L. Nunley on **October 9, 2018** Denying Plaintiffs' Motions for Preliminary Injunctions (Entered: 10/09/2018); and, ECF No. 61, Order Signed by

District Judge Troy L. Nunley on **September 20, 2018** Granting Motion to Dismiss (Entered: 09/21/2018).

This Notice of Appeal is <u>limited to</u> Defendants Kamala Harris and Xavier Becerra, in their capacities as former Attorneys General of the State of California, and Rob Bonta, in his official capacity as Attorney General of the State of California (collectively, the "Attorney General"). See ECF No. 91, page 1, footnote 1 wherein the District Court states:

> Pursuant to Federal Rule of Civil Procedure ("Rule") 25(d), "[t]he officer's successor is automatically substituted as a party" when a public officer "ceases to hold office while the action is pending." Fed. R. Civ. P. 25(d). The Clerk of the Court is directed to update the docket as necessary. Additionally, for ease of reading and consistency with the Court's prior orders, all three Defendants will be collectively referred to in the singular as the "Attorney General" herein.

Other than the "Attorney General", there are no other parties related or named as to this appeal.

Dated: October 26, 2021                THE LAW OFFICES OF GARY W. GORSKI
                                       Respectfully Submitted,

                                       /s/ *Gary W. Gorski*
                                       Gary W. Gorski
                                       Attorney for Plaintiffs

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> JAMES EDWARD CUPP, an individual;
> LAWRENCE "WOLF" HAVEN, an individual

Name(s) of counsel (if any):

> Gary W. Gorski (SBN 166526)
> Daniel M. Karalash (SBN 176422)

Address: 3017 Douglas Blvd. Suite 150, Roseville, CA  95661

Telephone number(s): (775) 720-1000; (916) 787-1234

Email(s): CivilRightsAttorney@BlackWolfLaw.com dan@stratlaw.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Kamala Harris and Xavier Becerra, in their capacities as former Attorneys General of the State of California, and Rob Bonta, in his official capacity as Attorney General of the State of California

Name(s) of counsel (if any):

> Anthony Paul O'Brien
> Attorney General's Office for the State of California
> Department of Justice

Address: 1300 I Street

Telephone number(s): Sacramento, CA 94244-2550

Email(s): anthony.obrien@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                        *1*                                        *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 6**                                              *2*                                     *New 12/01/2018*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, I electronically filed the foregoing with the United States District Court, Eastern District of California by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                                Law Offices of Gary W. Gorski

Date:   October 26, 2021        /s/ *Gary W. Gorski*
                                                Gary W. Gorski
                                               Attorney for Plaintiffs