UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**JAMES EDWARD CUPP, ET AL.,**
   Plaintiff

  v.              **CASE NO. 2:16−CV−00523−TLN−KJN**

**KAMALA HARRIS, ET AL.,**
   Defendant

  You are hereby notified that a Notice of Appeal was filed on **October 26, 2021** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

October 27, 2021

          **KEITH HOLLAND**
          **CLERK OF COURT**

         **by:** /s/ H. Kaminski
          Deputy Clerk