UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:   CLERK, U.S. COURT OF APPEALS

FROM:   CLERK, U.S. DISTRICT COURT

SUBJECT:   NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:16−CV−00523−TLN−KJN** |
| USDC Judge: | **DISTRICT JUDGE TROY L. NUNLEY** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **JAMES EDWARD CUPP vs. KAMALA HARRIS** |
| Type: | **CIVIL** |
| Complaint Filed: | **3/11/2016** |
| Appealed Order/Judgment Filed: | **9/28/2021** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Paid on 10/26/2021 in the amount of $505.00**

Information prepared by: /s/ **H. Kaminski , Deputy Clerk**