FILED

AUG 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES EDWARD CUPP; LAWRENCE HAVEN, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, <br><br> Defendant-Appellee, <br><br> and <br><br> CITY OF CITRUS HEIGHTS; et al., <br><br> Defendants. | No.   21-16809 <br><br> D.C. No. 2:16-cv-00523-TLN-KJN <br> Eastern District of California, Sacramento <br><br> ORDER |

Before: SCHROEDER, O'SCANNLAIN, and FORREST, Circuit Judges.

The joint motion to vacate and remand (Docket Entry No. 22) is granted. The October 1, 2021 judgment is vacated. This case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2228 (2022).

All other pending motions are denied as moot.

**VACATED and REMANDED.**

AC/MOATT