1  LONGYEAR & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  555 University Avenue, Suite 280
   Sacramento, CA 95825
3  Phone: 916-974-8500
   Fax: 916-974-8510
4  Email: lavra@longyearlaw.com

5  Attorneys for Defendant,
   OFFICER THOMAS LAMB

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 JAMES EDWARD CUPP, an individual;      )  Case No.: 2:16-CV-00523-TLN-KJN
   LAWRENCE "WOLF" HAVEN, an              )
12 individual,                           )
                    Plaintiffs,          )  **NOTICE OF REMOVAL OF COUNSEL**
13                                        )
              vs.                         )
14                                        )
   KAMALA D. HARRIS, formerly Attorney   )
15 General of the State of California, in her )
   official capacity only; XAVIER BECERRA )
16 Attorney General of the State of California, in )
   his official capacity only; Citrus Heights )
17 Police Officer CHRISTIAN BAERRESEN, # )
   371; Citrus Heights Police Officer THOMAS )
18 LAMB, # 315; UNKNOWN CITRUS         )
   HEIGHTS POLICE OFFICER Badge Number )
19 323; UNKNOWN CITRUS HEIGHTS          )
   POLICE OFFICER who prepared Report    )
20 Number CH14-02589 on 03/26/2014; TWO )
   UNKNOWN NAMED PEACE OFFICERS         )
21 OF THE CITRUS HEIGHTS POLICE          )
   DEPARTMENT,                           )
22                                        )
                    Defendants.          )
23 _____ )

24 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25        PLEASE TAKE NOTICE that Amanda L. McDermott and Mark P. O'Dea are no longer

26 attorneys at Longyear & Lavra, LLP, or counsel of record for Defendant, THOMAS LAMB.

27        Accordingly, I respectfully request that the Court remove Amanda L. McDermott and

28 Mark P. O'Dea from the service list in this case.

1    DATED:  August 26, 2022           LONGYEAR & LAVRA, LLP

By:   */s/ John A. Lavra*
      JOHN A. LAVRA
      Attorney for Defendant,
      THOMAS LAMB