UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES EDWARD CUPP and LAWRENCE HAVEN,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>KAMALA D. HARRIS; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>CITY OF CITRUS HEIGHTS; et al.,<br><br>        Defendants. | No. 21-16809<br><br>D.C. No. 2:16-cv-00523-TLN-KJN<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered August 19, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: David J. Vignol
        Deputy Clerk
        Ninth Circuit Rule 27-7

**FILED**

AUG 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES EDWARD CUPP; LAWRENCE HAVEN, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, <br><br> Defendant-Appellee, <br><br> and <br><br> CITY OF CITRUS HEIGHTS; et al., <br><br> Defendants. | No.   21-16809 <br><br> D.C. No. 2:16-cv-00523-TLN-KJN <br> Eastern District of California, Sacramento <br><br> ORDER |

Before: SCHROEDER, O'SCANNLAIN, and FORREST, Circuit Judges.

The joint motion to vacate and remand (Docket Entry No. 22) is granted. The October 1, 2021 judgment is vacated. This case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2228 (2022).

All other pending motions are denied as moot.

**VACATED and REMANDED.**

AC/MOATT