ROB BONTA, State Bar No. 202668
Attorney General of California
BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6002
Fax: (916) 324-8835
E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA Attorney General of the State of California, in his official capacity only,<br><br>Defendant. | 2:16-cv-00523-TLN-KJN<br><br>**STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFS IN RESPONSE TO THE SEPTEMBER 15, 2022 MINUTE ORDER**<br><br>[Fed. R. Civ. P., Rule 6(b); E.D. Cal. Civil Local Rule 144(a)]<br><br>Judge: The Honorable Troy L. Nunley<br>Courtroom: 2<br>Action Filed: March 11, 2016 |

///

///

---

[1] Plaintiffs initially named Kamala D. Harris and Xavier Becerra, in their former official capacities as Attorneys General of California, as defendants in this matter. However, under Federal Rule of Civil Procedure 25(d), Attorney General Bonta is automatically substituted as the named Defendant.

1

# STIPULATION

Defendant Rob Bonta, in his official capacity as Attorney General of California,[2] and Plaintiffs James Edward Cupp and Lawrence "Wolf" Haven (collectively, "Parties"), stipulate and request that the Court extend the deadline for submission of supplemental briefs—as ordered in the Minute Order issued September 15, 2022 (ECF No. 102)—to Friday, September 30, 2022.

On September 15, 2022, this Court issued a Minute Order stating the following:

> The Court has reviewed the Ninth Circuit's mandate vacating and remanding this Court's October 1, 2021 judgment that was entered pursuant to this Court granting Defendants' motions to dismiss without leave to amend. The Ninth Circuit remanded this case for further proceedings consistent with the Supreme Court's recent decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). The parties are ordered to file supplemental briefs regarding Defendants' motions to dismiss in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*. The supplemental briefs shall be limited to ten (10) pages each and shall be filed not later than September 23, 2022.

ECF No. 102. Counsel for Attorney General Bonta did not receive an ECF notification of the Minute Order—and did not otherwise become aware of the Minute Order—until he checked the docket of this matter on PACER on Monday, September 19, 2022. Declaration of Anthony O'Brien ("O'Brien Decl.") ¶¶ 2-4, Exh. A.

The extension of the deadline to file the supplemental briefs by seven days to September 30, 2022 is necessary to allow sufficient time for counsel to Attorney General Bonta to prepare a supplemental brief in response to the Court's order. O'Brien Decl. ¶ 5. Counsel for the Attorney General has conferred with Plaintiff's counsel, who agrees to the requested extension. *Id.* ¶ 6.

This extension of time will not conflict with any other deadlines in this matter, nor will it prejudice any parties to this action. This is the first extension sought with respect to the supplemental briefing ordered by the Court.

---

[2] Defendant Attorney General Bonta is the only remaining Defendant in this matter. Plaintiffs have resolved any remaining claims against the Sacramento County and Placer County defendants, and declined to appeal the District Court's dismissal of Citrus Heights Police Officer Thomas Lamb.

2

Stipulation to Extend Time to Respond to File Supplemental Briefs
In Response to September 15, 2022 Minute Order (2:16-cv-00523-TLN-KJN)

The extension is neither intended nor will be construed as a waiver of any objection or argument that either Party may raise in the supplemental brief.

Therefore, the parties hereby stipulate, by and through their counsel of record, as follows:

Pursuant to Local Rule 144(a) and Rule 6(b) of the Federal Rules of Civil Procedure, all parties' supplemental briefs—as ordered by the Court on September 15, 2022—shall be filed by Friday, September 30, 2022.

**SO STIPULATED.**

Dated: September 20, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General

*/s/ Anthony P. O'Brien*
ANTHONY P. O'BRIEN
State Bar No. 232650
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

Dated: September 20, 2022

Respectfully submitted,

LAW OFFICES OF GARY GORSKI

*/s/ Gary W. Gorski*
GARY W. GORSKI, ESQ.
*Attorneys for Plaintiffs James Edward Cupp and Lawrence "Wolf" Haven*

SA2016102600
36567611.docx

3

Stipulation to Extend Time to Respond to File Supplemental Briefs
In Response to September 15, 2022 Minute Order (2:16-cv-00523-TLN-KJN)