1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  BENJAMIN M. GLICKMAN, State Bar No. 247907
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN, State Bar No. 232650
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6002
6   Fax: (916) 324-8835
    E-mail: Anthony.OBrien@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta, in his official
   capacity as Attorney General of California*

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA Attorney General of the State of California, in his official capacity only,**<br><br>Defendant. | 2:16-cv-00523-TLN-KJN<br><br>**DECLARATION OF ANTHONY P. O'BRIEN IN SUPPORT OF STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFS IN RESPONSE TO THE SEPTEMBER 15, 2022 MINUTE ORDER**<br><br>[Fed. R. Civ. P., Rule 6(b); E.D. Cal. Civil Local Rule 144(a)]<br><br>Judge:      The Honorable Troy L. Nunley<br>Courtroom:  2<br>Action Filed: March 11, 2016 |

21       I, Anthony P. O'Brien, declare as follows:

22       1.      I am a Deputy Attorney General in the California Department of Justice, and

23  represent Defendants Attorney General Rob Bonta in this matter. I have personal knowledge of

24  the facts in this Declaration, and, if called, would so testify. I submit this Declaration in Support

25  of the Stipulation to File Supplemental Briefs in Response to the September 15, 2022 Minute

26  Order, filed concurrently with this declaration.

27  ///

28  ///

1

2.     On September 15, 2022, while checking PACER, I saw the Court's Minute Order issued on September 15, 2022, ordering that the parties file supplemental briefs regarding Defendants' motions to dismiss in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) by this Friday, September 23, 2022.  ECF No. 102.

3.     This was the first time I had seen this order.  Although I am registered to receive ECF notification of this matter, I did not receive any notification of the Minute Order when it was issued on September 15, 2022.

4.     On September 19, 2022, I contacted Plaintiffs' counsel, Gary Gorski.  He forwarded to me a copy of the ECF notification that he received on September 15, 2022.  That notification, attached as Exhibit A, does not list the Attorney General's Office or my email on the service list.

5.     The extension of the deadline to file the supplemental briefs by seven days to September 30, 2022 is necessary to allow my office sufficient time to prepare a supplemental brief in response to the Court's order, especially given the delayed notice of the order.

6.     I have conferred with Mr. Gorski on this matter, and he stipulates to the extension of both parties' supplemental brief deadlines to September 30, 2022.

7.     This extension of time will not conflict with any other deadlines in this matter, nor will it prejudice any parties to this action.

8.     This is the first extension sought with respect to the supplemental briefing ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed the 20th day of September, 2022, in Roseville, California

*/s/ Anthony P. O'Brien*
Anthony P. O'Brien
Deputy Attorney General

SA2016102600
36567613.docx

2

# EXHIBIT A

**From:** Attorney Gary Gorski
**To:** Anthony OBrien
**Subject:** FW: Activity in Case 2:16-cv-00523-TLN-KJN Cupp v. Harris, et al. Minute Order.
**Date:** Monday, September 19, 2022 1:26:59 PM
**Attachments:** image002.png
image003.png
image004.png

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.



**MOBILE:** 775-720-1000
**EMAIL:** CivilRightsAttorney@BlackWolfLaw.com
**WEB:** www.VeteransLawCenter.com
**ADDRESS:** www.BlackWolfLaw.com
**3017 Douglas Blvd. Suite 150
Roseville, CA 95661**

Gary W. Gorski
Attorney at Law
Black Wolf Law

  

**From:** caed_cmecf_helpdesk@caed.uscourts.gov <caed_cmecf_helpdesk@caed.uscourts.gov>
**Sent:** Thursday, September 15, 2022 1:34 PM
**To:** CourtMail@caed.uscourts.dcn
**Subject:** Activity in Case 2:16-cv-00523-TLN-KJN Cupp v. Harris, et al. Minute Order.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of California - Live System**

**Notice of Electronic Filing**

The following transaction was entered on 9/15/2022 at 1:33 PM PDT and filed on 9/15/2022

**Case Name:**     Cupp v. Harris, et al.

**Case Number:**   2:16-cv-00523-TLN-KJN

**Filer:**

**Document Number:** 102(No document attached)

**Docket Text:**

**MINUTE ORDER issued by Courtroom Deputy M. Krueger for District Judge Troy L. Nunley on September 15, 2022: The Court has reviewed the Ninth Circuit's mandate vacating and remanding this Court's October 1, 2021 judgment that was entered pursuant to this Court granting Defendants' motions to dismiss without leave to amend. The Ninth Circuit remanded this case for further proceedings consistent with the Supreme Court's recent decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). The parties are ordered to file supplemental briefs regarding Defendants' motions to dismiss in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*. The supplemental briefs shall be limited to ten (10) pages each and shall be filed not later than September 23, 2022. (TEXT ONLY ENTRY) (Krueger, M)**

**2:16-cv-00523-TLN-KJN Notice has been electronically mailed to:**

Amanda Lynn McDermott    amcdermott@lorberlaw.com

Daniel M. Karalash    dan@stratlaw.org, gonzalo@stratlaw.org

Gary William Gorski    CivilRightsAttorney@BlackWolfLaw.com, civilrightsattorney@blackwolflaw.com

John A. Lavra    lavra@longyearlaw.com, kern@longyearlaw.com, lopez@longyearlaw.com

Mark P. O'Dea    mark@odealitigation.com

**2:16-cv-00523-TLN-KJN Electronically filed documents must be served conventionally by the filer to:**