IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA Attorney General of the State of California, in his official capacity only,<br><br>Defendant. | Case No. 2:16-cv-00523-TLN-KJN<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FILE SUPPLEMENTAL BRIEFS IN RESPONSE TO THE SEPTEMBER 15, 2022 MINUTE ORDER** |

///

///

1

[Proposed] Order Granting Stipulation to Extend Time to Respond to File Supplemental Briefs in Response to September 15, 2022 Minute Order (2:16-cv-00523-TLN-KJN)

# [PROPOSED] ORDER

The Court has reviewed the Stipulation to Extend Time to Respond to File Supplemental Briefs in Response to the September 15, 2022 Minute Order. Good cause appearing, the request is GRANTED. The parties remaining in this action—Plaintiffs James Edward Cupp and Lawrence "Wolf" Haven and Defendant Attorney General Rob Bonta—shall file their supplemental briefs in response to the Minute Order issued on September 15, 2022 (ECF No. 102) by Friday, September 30, 2022.

**SO ORDERED.**

Dated: _____

The Honorable Troy L. Nunley
UNITED STATES DISTRICT JUDGE

2

[Proposed] Order Granting Stipulation to Extend Time to Respond to File Supplemental Briefs in Response to September 15, 2022 Minute Order (2:16-cv-00523-TLN-KJN)