# CERTIFICATE OF SERVICE

Case Name: **Cupp, James Edward v. Kamala D. Harris, et al.**    No.    **2:16-cv-00523-TLN-KJN**

I hereby certify that on September 20, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

    **1. STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFS IN RESPONSE TO THE SEPTEMBER 15, 2022 MINUTE ORDER;**

    **2. DECLARATION OF ANTHONY P. O'BRIEN IN SUPPORT OF STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFS IN RESPONSE TO THE SEPTEMBER 15, 2022 MINUTE ORDER; and**

    **3. [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FILE SUPPLEMENTAL BRIEFS IN RESPONSE TO THE SEPTEMBER 15, 2022 MINUTE ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 20, 2022, at Sacramento, California.

| Eileen A. Ennis | /s/ Eileen A. Ennis |
|---|---|
| Declarant | Signature |

SA2016102600
36567682.docx