# UNITED STATES DISTRICT COURT

| Eastern | District of | California |

James Edward Cupp, Lawrence Haven

                Plaintiff (s),

V.

Kamala Harris

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:16-cv-00523-TLN-KJN

Notice is hereby given that, subject to approval by the court, __Defendant Rob Bonta__ substitutes
(Party (s) Name)

__Katrina Uyehara__, State Bar No. __349378__ as counsel of record in
(Name of New Attorney)

place of __Anthony P. O'Brien__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Office of the Attorney General, California Department of Justice
    Address: 1300 I Street, Sacramento, CA 95814
    Telephone: (916) 210-7867      Facsimile (916) 324-8835
    E-Mail (Optional): katrina.uyehara@doj.ca.gov

I consent to the above substitution.

Date: 8/28/2023

**Benjamin Glickman** _Digitally signed by Benjamin Glickman Date: 2023.08.28 16:35:15 -07'00'_

(Signature of Party (s))

I consent to being substituted.

Date: 8/28/2023

**Anthony P. O'Brien** _Digitally signed by Anthony P. O'Brien Date: 2023.08.28 12:45:50 -07'00'_

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/28/2023

**Katrina Uyehara** _Digitally signed by Katrina Uyehara Date: 2023.08.28 11:57:23 -07'00'_

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# CERTIFICATE OF SERVICE

Case Name:  **Cupp, James Edward v. Kamala D. Harris, et al.**   No.   **2:16-cv-00523-TLN-KJN**

I hereby certify that on <u>August 29, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 29, 2023</u>, at Sacramento, California.

| Eileen A. Ennis | /s/ Eileen A. Ennis |
|---|---|
| Declarant | Signature |

SA2016102600
37458948.docx