# UNITED STATES DISTRICT COURT

**District of** _____

_____ Plaintiff (s),

V.

_____ Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** _____

Notice is hereby given that, subject to approval by the court, _____ substitutes
(Party (s) Name)

_____ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _____
Address: _____
Telephone: _____ Facsimile _____
E-Mail (Optional): _____

I consent to the above substitution.
Date: _____ _____
(Signature of Party (s))

I consent to being substituted.
Date: _____ _____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____ _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____ _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]