**Gary W. Gorski (CBN: 166526)**
**Attorney at Law**
3017 Douglas Blvd., Suite 150
Roseville, CA  95661
Cell: (775) 720-1000
Fax: (916) 520-3930
CivilRightsAttorney@BlackWolfLaw.com

**Daniel M. Karalash (CBN: 176422)**
**STRATEGIC LAW COMMAND**
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
(916) 787-1234
dan@stratlaw.org
www.stratlaw.com

Attorneys for Plaintiffs JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>KAMALA D. HARRIS, formerly Attorney General of the State of California, in her official capacity only; XAVIER BECERRA Attorney General of the State of California, in his official capacity; et al.<br><br>Defendants. | CASE NO.: 2:16-CV-00523-TLN-KJN<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

Plaintiff request the Court to take judicial notice of the following court documents:

**Request of Judicial Notice Number 1:**

Notice of Appeal filed on October 26, 2021, in this case, *Cupp v. Harris (Bonta)*, case

1

number 16-CV-00523. Document 96.

**Request for Judicial Notice Number 2:**

Defendant Attorney General Rob Bonta's Motion To Stay Appellate Briefing filed on March 10, 2022 in the Ninth Circuit in *Cupp v. Harris (Bonta),* case number 21-16809. Dkt.Entry: 16.

|  |  |
|---|---|
| Date: October 2, 2023 | Respectfully Submitted,<br>*Gary W. Gorski*<br>Gary W. Gorski, Attorney for Plaintiffs |