ROB BONTA, State Bar No. 202668
Attorney General of California
BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
KATRINA UYEHARA, State Bar No. 349378
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7867
 Fax:  (916) 324-8835
 E-mail:  Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,**<br><br>                              Defendants. | 2:16-cv-00523-TLN-KJN<br><br>**RESPONSE TO REQUEST FOR RULE 11 SANCTIONS**<br><br>Courtroom:   Courtroom 2, 15th Floor<br>Judge:           The Honorable Troy L. Nunley<br>Action Filed: March 11, 2016 |

Plaintiffs' improper request for sanctions under Federal Rule of Civil Procedure Rule 11 should be denied.[1]

Plaintiffs misapprehend Defendant's position. To be clear, it is Defendant's position that there is no reason for this court to reconsider the various claims it has already dismissed on non-

---

[1] In addition to being entirely baseless, Plaintiffs' request for Rule 11 sanctions must be denied because it does not comply with Rule 11's strict procedural requirements. First, a Rule 11 motion for sanctions "must be made separately from any other motion". Fed. R. Civ. P. 11(c)(2). Appending a "request" to a reply brief in support of a motion for reconsideration does not satisfy this requirement. Second, a Rule 11 motion "must be served under Rule 5, but it must not be filed or presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after it is served". Fed. R. Civ. P. 11(c)(2). Plaintiffs' request has not been served, and this is the first Defendant is hearing of the motion.

1  Second Amendment grounds—because *Bruen* had no impact on the Court's prior analysis of
2  those claims. In other words, *Bruen* provides no justification for "reviving" these claims in this
3  Court. Defendant does not claim that these claims have "magically disappeared" or "were not
4  preserved" for appeal—but only that they should not be reconsidered by this Court on remand. If
5  Plaintiff appeals this Court's final judgment, this Court's dismissal of those claims based on
6  standing and Federal Rule of Civil Procedure Rule 8 may be properly considered by the Ninth
7  Circuit Court of Appeals at that time.

Dated: October 4, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General

*/s/ Katrina Uyehara*
KATRINA UYEHARA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Cupp, James Edward v. Kamala D. Harris, et al.** | No. | **2:16-cv-00523-TLN-KJN** |

I hereby certify that on <u>October 4, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**RESPONSE TO REQUEST FOR RULE 11 SANCTIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 4, 2023</u>, at Sacramento, California.

| Eileen A. Ennis | /s/ Eileen A. Ennis |
|---|---|
| Declarant | Signature |

SA2016102600
37566066.docx