**Exhibit "C."**

 **Subscribe to Our Newsletter**  Enter your email  Subscribe

 **ROB BONTA**
*Attorney General*

# Firearms Reporting & Law Enforcement Release Application

Home   /   Firearms   /   *Firearms Reporting & Law Enforcement Release Application...*

The California Firearms Application Reporting System (CFARS) is a web-based application that will allow an individual to report their firearms to the Department of Justice (DOJ) using California Reporting Information System (CRIS) reporting forms, as outlined in California firearms laws and regulations. For your protection, the DOJ does not process credit card payments nor does it retain record of the credit card data. All payments are conducted through a third party payment application processing company using secured transactions.

Please be advised, due to circumstances beyond the control of the DOJ, application processing times may deviate. Factors, such as recent arrests, incomplete criminal history records, or other circumstances may contribute to the processing timeframe.

## Benefits of Using CFARS

- **Convenience –** Ability to report your firearms through an online application form using the internet which will eliminate the need to mail the application to DOJ and save time.

- **Pay by credit card –** The system accepts major credit cards such as Visa, Master Card, American Express and Discover.
- **Upload attachments –** Firearm receipts, pictures of the firearm, police reports, or other documents that may be helpful for DOJ staff to process your application.

# Benefits of Creating a CFARS Account

Creating a CFARS account is quick and free! Take advantage of the following benefits when you have a CFARS account:

- **View and print your firearm account history –** You can view your account history by logging on to your account and CFARS will retain your online applications for up to 5 years.
- **E-mail notification –** With an account, you will receive electronic complete, incomplete and reject notifications for your firearm submission.
- **Submit an issue –** With an account, you may submit an issue by accessing "Report an Issue".
- **Save your cart –** When you are logged into your account, any applications you have submitted to your cart will remain in the cart for up to forty-five days.
- **Streamlined processing** – Save time completing future applications as your personal information is encrypted and securely stored. Thus, there is no longer the requirement to re-type your personal information for future transactions.

# Help Me Identify Which Report I Need

To help identify the correct DOJ report to submit, please select one of the following options for more information:

Firearm Ownership Report

New Resident Report of Firearm Ownership

Collector In-State Acquisition of Curio or Relic Long Gun Report

Curio or Relic Firearm Report

Report of Operation of Law

Report of Intra-Familial Firearm Transaction

Law Enforcement Release Application

## Accessing CFARS

Access the CFARS System

## Additional Bureau of Firearms Links

Frequently Asked Questions

Forms and Publications

Information on the Law Enforcement Release

Assault Weapons Identification Guide **- Currently Under Revision**

California Firearms Laws Summary

Firearms Information for New California Residents

Contact Us

Back To Top

---

# Firearm Ownership Report

Pursuant to California Penal Code section 28000, any person who is not required by law to report the acquisition or ownership of a firearm, or any person who is otherwise exempt from the requirement of conducting a transfer through a licensed firearms dealer, may report ownership of a firearm to the DOJ by submitting **a Firearm Ownership Report**.

Use the **Firearm Ownership Report** if:

- You are at least 18 years of age or older
- You have either a California identification, driver license or military identification
- You have a California residential (street) address
- You are not prohibited from owning/possessing a firearm
- The firearm is not an assault weapon as defined in Penal Code sections 30210 through 30530

# New Resident Firearm Ownership Report

As defined by California Penal Code sections 17000 and 27560, a personal firearm importer is any person who moves into California with a firearm that was acquired from outside of this state and who intends to own and possess the firearm in California. A personal firearm importer is required to report ownership of their firearms by submitting a **New Resident Firearm Ownership Report** within sixty (60) days of bringing the firearms into California.

