1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Benjamin M. Glickman, State Bar No. 247907
   Supervising Deputy Attorney General
3  Katrina Uyehara, State Bar No. 349378
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7867
6    Fax:  (916) 324-8835
     E-mail:  Katrina.Uyehara@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta, in his official
   capacity as Attorney General of California*

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  **JAMES EDWARD CUPP, et al.,**            2:16-cv-00523-TLN-KJN

14                          Plaintiff,       **DEFENDANT ROB BONTA'S ANSWER
                                             TO PLAINTIFFS' SIXTH AMENDED**
15          v.                               **COMPLAINT**

16                                           Courtroom:   Courtroom 2, 15th Floor
                                             Judge:       The Honorable Troy L. Nunley
17  **ROB BONTA, in his official capacity as     Action Filed:  March 11, 2016
    Attorney General of the State of California,**

18                          Defendant.

19

20

21

22

23

24

25

26

27

28

1

Defendant Rob Bonta, in his official capacity as Attorney General of the State of California submits his answer in response to Plaintiffs' Sixth Amended Complaint for Declaratory and Injunctive Relief (the "Complaint") (Dkt. No. 119).[1] Defendant hereby answers the Complaint, in paragraphs that correspond to the Complaint's paragraphs as follows:

**JURISDICTION AND VENUE**

1.   Paragraph No. 1. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

2.   Paragraph No. 2. Defendant lacks sufficient information or belief to respond to the allegation that Defendant Harris resides in this judicial district, and on that basis denies such allegation. The remaining allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

3.   Paragraph No. 3. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

**THE PARTIES**

4.   Paragraph No. 4. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

5.   Paragraph No. 5. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

6.   Paragraph No. 6. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

7.   Paragraph No. 7. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

---

[1] Plaintiffs initially named Kamala D. Harris and Xavier Becerra, in their former official capacities as Attorneys General of California, as defendants in this matter. (Dkt. Nos. 1, 5, 12, 65, 80, 83.)  Under Federal Rule of Civil Procedure 25(d), Attorney General Bonta is automatically substituted as the named Defendant.

8.   Paragraph No. 8. Defendant admits that Rob Bonta is the current Attorney General of the State of California and that Kamala Harris and Xavier Becerra were former Attorney Generals of the State of California.

This paragraph contains allegations that cite constitutional provisions, which speak for themselves. Defendant denies any allegations that misstate the law.

9.   Paragraph No. 9. Defendant admits that Rob Bonta is the current Attorney General of the State of California and that Kamala Harris and Xavier Becerra were former Attorney Generals of the State of California.

This paragraph contains allegations that cite constitutional provisions, which speak for themselves. Defendant denies any allegations that misstate the law.

10.   Paragraph No. 10. Defendant admits that Rob Bonta is the current Attorney General of the State of California and that Kamala Harris and Xavier Becerra were former Attorney Generals of the State of California. This paragraph contains allegations that cite constitutional provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

11.   Paragraph No. 11. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

12.   Paragraph No. 12. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation. To the extent the paragraph cites a statutory provision, the statutory provision speaks for itself. Defendant denies any allegations that misstate the law.

13.   Paragraph No. 13. . Defendant notes that this paragraph appears to be a typographical error carried over from a previous version of the Complaint before all other Defendants were dismissed from the case. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation. To the extent that Plaintiffs suggest that there are other

3

Defendants in this case, Defendant denies the allegation that other Defendants report to Defendant. To the extent a further response is required, Defendant denies each and every other allegation.

**FIRST CLAIM FOR RELIEF**

14.   Paragraph No. 14. Defendant incorporates herein by reference the foregoing responses to Paragraphs 1 through 13.

15.   Paragraph No. 15. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

16.   Paragraph No. 16. This paragraph contains allegations that cite constitutional provisions, which speak for themselves. Defendant denies any allegations that misstate the law.

