Gary W. Gorski (SBN 166526)
LAW OFFICES OF GARY W. GORSKI
3017 Douglas Blvd. Suite 150
Roseville, CA 95661
916-758-1100
CivilRightsAttorney@BlackWolfLaw.com

Daniel M. Karalash (SBN 176422)
(916) 787-1234
dan@stratlaw.org
*Attorneys for Plaintiffs James Edward Cupp and Lawrence "Wolf" Haven*

ROB BONTA, State Bar No. 202668
Attorney General of California
BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
KATRINA KEIKO UYEHARA, STATE BAR NO. 349378
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7867
  Fax: (916) 324-8835
  E-mail: Katrina Keiko Uyehara
  katrina.uyehara@doj.ca.gov
*Attorneys for Defendants ROB BONTA, Attorney General of the State of California, in his official capacity only; et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP, an individual; LAWRENCE "WOLF" HAVEN, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, Attorney General of the State of California, in his official capacity only; KAMALA D. HARRIS, former Attorney General of the State of California, in her official capacity only; XAVIER BECERRA former Attorney General of the State of California, in his official capacity only;**<br><br>Defendants. | Case No.: 16-CV-00523-TLN-KJN<br><br>**JOINT RULE 26 CONFERENCE STATEMENT**<br><br>Courtroom: 2, 15TH Floor<br>Judge: The Honorable Troy L. Nunley<br>Trial Date: None Set<br>Action Filed: March 11, 2016 |

# RULE 26 CONFERENCE STATEMENT

On December 7, 2023, at 12:00 p.m., the parties met and conferred via phone, Gary W. Gorski for plaintiffs, and Katrina Keiko Uyehara and Benjamin M. Glickman for defendants.

The parties agreed that mutual Rule 26 Disclosures shall be simultaneously exchanged via email by **December 21, 2023**. The Rule 26 Disclosures need not be filed with the court.

The parties confirmed the discovery cut-off dates set forth in this Court's PRETRIAL SCHEDULING ORDER signed by District Judge Troy L. Nunley on 11/21/2023. All discovery shall be conducted in accordance with that order.

Respectfully submitted

Date: December 7, 2023

/s/ *Gary W. Gorski*
GARY W. GORSKI
Attorney for Plaintiffs

Respectfully submitted

Date: December 7, 2023

/s/ Katrina Keiko Uyehara
Attorneys for Defendants
ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
KATRINA KEIKO UYEHARA
Deputy Attorney General