IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP,**<br><br>                                           Plaintiffs,<br><br>v.<br><br>**ROB BONTA, Attorney General of the State of California, in his official capacity only;**<br><br>                                           Defendant. | Case No. 2:16-cv-00523-TLN-CSK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PARTIES TO COMPLETE FACT AND EXPERT DISCOVERY** |

1

# ORDER

The Court has reviewed the Joint Stipulation to Extend Time for Parties to Complete Fact and Expert Discovery.  Good cause appearing, the request is GRANTED.  Plaintiffs James Edward Cupp and Lawrence "Wolf" Haven and Defendant Attorney General Rob Bonta are now subject to the following extended deadlines: (1) the time for parties to respond to the current written fact discovery propounded by each party shall be extended by 30 days from November 14, 2024 to **December 14, 2024 with no new discovery requests to be propounded or served;** (2) the time for the parties to make the expert disclosures and reports required by Federal Rule of Civil Procedure 26(a)(2)(A)-(C) be extended by 30 days from January 13, 2025 to **February 12, 2025**; and (3) the time for parties to make any supplemental and rebuttal expert disclosures be extended by 30 days from February 12, 2025 to **March 14, 2025; and** (4) the time for the parties to  bring any discovery motion shall be extended by 151 days from November 14, 2024 to **Monday, April 14, 2025**.

SO ORDERED.

Dated: November 12, 2024

_____
Troy L. Nunley
Chief United States District Judge