Rob Bonta, State Bar No. 202668
Attorney General of California
John D. Echeverria, State Bar No. 268843
Supervising Deputy Attorney General
Katrina Uyehara, State Bar No. 349378
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7867
  Fax: (916) 324-8835
  E-mail: Katrina.Uyehara@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP,**<br><br>                   Plaintiff,<br><br>v.<br><br>**KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only,**<br><br>                   Defendant. | 2:16-cv-00523-TLN-CSK<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE DISPOSITIVE MOTIONS**<br><br>Judge:     The Honorable Troy L. Nunley<br>Action Filed:  March 11, 2016 |

Plaintiffs James Edward Cupp, Lawrence "Wolf" Haven and Defendant Rob Bonta (in his official capacity as Attorney General of the State of California), through their respective counsel of record, hereby stipulate and jointly move the Court to extend the time for the parties to file dispositive motions, for good cause shown, as follows:

**STIPULATION/JOINT MOTION**

WHEREAS, Plaintiffs filed this action and the initial Complaint against Defendant Attorney General Kamala Harris on March 11, 2016 [ECF No. 1];

WHEREAS, Plaintiffs filed the Complaint at issue, the Sixth Amended Complaint, on October 25, 2023 [ECF No. 119];

WHEREAS, Plaintiffs allege that California's Law Enforcement Release process and accompanying fees, and California Penal Code section 22210 violate the Second Amendment;

WHEREAS, Defendant Attorney General Rob Bonta contends that the challenged statutory provisions are constitutional and duly enacted;

WHEREAS, Defendant Attorney General Rob Bonta filed his answer to the Sixth Amended Complaint on November 15, 2023 [ECF No. 120];

WHEREAS, the parties have completed fact and expert discovery but require more time to file dispositive motions;

WHEREAS, Counsel for Plaintiffs informed counsel for Defendant Attorney General Rob Bonta that based on information and belief Plaintiff Lawrence Haven passed away on January 29, 2025;

WHEREAS, Plaintiffs' counsel is currently attempting to track down the administrator of Plaintiff Haven's estate to determine if a case should still be pursued on his estate's behalf;

WHEREAS, Plaintiffs' counsel is also trying to make contact with Plaintiff Haven's daughter;

WHEREAS, an extension would ensure Plaintiffs' counsel has time to identify someone who can speak on Plaintiff Haven's behalf and determine if the case should continue to be pursued;

WHEREAS, in the event that Plaintiffs' counsel is unable to identify someone related to Plaintiff Haven, Plaintiffs' counsel has also raised the possibility of dismissing Plaintiff Haven from the case;

WHEREAS, under the Court's November 21, 2023 Scheduling Order [ECF No. 121], the parties are required to file dispositive motions 180 days after the close of fact discovery;

WHEREAS, on November 12, 2024, the parties filed a joint stipulation and proposed order [ECF No. 126] seeking an extension to complete fact discovery;

WHEREAS, this Court's November 13, 2024 Order [ECF No. 127] extended the time for parties to complete fact discovery to December 14, 2024, resulting in the current deadline to file dispositive motions of June 12, 2025;

WHEREAS, the parties have agreed to extend the deadline to file dispositive motions by 60 days to August 11, 2025; and

WHEREAS, the parties agree that good cause exists to extend the deadline set forth in the paragraphs above because extending the deadline will benefit all parties and the Court by allowing Plaintiffs' counsel sufficient time to identify individuals who can speak on Plaintiff Haven's behalf and determine if the litigation should continue to be pursued;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undesigned counsel that:  the time for parties to file dispositive motions shall be extended by 60 days from June 12, 2025 to **August 11, 2025**.

1  Dated: May 9, 2025                          Respectfully submitted,

2                                              ROB BONTA
                                               Attorney General of California
3                                              JOHN D. ECHEVERRIA
                                               Supervising Deputy Attorney General
4

5

                                               */s/ Katrina Uyehara*
6                                              KATRINA UYEHARA
                                               Deputy Attorney General
7                                              *Attorneys for Rob Bonta, in his official
                                               capacity as Attorney General of the State of
8                                              California*

9  `
   Dated: May 9, 2025                          Respectfully submitted,
10
                                               Black Wolf Law
11

12
                                               */s/ Gary W. Gorski (as authorized on 5/9/25)*
13                                             GARY W. GORSKI
                                               *Attorneys for Plaintiffs James Edward Cupp
14                                             and Lawrence "Wolf" Haven*

15

16

17

18

19

20

21

22

23

24

25

26

27

28