ROB BONTA, State Bar No. 202668
Attorney General of California
BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
KATRINA UYEHARA, State Bar No. 349378
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7867
 Fax: (916) 324-8835
 E-mail: Katrina.Uyehara@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only,**<br><br>                              Defendant. | 2:16-cv-00523-TLN-KJN<br><br>**DEFENDANT ATTORNEY GENERAL ROB BONTA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          October 30, 2025<br>Time:         2:00 p.m.<br>Courtroom: Courtroom 2, 15th Floor<br>Judge:        The Honorable Troy L. Nunley<br>Trial Date:  None set.<br>Action Filed: March 11, 2016 |

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 30, 2025, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2, of the 15th Floor of the above-titled court located at 501 I Street, Sacramento, CA 95814, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, shall move, and hereby does move, this Court for summary judgment under Federal Rule of Civil Procedure 56(a).  Defendant brings this motion because California's Law Enforcement Release process (Pen. Code, §§ 33850 et esq.) and restriction on slungshots (Pen. Code, § 22210) are constitutional under the Second Amendment of the United States Constitution.

This motion is based on this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities, Declaration and Expert Report of Robert Spitzer, Declaration and Expert Report of Robert Escobar, including exhibits attached thereto, the concurrently filed Statement of Undisputed Facts; the pleadings and papers on file in this action; and such further evidence, both oral and documentary, as may be offered at the time of the hearing on the motion.

Dated:  August 11, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General

*/s/ Katrina Uyehara*
KATRINA UYEHARA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

# CERTIFICATE OF SERVICE

Case Name:  **Cupp, James Edward v. Kamala D. Harris, et al.**        No.   **2:16-cv-00523-TLN-KJN**

I hereby certify that on <u>August 11, 2025</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 11, 2025</u>, at Plumas Lake, California.

|  |  |
|---|---|
| Jessica Munoz<br>Declarant | *Jessica Munoz*<br>Signature |

SA2016102600
39225220.docx