```
 1  ROB BONTA, State Bar No. 202668
    Attorney General of California
 2  BENJAMIN M. GLICKMAN, State Bar No. 247907
    Supervising Deputy Attorney General
 3  KATRINA UYEHARA, State Bar No. 349378
    Deputy Attorney General
 4   1300 I Street, Suite 125
     Sacramento, CA 95814
 5   Telephone: (916) 210-7867
     Fax: (916) 324-8835
 6   E-mail: Katrina.Uyehara@doj.ca.gov
    Attorneys for Rob Bonta, in his official capacity as
 7  Attorney General of the State of California
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EDWARD CUPP,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only,**<br><br>　　　　　　　　　　Defendant. | 2:16-cv-00523-TLN-KJN<br><br>**STATEMENT NOTING THE DEATH OF PLAINTIFF LAWRENCE "WOLF" HAVEN**<br><br>Judge:　　　The Honorable Troy L. Nunley<br>Trial Date:　None set.<br>Action Filed: March 11, 2016 |

　　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 25(a), Plaintiff Lawrence "Wolf" Haven died on January 29, 2025, as reflected in the obituary attached hereto as **Exhibit A**.

　　　Parties have discussed Plaintiff Haven's passing, and counsel for Plaintiff Haven is unaware of any estate having been opened to pursue Haven's claims on behalf of his estate. This statement of death concerns only the dismissal of Plaintiff Haven and does not affect the claim asserted by co-Plaintiff James Edward Cupp, which shall continue.

1

| | | |
|---|---|---|
| 1 | Dated: August 21, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | BENJAMIN M. GLICKMAN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/ Katrina Uyehara*<br>KATRINA UYEHARA<br>Deputy Attorney General |
| 7 | | *Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California* |

2

# Exhibit A

Legacy 

Haven / Lawrence Haven



# Lawrence Jack "Wolf" Haven

Show Support

⊕ Follow              ⇗ Share

Obituary              Guest Book

## Lawrence Haven Obituary

Obituary published on Legacy.com by Mission Park Funeral Chapels Cherry Ridge on Jun. 2, 2025.

Publish in a newspaper

Lawrence Jack Haven ("Wolf")
May 19, 1963 – January 29, 2025
Lawrence Jack Haven, also known as Wolf, Little Larry, and L.J., was born in Poitiers, France, were has dad was stationed with the Army, on May 19, 1963 and passed away too soon on January 29, 2025 at the age of 61 after a yearlong battle with head and neck cancer. His beloved dogs, Magic and Dakota, were by his side when he slipped away peacefully in his sleep while in his favorite chair.

Obituary              Show Support              Guest Book



his favorite time was spent working for Dad's company, Builders Square. He built many friendships while working in the home improvement industry.

As a single parent, he had love and pride for his son and grandkids, in addition to his family and for animals. He enjoyed riding his Harley, reading books, and watching westerns. The last few years, he spent much time messaging friends and family and reminiscing about the past and wishing to return home. He was devastated at the sudden loss of Spirit, his fiancée, in 2022, but his devotion to her carried on through all his tributes. Dad mentored him in the loss of a soulmate, which created a special bond between father and son. Larry fought hard to beat cancer and even had the opportunity to "ring the bell" in October 2024. He fought cancer at the same time as his sister, Tracy, and together they battled as big brother and little sister. He has now returned home to Spirit, Mom, and all the relatives, as well as to his beloved Texas. Larry is preceded in death by the following loved ones: fiancée, Spirit (Timara); stepmother ("Mom"), Margrate; grandparents, Alfred Preston and Hattie Grace Morrow and Geneva Haven Lane; uncles Bobby, Joe, and Charles Morrow; Cousins Wade Griesenbeck, George, Arnie, and Cindy Morrow.

Show Support                                                                                          Share

Michelle and their families; numerous cousins, aunts, and uncles; and Spirit's daughter and grandson. Larry is also survived by his beloved biker family and so many friends that loved him dearly. Larry will be missed by all, but his love, stories, and unforgettable laughter will remain with us for eternity.

To plant trees in memory, please visit the *Sympathy Store*.

**Haven Pages**
See more records on Ancestry®

## Sign Lawrence Haven's Guest Book

Add a C ...

### How you can show support

**Donate in Memory**
Make a donation in memory of your loved ones.

**Add photos**
Share their life with photo memories.

**Plant trees**
Honor them by planting trees in their memory.

**Follow this pa**
Get email update changes are mad

**0 Entries**

Be the first to post 

Obituary                                   Show Support                                   Guest Book

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Cupp, James Edward v. Kamala D. Harris, et al.** | No. | **2:16-cv-00523-TLN-KJN** |

I hereby certify that on <u>August 21, 2025</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**STATEMENT NOTING THE DEATH OF PLAINTIFF LAWRENCE "WOLF" HAVEN**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 21, 2025</u>, at Sacramento, California.

| | |
|---|---|
| Jessica Munoz | *Jessica Munoz* |
| Declarant | Signature |

SA2016102600
39254314.docx