1  **Gary W. Gorski (CBN: 166526)**
   **Attorney at Law**
2  25025 Blue Ravine Road, # 112-113
3  Folsom, CA  95630
   (406) 266-1000
4  CivilRightsAttorney@BlackWolfLaw.com
   Attorney for Plaintiff JAMES EDWARD CUPP;

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD CUPP, an individual; et al.<br><br>Plaintiff,<br><br>vs.<br><br>KAMALA D. HARRIS Attorney General of the State of California, in her official capacity only.<br><br>Defendants. | CASE NO.: 2:16-CV-00523-TLN-KJN<br><br>**NOTICE OF PLAINTIFF'S COUNTER-MOTION FOR SUMMARY JUDGMENT** [Filed pursuant to Fed. R. Civ. P. 56, Fed. R. Civ. P. 78, and E.D. Cal. L.R. 230(c), (e)]<br><br>Date: October 30, 2025<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 2, 15th Floor<br>Judge: The Honorable Troy L. Nunley<br>Trial Date: None set.<br>Action Filed: March 11, 2016 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 56 and Eastern District of California Local Rule 230(e), Plaintiff James Edward Cupp ("Plaintiff") will, by counter-motion, and on the date set for Defendant's Motion for Summary Judgment ("MSJ") or on such later date as the Court may set under Local Rule 230(e), move for partial summary judgment on the following claim:

1. Plaintiff's Second Amendment as-written and as-applied challenge to California's Law

1

Enforcement Release ("LER/LEGR") scheme and fees (Penal Code §§ 33850, 33855, 33860, 33865, 33870, 33875, 33880), where the State conditioned the return of Plaintiff's lawfully owned firearms—after dismissal/no conviction—on a new application, fees, and a time-limited "clearance letter."

**Local Rule 230(e).** " "Any counter-motion … related to the general subject matter of the original motion shall be served and filed in the manner and on the date prescribed for the filing of opposition. If a counter-motion … is filed, the Court may continue the hearing on the original and all related motions to give all parties reasonable opportunity to serve and file oppositions and replies to all pending motions." (L.R. 230(e).)

Plaintiff files this counter-motion concurrently with his timely Oopposition/Counter-Motion to Defendant's MSJ and respectfully requests (i) hearing together with Defendant's MSJ or (ii) a short continuance to allow full opposition/reply briefing on both sides' motions if the Court prefers a unified schedule.

This motion is based on this Notice, the attached Memorandum of Points and Authorities, Plaintiff's Separate Statement of Undisputed Material Facts (L.R. 260(a)), the declarations and exhibits filed herewith, all pleadings and records on file, and any argument the Court permits.

Dated: August 25, 2025

                                            **LAW OFFICES OF GARY W. GORSKI**
By: /s/*Gary W. Gorski*
Gary W. Gorski
Attorney for Plaintiff

# DECLARATION OF SERVICE BY E-MAIL

Case Name: *Cupp, James Edward v. Kamala D. Harris, et al.*
Case No.: 2:16-cv-00523-TLN-KJN

I, Gary W. Gorski, declare:

I am a citizen of the United States. My office is in the County of Sacramento, where this e-mailing occurs. I am over the age of 18 years and not a party to the within cause. On the date set forth below, I served the attached document on the following person(s):

ROB BONTA, State Bar No. 202668
Attorney General of California
BENJAMIN M. GLICKMAN, State Bar No. 247907
Supervising Deputy Attorney General
KATRINA UYEHARA, State Bar No. 349378
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7867
Fax: (916) 324-8835
E-mail: Katrina.Uyehara@doj.ca.gov

Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California

I caused said document to be transmitted by Electronic Mail to the following Attorneys who have agreed to accept Electronic Service of documents to the following email addresses:

Valerie Thompson <Valerie.Thompson@doj.ca.gov>; Katrina Uyehara <Katrina.Uyehara@doj.ca.gov>

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on Monday, August 25, 2025, County of Sacramento, California.

                                                      */s/ Gary W. Gorski*
                                                      Gary W. Gorski