Use the **New Resident Firearm Ownership Report** if:

- You are at least 18 years of age or older
- You have either a California identification, driver license or military identification
- You have a California residential (street) address
- You are not prohibited from owning/possessing a firearm
- You intend to own and possess the firearm in California
- The firearm being reported was acquired outside of California
- You are the owner of the firearm
- You are not a licensed firearms dealer, licensed manufacturer or licensed importer

- The firearm is not an assault weapon as defined in Penal Code sections 30210 through 30530

# Collector In-State Acquisition of Curio or Relic Long Gun Report

Pursuant to California Penal Code section 27966, persons residing in California who possess a Collector of Curios and Relics Federal Firearms License and a valid Certificate of Eligibility (COE) may lawfully acquire curio or relic long guns from non-licensees without completing the transfer through a licensed firearms dealer. The person obtaining or taking possession of the firearms is required to submit a **Collector In-State Acquisition of Curio or Relic Long Gun Report** within thirty (30) days of taking possession of the long gun.

Use the **Collector In-State Acquisition of Curio or Relic Long Gun Report** if:

- You are at least 21 years of age or older
- You have either a California identification, driver license or military identification
- You have a California residential (street) address
- You are not prohibited from owning/possessing firearms
- You possess a valid COE
- You possess a Collector of Curios and Relics Federal Firearms License pursuant to Chapter 44 of Title 18 of the United States Code
- The firearm being reported is a curio or relic (as defined by Section 478.11 of Title 27 of the Code of Federal Regulations)
- The firearm transfer was conducted within California
- The firearm is not a handgun
- The firearm is not an assault weapon as defined in Penal Code sections 30210 through 30530

# Curio or Relic Firearm Report

Pursuant to California Penal Code section 27565, persons residing in California who possess a Collector of Curios and Relics Federal Firearms License may acquire a curio and relic firearm while outside of California and subsequently transport the firearm into California. The person is required to submit a **Curio or Relic Firearm Report** within five (5) days of transporting the firearm into California.

Use the **Curio or Relic Report** if:

- You are at least 21 years of age or older
- You have either a California identification, driver license or military identification
- You have a California residential (street) address
- You are not prohibited from owning/possessing firearms
- You possess a Collector of Curios and Relics Federal Firearms License pursuant to Chapter 44 of Title 18 of the United States Code
- The firearm being reported is a curio or relic (as defined by Section 478.11 of Title 27 of the Code of Federal Regulations)
- The firearm transfer was conducted out-of-state
- The firearm is not an assault weapon as defined in Penal Code sections 30210 through 30530

# Report of Operation of Law

Pursuant to California Penal Code sections 16990 and 27920, a person that is at least 18 years of age and who has a valid Firearm Safety Certificate (FSC) may take title or possession of a firearm by Operation of Law, in-lieu of completing the transfer through a licensed firearms dealer. Some examples of Operation of Law include an executor or

administrator of an estate, spouses, trustee in bankruptcy, etc. The person obtaining or taking possession of the firearm is required to submit a **Report of Operation of Law** within thirty (30) days of taking possession of the firearm.

Use the **Report of Operation of law** if:

- You are at least 18 years of age or older
- You have either a California identification, driver license or military identification
- You have a California residential (street) address
- You are not prohibited from owning/possessing firearms
- You are receiving the firearm by Operation of Law, pursuant to Penal Code section 16960
- You currently possess a valid FSC, or in the case of a handgun, a valid unexpired Handgun Safety Certificate (HSC), or a FSC exemption, pursuant to Penal Code section 31700
- The firearm is not an assault weapon as defined in Penal Code sections 30210 through 30530

# Report of Intra-Familial Firearm Transaction

Pursuant to Penal Code sections 16720 and 27875, a person that is at least 18 years of age and who has a valid Firearm Safety Certificate (FSC) may take title or possession of a firearm by gift, bequest, intestate succession or by other means from an **immediate family member**, in-lieu of completing the transfer through a licensed firearms dealer provided that the transfer is infrequent and that the **Report of Intra-Familial Firearm Transaction** is submitted within thirty (30) days of the transfer.

Pursuant to California Penal Code section 16720 an "immediate family member" means either of the following relationships: Parent and child, or grandparent and grandchild.