Defendant admits that *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2021), and *District of Columbia v. Heller,* 554 U.S. 570 (2008), speak for themselves. To the extent that a response is required, and except as specifically admitted, Defendant denies the allegations in Paragraph 16.

17.   Paragraph No. 17. Defendant denies the allegations in this paragraph.

18.   Paragraph No. 18. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

19.   Paragraph No. 19. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

20.   Paragraph No. 20. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

21.   Paragraph No. 21. Defendant admits that as of November 15, 2023, the referenced page on Defendant's official website—https://oag.ca.gov/firearms/online-reporting#legr/—states that pursuant to Penal Code section 33850, any person who claims title to a firearm, ammunition and/or ammunition feeding device, that is in the custody or control of a court or law enforcement

4

agency, and who wishes to have these items returned, is required to submit a Law Enforcement Release Application ("LER Application").

22.  *Paragraph No. 22.* Defendant denies the allegations in this paragraph.

23.  *Paragraph No. 23.* This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

24.  *Paragraph No. 24.* Defendant admits that he is the current Attorney General of the State of California and leads the California Department of Justice. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

Defendant admits Exhibit A is a three-page document titled "California Department of Justice Bureau of Firearms Law Enforcement Gun Release Application", last revised in August 2015. The form speaks for itself. To the extent that a response is required, Defendant denies each and every allegation.

Defendant admits Exhibit B is a five-page document titled "California Department of Justice Bureau of Firearms Law Enforcement Gun Release Application", last revised in July 2020. The form speaks for itself. To the extent that a response is required, Defendant denies each and every allegation.

Defendant admits that Exhibit C appears to be copies of two webpages from the Attorney General's website titled "Firearms Reporting & Law Enforcement Release Application" and "Forms and Publications" Those webpages speaks for themselves. To the extent that a response is required, Defendant denies each and every allegation.

25.  *Paragraph No. 25.* Defendant admits the allegations in the first sentence. Defendant denies each and every other allegation in this paragraph.

26.  *Paragraph No. 26.* Defendant denies the allegations in this paragraph.

27.    Paragraph No. 27. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

**CUPP**

28.    Paragraph No. 28. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

29.    Paragraph No. 29. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

30.    Paragraph No. 30. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

31.    Paragraph No. 31. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

32.    Paragraph No. 32. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

33.    Paragraph No. 33. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

**HAVEN**

34.    Paragraph No. 34. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

35.    Paragraph No. 35. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

36.    Paragraph No. 36. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

37.    Paragraph No. 37. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

38.    Paragraph No. 38. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

6

39.     **Paragraph No. 39.** Defendant admits it has the ability to check an individual's eligibility to possess a firearm, ammunition, or ammunition feeding device. Defendant denies the remaining allegations in this paragraph.

40.     **Paragraph No. 40.** Defendant admits that the Law Enforcement Release process requires any person who claims title to any firearm, ammunition, or ammunition feeding device that is in the custody or control of a court or law enforcement agency and who wishes to have the aforementioned items returned, to submit a LER Application form to the California Department of Justice to determine eligibility to possess a firearm, ammunition, and/or ammunition feeding device pursuant to Penal Code section 33850. The LER Application must be submitted through the California Firearms Application Reporting System (CFARS), at https://cfars.doj.ca.gov/login/ pursuant to Penal Code section 33850. To the extent a further response is required, Defendant denies each and every other allegation.

41.     **Paragraph No. 41.** To the extent that Plaintiff's first sentence of Paragraph 41 suggests that the LER process involves only those who were "neither charged with a crime nor had a criminal complaint dismissed entirely", Defendant denies the allegation in this paragraph. As stated in Defendant's response to Paragraph 40, the LER process applies to any individual who claims title a firearm, ammunition, or ammunition feeding device that is in the custody or control of a court or law enforcement agency. Defendant admits that as part of the LER process individuals are required to submit a Law Enforcement Release Form.[2] To the extent a further response is required, Defendant denies each and every other allegation.