Use the **Report of Intra-Familial Firearm Transaction** if:

- You are at least 18 years of age or older
- You have either a California identification, driver license or military identification
- You have a California residential (street) address
- You are not prohibited from owning/possessing firearms
- The firearm being reported was acquired in-state as a gift from an immediate family member (as defined by Penal Code section 16720)
- You currently possess a valid FSC, or in the case of a handgun, a valid unexpired Handgun Safety Certificate (HSC), or a FSC exemption, pursuant to Penal Code section 31700
- The firearm is not an assault weapon as defined in Penal Code sections 30210 through 30530

# Law Enforcement Release Application

Pursuant to Penal Code section 33850, any person who claims title to a firearm, ammunition and/or ammunition feeding device, that is in the custody or control of a court or law enforcement agency, and who wishes to have these items returned, is required to submit a **Law Enforcement Release Application**.

Use the **Law Enforcement Release Application** if:

- You are at least 18 years of age or older
- You have either a California issued identification, driver license, military identification or out of state identification. (Please read instructions carefully regarding identification as additional documentation may be necessary in order to establish residency and/or citizenship. Failure to provide all documentation may result in a delay in processing your application.)

- You are not prohibited from owning/possessing firearms, ammunition and/or ammunition feeding devices
- You are requesting the return of a firearm, ammunition and/or ammunition feeding device in custody or control of a court or law enforcement agency
- You claim title to the firearm, ammunition and/or ammunition feeding device
- You acquired the firearm from an immediate family member and have submitted an Intra-Familial Firearm Transaction Report, pursuant to Penal Code sections 16720 and 27875
- You acquired the firearm as an executor or administrator of an estate and have submitted an Operation of Law Transaction Report, pursuant to Penal Code sections 16990 and 27920
- You acquired the firearm from a spouse or registered domestic partner and have submitted an Operation of Law Transaction Report, pursuant to Penal Code 27920
- The firearm is not an assault weapon as defined in Penal Code sections 30210 through 30530

Back To Top

 **Subscribe to Our Newsletter**  Enter your email   Subscribe



## **ROB BONTA**
*Attorney General*

# Forms and Publications

Home   /   Firearms   /   *Forms and Publications*

The following Bureau of Firearms forms and publications are currently available online:

## Forms

**Update:** These forms now contain fields you can fill in electronically. To do so please:

- Download the form by clicking on the link
- Save to your computer
- Enter in the data into the fields.

**Please note:** Users have reported issues printing PDF documents while using Google Chrome. If you experience any issues with printing while using Google Chrome, please try saving the PDF document(s) and opening it locally with Adobe Acrobat Reader. Then, you can fill out and print the document(s) as needed.

- Affidavit Stating Ownership of a Gun Safe or Lock Box (BOF 978), pdf
- Ammunition Vendor (Non-Firearms Dealer) Application for Telephonic Vendor Approval (BOF 1020), pdf
- Ammunition Vendor License (Non-Firearms Dealer) (BOF 1021), pdf

- Annual Event and Security Plan (BOF 104), pdf

- Application for Centralized List of Firearms Dealers (BOF 4080), pdf

- Application for Centralized List of Firearms Dealers Locally Inspected Dealership (BOF 4081), pdf

- Application for Centralized List of Exempted Federal Firearms Licensees (CLEFFL) and Exemption Declaration (BOF 10-07), pdf

- Application for License to Manufacture Firearms and Centralized List of Firearms Manufacturers (BOF 017), pdf

- Application for Tear Gas Dealers Permit and/or Protective Tear Gas System Permit (BOF 956), pdf

- Assault Weapon Registration (AWR) Confirmation Letter Request (BOF 1033), pdf

- Automated Firearms System (AFS) Request for Firearm Records (BOF 053), pdf

- Bullet Button Assault Weapon Registration Form (BOF 8017), pdf

- California Firearms Licensee Check (CFLC) Firearms Shipment Approval Letter Request Form (BOF 08-300), pdf

- California Firearms Licensee Check (CFLC) Enrollment Application (BOF 08-301), pdf

- California Firearms Licensee Check (CFLC) Firearms Shipment Modification/Cancellation (BOF 08-319), pdf