42.     **Paragraph No. 42.** Defendant admits that the LER process applies whenever an individual claims title to a firearm, ammunition, or ammunition feeding device that is in the custody or control of a court or law enforcement agency. To the extent a further response is required, Defendant denies each and every other allegation.

---

[2] Except in cases seeking return of a long gun purchased prior to January 1, 2014 which has not been subsequently recorded in their name by either a self reporting application, or registered as an assault weapon or .50 BMG rifle, which requires the submission of a Firearms Ownership Report Application (BOF 4542A).

7

43.   Paragraph No. 43. Defendant admits that Penal Code sections 33850—33895 outlines the process for individuals seeking return of a firearm, ammunition, or ammunition feeding device and requires a determination by the California Department of Justice. To the extent a further response is required, Defendant denies each and every other allegation.

44.   Paragraph No. 44. Defendant denies that law enforcement confiscated Plaintiffs firearms at its direction. Defendant admits that the LER process requires a fee as required by Penal Code section 33860, and a completed LER Application, with information as required by Penal Code section 33850. To the extent a further response is required, Defendant denies each and every other allegation.

45.   Paragraph No. 45. Defendant admits that the LER application and process is not a property receipt in criminal or civil proceeding and therefore may be different. To the extent a further response is required, Defendant denies each and every other allegation.

46.   Paragraph No. 46. Defendant denies the allegations in this paragraph.

47.   Paragraph No. 47. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

48.   Paragraph No. 48. Defendant denies the allegations in this paragraph.

49.   Paragraph No. 49. Defendant denies the allegations in this paragraph.

50.   Paragraph No. 50. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

51.   Paragraph No. 51.  The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

52.   Paragraph No. 52. Defendant denies the allegations in this paragraph.

53.   Paragraph No. 53. Defendant denies the allegations in this paragraph.

54.   Paragraph No. 54. Defendant denies the allegations in this paragraph.

55. Paragraph No. 55. Defendant denies the allegations in this paragraph. Moreover, the Court previously dismissed with prejudice Plaintiffs' challenge to California's large capacity magazine law.

56. Paragraph No. 56. Defendant admits that *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2021), speaks for itself. To the extent that a response is required, and except as specifically admitted, Defendant denies the allegations in Paragraph 56.

57. Paragraph No. 57. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

58. Paragraph No. 58. Defendant admits that *McDonald v. City of Chicago*, 561 U.S. 742, 767 (2010), speaks for itself. To the extent that a response is required, and except as specifically admitted, Defendant denies the allegations in Paragraph 58.

59. Paragraph No. 59. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

60. Paragraph No. 60. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

61. Paragraph No. 61. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

62. Paragraph No. 62. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

63. Paragraph No. 63. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

64. Paragraph No. 64. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

65. <u>Paragraph No. 65.</u> Defendant denies the allegations in this paragraph.

66. <u>Paragraph No. 66.</u> The allegations in this paragraph consist of legal argument, contentions, authorities, and Plaintiffs' request for relief, and require no response, but to the extent a response is required, Defendant denies each and every such allegation.

67. <u>Paragraph No. 67.</u> Defendant denies the allegations in this paragraph.

68. <u>Paragraph No. 68.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

69. <u>Paragraph No. 69.</u> Defendant denies the allegations in this paragraph.

70. <u>Paragraph No. 70.</u> To the extent that the first sentence suggests that Defendant entered the homes of Plaintiffs and confiscated their arms, in violation of the Second Amendment, Defendant denies such allegations. Defendant notes that this paragraph appears to be a typographical error carried over from a previous version of the Complaint before all other Defendants were dismissed from the case. To the extent a further response is required, Defendant denies each and every other allegation.

71. <u>Paragraph No. 71.</u> The allegations in this paragraph consist of Plaintiffs' request for relief, which requires no response, but to the extent a response is required, Defendant denies each and every such allegation.

72. <u>Paragraph No. 72.</u> Defendant admits that Plaintiffs are required to follow the law and the LER process as outlined in Penal Code sections 33800-33895. To the extent a further response is required, Defendant denies each and every other allegation.