- Certified Instructor Application (BOF 037), pdf

- Collector's Report of Instate Acquisition of Curio or Relic Long Gun (BOF 961), pdf

- Comparable Entity Application (BOF 946), pdf

- Curio or Relic Firearm Report (BOF 4100A), pdf

- Dangerous Weapons License/Permit(s) Application and Live Scan Request Form (BOF 030), pdf
  - Application Checklist (BOF 031A), pdf

- Dangerous Weapons License/Permit(s) Renewal Application (BOF 031), pdf

- Employee Certificate of Eligibility Report of Employment (BOF 117), pdf

- Employee Certificate of Eligibility Termination of Employment Notice (BOF 118), pdf

- Entertainment Firearms Permit Application (BOF 051), pdf

- Firearm Dealer's Report of Firearm Acquisition (BOF 4334), pdf

- Firearm Ownership Report (BOF 4542A), pdf

- General Notice of Firearm Prohibition and Power of Attorney for Firearms Relinquishment, Sale or Transfer for Storage (BOF 110), pdf

- Large-Capacity Magazine Permit Application (BOF 050), pdf

- Military Assault Weapon Permit Application (BOF 4082), pdf

- New Resident Report of Firearm Ownership (BOF 4010A), pdf

- Notice of No longer In Possession (BOF 4546), pdf

- Other Assault Weapon Registration (AWR) Disposition Letter Request (BOF 1040), pdf

- Personal Firearms Eligibility Check Application (BOF 116), pdf

- Report of Assault Weapon and/or .50 BMG Rifle Inventory, Acquisition, Disposition Manufacture, (BOF 042), pdf

- Report of Commercial Motion Picture, Television Production or other Commercial Entertainment Event (BOF 048), pdf

- Report of Destructive Device Inventory, Acquisition, Disposition, and Manufacture (BOF 044), pdf

- Report of Destructive Device Public Display Activity (BOF 026), pdf

- Report of Facility and Vehicle Security Compliance (BOF 045), pdf

- Report of Machinegun Inventory, Acquisition, Disposition and Manufacture (BOF 041), pdf

- Report of Operation of Law or Intra-Familial Firearm Transaction (BOF 4544A), pdf

- Report of Repair and Maintenance Activity (BOF 027), pdf

- Report of Sales Demonstration Activity (BOF 025), pdf

- Report of Short-Barreled Shotgun/Rifle Inventory, Acquisition, Disposition and Manufacture (BOF 043), pdf

- Report of Training and/or Research & Development Activity (BOF 024), pdf

- Report of Use of Personal Assault Weapons in Military Sanctioned Activities (BOF 047)

- Request for Hearing for Relief from Firearms Prohibition (BOF 4009C), pdf

- Request for Live Scan Service - CA Eligibility Record Review (BOF 8016CRR), pdf

- Request for Live Scan Service – Firearms Eligibility (BOF 8016RR), pdf

- Request for Live Scan Service for POST-CERTIFICATION (BCIA/BOF 8016), pdf

- Safe Handling Demonstration Affidavit (BOF 039), pdf

- Verification List of Prospective Vendors/Designated Firearm Transfer Agents (BOF 105), pdf

Back To Top

# Publications

- New and Amended Firearms/Weapons Laws, pdf

- Assault Weapons Identification Guide, Third Edition, pdf **- Currently Under Revision**

- California Firearms Summary 2021, pdf

- DROS Entry System (DES) Ammunition Vendor User Guide, pdf

- DROS Entry System (DES) Firearms and Ammunition Dealer User Guide, pdf

- Firearms Prohibiting Categories and List of Prohibiting Misdemeanors, pdf

- Firearm Safety Certificate (FSC) Manual for Dealers and Certified Instructors, pdf (Revised June 2020)

- Firearm Safety Certificate (FSC) Study Guide, pdf (Revised June 2020)

- Firearm Safety Certificate (FSC) Study Guide-Spanish, pdf (Revised June 2020)

© 2023 DOJ