73. <u>Paragraph No. 73.</u> The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

74. <u>Paragraph No. 74.</u> Defendant denies the allegations in this paragraph.

75. <u>Paragraph No. 75.</u> Defendant denies the allegations in this paragraph.

76. <u>Paragraph No. 76.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

77. <u>Paragraph No. 77.</u> Defendant denies the allegations in this paragraph.

10

78.   <u>Paragraph No. 78.</u> Defendant denies the allegations in this paragraph.

79.   <u>Paragraph No. 79.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

80.   <u>Paragraph No. 80.</u> The allegations in this paragraph consist of Plaintiffs' request for relief, which require no response, but to the extent a response is required, Defendant denies each and every such allegation.

## SECOND CLAIM FOR RELIEF

81.   <u>Paragraph No. 81.</u> Defendant incorporates herein by reference the foregoing responses to Paragraphs 1 through 80.

82.   <u>Paragraph No. 82.</u> This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

83.   <u>Paragraph No. 83.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

Defendant admits that *Teter v. Lopez*, 76 F.4th 938, 951 n. 11 (9th Cir. 2023) (en banc appeal pending), speaks for itself. To the extent that a response is required, and except as specifically admitted, Defendant denies the allegations in Paragraph 83.

84.   <u>Paragraph No. 84.</u>  Defendant admits that "many historical laws" address slungshots. Defendant lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every allegation.

85.   <u>Paragraph No. 85.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

86.   <u>Paragraph No. 86.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

87.   Paragraph No. 87. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

88.   Paragraph No. 88. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

89.   Paragraph No. 89. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

90.   Paragraph No. 90. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

91.   Paragraph No. 91. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

92.   Paragraph No. 92. Defendant lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every allegation.

12

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

93.   Paragraph No. 93. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

94.   Paragraph No. 94. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

95.   Paragraph No. 95. Defendant lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

96.   Paragraph No. 96. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph and Figure 1, and on that basis denies each and every allegation.

97.   Paragraph No. 97. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

98.   Paragraph No. 98. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

99.   Paragraph No. 99. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

13

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

100.   Paragraph No. 100. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

101.   Paragraph No. 101.  Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

102.   Paragraph No. 102. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

103.   Paragraph No. 103. Defendant denies the allegations in this paragraph.

104.   Paragraph No. 104. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

105.   Paragraph No. 105. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

106.   Paragraph No. 106. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

107.   <u>Paragraph No. 107.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

108.   <u>Paragraph No. 108.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

109.   <u>Paragraph No. 109.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

110.   <u>Paragraph No. 110.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

111.   <u>Paragraph No. 111.</u> To the extent that Plaintiffs suggest that California jurisprudence allows the open carrying of all knives, Defendant denies such allegation. To the extent that the same sentence suggests that all knives are protected arms under the Second Amendment, Defendant denies such allegation.

Defendant lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every allegation.

112.   <u>Paragraph No. 112.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

15

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

113.   Paragraph No. 113. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

This paragraph contains allegations that cite constitutional provisions, which speak for themselves. Defendant denies any allegations that misstate the law.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

114.   Paragraph No. 114. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

115.   Paragraph No. 115.  Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law.

116.   Paragraph No. 116. To the extent that Plaintiffs suggest that a slungshot is an arm protected under the Second Amendment, Defendant denies the first sentence of Paragraph 116.

Defendant admits that slungshots were and currently are subject to government regulation.

The allegations in this paragraph also consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

117.   Paragraph No. 117. Defendant denies the allegations in this paragraph.

118.   Paragraph No. 118. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

119.   Paragraph No. 119. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

120.   Paragraph No. 120. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

121.   Paragraph No. 121. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

122.   Paragraph No. 122. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

123.   Paragraph No. 123. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

124.   Paragraph No. 124. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

125.   Paragraph No. 125. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

126.   Paragraph No. 126. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

127.   Paragraph No. 127. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

128.   Paragraph No. 128. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

129.   Paragraph No. 129. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, which appears to be a quotation with no citation, and on that basis denies each and every allegation.

130.   Paragraph No. 130. Defendant lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every allegation.

131.   Paragraph No. 131. Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

132.   Paragraph No. 132. Defendant admits that *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2021) and *Fyock v. Sunnyvale*, 779 F.3d 991, 997 (9th Cir. 2015) speak for themselves. To the extent that a response is required, and except as specifically admitted, Defendant denies the remaining allegations in Paragraph 132.

133.   Paragraph No. 133. Defendant denies the allegations in this paragraph.

134.   Paragraph No. 134. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

135.   Paragraph No. 135. This paragraph contains allegations that cite statutory provisions, which speak for themselves. Defendant denies any allegations that misstate the law. To the extent a further response is required, Defendant denies each and every other allegation.

136.   Paragraph No. 136. The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

137.  <u>Paragraph No. 137.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

138.  <u>Paragraph No. 138.</u> Defendant denies the allegations in this paragraph.

139.  <u>Paragraph No. 139.</u> Defendant denies the allegations in this paragraph.

140.  <u>Paragraph No. 140.</u> Defendant lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

141.  <u>Paragraph No. 141.</u> The allegations in this paragraph consist of Plaintiffs' request for relief, which require no response, but to the extent a response is required, Defendant denies each and every such allegation.

142.  <u>Paragraph No. 142.</u> Defendant denies the allegations in this paragraph.

143.  <u>Paragraph No. 143.</u> The allegations in this paragraph consist of legal argument, contentions, and authorities that require no response, but to the extent a response is required, Defendant denies each and every such allegation.

144.  <u>Paragraph No. 144.</u> Paragraph 144 is identical to Paragraph 141. Defendant's response to Paragraph 141 is incorporated herein by reference.

**PRAYER FOR RELIEF**

Defendant denies that Plaintiff is entitled to the relief requested immediately below Paragraph 144 of the Complaint, or to any relief whatsoever. To the extent that the Prayer for Relief contains any allegations, Defendant denies all such allegations.

In addition without admitting any allegations contained in the Complaint, Defendant asserts the following defenses based on information and belief:

**FIRST AFFIRMATIVE DEFENSE**

The Court should dismiss the Complaint because it fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred because Plaintiffs lack standing.

**THIRD AFFIRMATIVE DEFENSE**

The Court should dismiss the Complaint because Plaintiffs have an adequate remedy at law.

19

1

### FOURTH AFFIRMATIVE DEFENSE

The Complaint and all causes of action therein are barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

### FIFTH AFFIRMATIVE DEFENSE

To the extent Defendant has undertaken any conduct with respect to the subjects and events underlying the Complaint, such conduct was, at all times material thereto, undertaken in good faith and in reasonable reliance on existing law.

### SIXTH AFFIRMATIVE DEFENSE

Defendant has not knowingly or intentionally waived any applicable affirmative defense. Defendant reserves the right to assert and rely upon additional affirmative defenses to the extent they are applicable.

### PRAYER FOR RELIEF

1. Plaintiffs take nothing by reason of their Complaint;

2. Judgment be entered in favor of Defendant and adverse to Plaintiffs;

3. Defendant be awarded costs incurred in defending this action; and

4. Defendant be awarded such further relief that the Court may deem just and proper.

Dated:  November 15, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General

*/s/ Katrina Uyehara*
KATRINA UYEHARA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

20

# CERTIFICATE OF SERVICE

Case Name:   **Cupp, James Edward v.**          No.   **2:16-cv-00523-TLN-KJN**
             **Kamala D. Harris, et al.**

I hereby certify that on <u>November 15, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ROB BONTA'S ANSWER TO PLAINTIFFS' SIXTH AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 15, 2023</u>, at Sacramento, California.


|                   Eileen A. Ennis                   |               */s/ Eileen A. Ennis*               |
| :---: | :---: |
| Declarant | Signature |

SA2016102600
37669490.docx